# United States Bankruptcy Court
## District of Montana, Butte Division

**IN RE:**

Case No. **2:15-bk-60979**

**SHOOT THE MOON, LLC**

Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **WESTERN ALLIANCE BANK**<br>501 E Butler Ave<br>Flagstaff, AZ  86001-5952 | | | | **4,742,824.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**4,742,824.00** |
| **FIRST INTERSTATE BANK**<br>2601 10TH AVENUE SOUTH<br>Great Falls, MT  59405 | | | | **958,497.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**958,497.00** |
| **US FOODS OGDEN**<br>832 Hinkley Dr<br>Ogden, UT  84401-7078 | | | | **950,000.00** |
| **JOHN GOODNOW**<br>PO Box 7010<br>Great Falls, MT  59406-7010 | | | | **580,000.00** |
| **YELLOWSTONE BANK**<br>2000 Overland Ave<br>Billings, MT  59102-6453 | | | | **534,000.00** |
| **BOB GOODNOW** | | | | **420,000.00** |
| **JAN HALL** | | | | **394,000.00** |
| **PRAIRIE MOUNTAIN BANK**<br>1019 7th St S<br>Great Falls, MT  59405-4306 | | | | **231,261.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**231,261.00** |
| **PRAIRIE MOUNTAIN BANK**<br>1019 7th St S<br>Great Falls, MT  59405-4306 | | | | **217,382.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**217,382.00** |
| **ALLIANCE FUNDING GROUP**<br>3745 W Chapman Ave Ste 200<br>Orange, CA  92868-1656 | | | | **290,000.00**<br>**Collateral:**<br>**85,000.00**<br>**Unsecured:**<br>**205,000.00** |
| **STERLING BANK**<br>PO Box 19246<br>Spokane, WA  99219-9246 | | | | **142,140.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**142,140.00** |
| **TOM SIDOR** | | | | **108,000.00** |

© 2015 CINgroup CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| | |
|---|---|
| **STERLING BANK**<br>**PO Box 19246**<br>**Spokane, WA  99219-9246** | **72,525.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**72,525.00** |
| **TED HATZENBELLER** | **70,000.00** |
| **ALLIANCE FUNDING GROUP**<br>**3745 W Chapman Ave Ste 200**<br>**Orange, CA  92868-1656** | **340,000.00**<br>**Collateral:**<br>**285,300.00**<br>**Unsecured:**<br>**54,700.00** |
| **MICHAEL DUBE**<br>**55 Tumbleweed Ln**<br>**Great Falls, MT  59404-6354** | **44,000.00** |
| **ZIOSK**<br>**12404 Park Central Dr Ste 350**<br>**Dallas, TX  75251-1805** | **37,000.00** |
| **LOUIS HATZENBELLER** | **32,000.00** |
| **ARMOND HILL** | **32,000.00** |
| **LONNIE ANDERSON** | **29,000.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **October 21, 2015**                    Signature:  */s/ LANCE J. HATZENBELLER*

**LANCE J. HATZENBELLER, LIQUIDATING MANAGER**

(Print Name and Title)

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6 Summary (Official Form 6 - Summary) (12/14)

### United States Bankruptcy Court
### District of Montana, Butte Division

**IN RE:**                                                    Case No. **2:15-bk-60979**

**SHOOT THE MOON, LLC**                                       Chapter **11**

Debtor(s)

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 19,925,000.00 | | |
| B - Personal Property | Yes | 3 | $ 2,847,957.25 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $ 21,528,822.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $ 3,282,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 23 | $ 22,772,957.25 | $ 24,810,822.00 | |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6A (Official Form 6A) (12/07)

IN RE **SHOOT THE MOON, LLC** _____ Case No. **2:15-bk-60979**
Debtor(s)
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1400 Market Place Dr, Great Falls, MT 59404-3465 ON THE BORDER BUILDING, GREAT FALLS, MT** | **Fee Simple** | | 2,650,000.00 | 1,806,666.00 |
| **1420 Market Place Dr, Great Falls, MT 59404-3465 CHILI'S/MOONSHINE GRILL/CORPORATE OFFICE** | **Fee Simple** | | 7,975,000.00 | 5,820,562.00 |
| **1599 Yellowstone Ave, Pocatello, ID 83201-4203 POCATELLO, IDAHO CHILI'S** | **Fee Simple** | | 3,050,000.00 | 2,108,727.00 |
| **2790 N Washington St, Helena, MT 59602-1218 CHILI'S/MOONSHINE GRILL HELENA, MT** | **Fee Simple** | | 6,250,000.00 | 4,669,965.00 |
| | | **TOTAL** | 19,925,000.00 | |

(Report also on Summary of Schedules)

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**B6B (Official Form 6B) (12/07)**

IN RE **SHOOT THE MOON, LLC** _____   Case No. **2:15-bk-60979**
<table>
<tr><td align="center">Debtor(s)</td><td align="right">(If known)</td></tr>
</table>

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | ***ITEMS LISTED ARE TO THE BEST OF DEBTOR'S KNOWLEDGE.  DEBTOR ANTICIPATES AMENDING SCHEDULES AS FURTHER INFORMATION BECOMES AVAILABLE. | | 0.00 |
| | | PETTY CASH AND BAR TILLS IN RESTAURANTS APPROXIMATELY $600 PER STORE | | 6,600.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | ACCOUNT AT COLUMBIA BANK | | 2,383.65 |
| | | ACCOUNTS AT OPPORTUNITY BANK | | Unknown |
| | | CHECKING ACCOUNTS AT ALLIANCE BANK | | 7,096.69 |
| | | CHECKING ACCOUNTS AT KEY BANK | | 3,489.52 |
| | | CHECKING ACCOUNTS AT PRAIRIE MOUNTAIN BANK | | 21,680.00 |
| | | CHECKING ACCOUNTS AT STERLING/UMPQUA | | 559.39 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | ART/DECOR | | 7,100.00 |
| | | CORPORATE ARTWORK LOCATED IN CORPORATE OFFICE | | 6,600.00 |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | TERM POLICY - NO CASH VALUE NEW YORK LIFE - KEY MEMBER POLICY | | 0.00 |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6B (Official Form 6B) (12/07) -- Cont.

IN RE **SHOOT THE MOON, LLC**                                                    Case No. **2:15-bk-60979**
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **CREDIT CARD PROCESSOR HOLDING MONEY** | | **599,000.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **PREDATORY LENDING CLAIMS AND USURY CLAIMS POSSIBLY AGAISNT SOME CREDITORS** | | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **ALL IDAHO RESTAURANTS HAVE CITY, COUNTY, STATE LIQUOR LICENSES.  9 LICENSES** | | **986,000.00** |
| | | **ONE MONTANA ALL BEVERAGE LIQUOR LICENSE LOCATED AT ON THE BORDER LOCATION IN GREAT FALLS, MONTANA. (LICENSE OWNED BY SHOOT THE MOON II, LLC)** | | **300,000.00** |
| | | **TWO WASHINGTON MASTER RESELLER LIQUOR LICENSES. NO VALUE.  JUST A FEE PAID** | | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 CHEVROLET PICKUP OWNED BY SHOOT THE MOON III, LLC** | | **6,500.00** |
| | | **TRAILER** | | **2,000.00** |
| 26. Boats, motors, and accessories. | X | | | |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6B (Official Form 6B) (12/07) - Cont.

IN RE **SHOOT THE MOON, LLC**                                      Case No. **2:15-bk-60979**
_____
                    Debtor(s)                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | COMPUTERS AND POS | | 65,560.00 |
| | | FURNITURE | | 216,900.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | AUDIO VISUAL | | 37,250.00 |
| | | BAR EQUIPMENT | | 37,500.00 |
| | | COMPACTOR | | 8,000.00 |
| | | KITCHEN EQUIPMENT | | 200,300.00 |
| | | REMODEL EQUIPMENT - CHILI'S RESTAURANT IDAHO FALLS, ID | | 85,000.00 |
| | | REMODEL EQUIPMENT - CHILI'S RESTAURANT IN TWIN FALLS, ID | | 85,000.00 |
| | | SMALLWARES | | 56,250.00 |
| 30. Inventory. | | FOOD/PERISHABLES/CHEMICALS | | 55,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | LIQUOR/BEER/WINE | | 42,438.00 |
| | | WASTE OIL STORAGE/FILTRATION | | 9,750.00 |

|  | TOTAL | 2,847,957.25 |
|---|---|---|

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**B6C (Official Form 6C) (04/13)**

IN RE **SHOOT THE MOON, LLC**       Case No. **2:15-bk-60979**

         Debtor(s)                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6D (Official Form 6D) (12/07)

**IN RE** SHOOT THE MOON, LLC _____ Case No. **2:15-bk-60979**
                    Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**ALLIANCE FUNDING GROUP**<br>**3745 W Chapman Ave Ste 200**<br>**Orange, CA  92868-1656** | X | | REMODEL EQUIPMENT - CHILI'S RESTAURANT IN TWIN FALLS, ID<br><br>SECURITY AGREEMENT<br><br>VALUE $ **285,300.00** | | | | **340,000.00** | **54,700.00** |
| ACCOUNT NO.<br><br>**ALLIANCE FUNDING GROUP**<br>**3745 W Chapman Ave Ste 200**<br>**Orange, CA  92868-1656** | | | REMODEL EQUIPMENT - CHILI'S RESTAURANT IDAHO FALLS, ID<br><br>SECURITY AGREEMENT<br><br>VALUE $ **85,000.00** | | | | **290,000.00** | **205,000.00** |
| ACCOUNT NO. **2285**<br><br>**FIRST INTERSTATE BANK**<br>**2601 10TH AVENUE SOUTH**<br>**Great Falls, MT  59405** | X | | BOISE PURCHASE<br><br>SECURITY AGREEMENT<br><br>VALUE $ **2,650,000.00** | | | | **133,075.00** | |
| ACCOUNT NO. **3715**<br><br>**FIRST INTERSTATE BANK**<br>**2601 10TH AVENUE SOUTH**<br>**Great Falls, MT  59405** | X | | CHILI'S/MOONSHINE BUILDING, GREAT FALLS, MT<br><br>Mortgage<br><br>VALUE $ **7,975,000.00** | | | | **1,746,169.00** | |

|  |  |  |
|---|---|---|
| **_3_** continuation sheets attached | Subtotal<br>(Total of this page) | $ **2,509,244.00** \| $ **259,700.00** |
|  | Total<br>(Use only on last page) | $ \| $ |
|  |  | (Report also on Summary of Schedules.) \| (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6D (Official Form 6D) (12/07) - Cont.

IN RE **SHOOT THE MOON, LLC**                                    Case No. **2:15-bk-60979**
_____
Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7152**<br>**FIRST INTERSTATE BANK**<br>**2601 10TH AVENUE SOUTH**<br>**Great Falls, MT 59405** | X | | CHILI'S/MOONSHINE BUILDING, GREAT FALLS, MT<br><br>Mortgage<br><br>VALUE $ **7,975,000.00** | | | | 4,074,393.00 | |
| ACCOUNT NO. **3780**<br>**FIRST INTERSTATE BANK**<br>**2601 10TH AVENUE SOUTH**<br>**Great Falls, MT 59405** | X | | CHILI'S/MOONSHINE BUILDING, HELENA, MT<br><br><br>VALUE $ **6,250,000.00** | | | | 1,867,986.00 | |
| ACCOUNT NO. **3782**<br>**FIRST INTERSTATE BANK**<br>**2601 10TH AVENUE SOUTH**<br>**Great Falls, MT 59405** | | | CHILI'S/MOONSHINE BUILDING, HELENA, MT<br><br>Mortgage<br><br>VALUE $ **6,250,000.00** | | | | 2,801,979.00 | |
| ACCOUNT NO. **2665**<br>**FIRST INTERSTATE BANK**<br>**2601 10TH AVENUE SOUTH**<br>**Great Falls, MT 59405** | | | ON THE BORDER BOISE OPERATING<br><br>SECURITY AGREEMENT<br><br>VALUE $ | | | | 958,497.00 | 958,497.00 |
| ACCOUNT NO. **2050**<br>**FIRST INTERSTATE BANK**<br>**2601 10TH AVENUE SOUTH**<br>**Great Falls, MT 59405** | | | ON THE BORDER BUILDING, GREAT FALLS, MT<br><br>Mortgage<br><br>VALUE $ **2,650,000.00** | | | | 290,718.00 | |
| ACCOUNT NO. **4465**<br>**FIRST INTERSTATE BANK**<br>**2601 10TH AVENUE SOUTH**<br>**Great Falls, MT 59405** | | | LIQUOR LICENSE - ON THE BORDER, GREAT FALLS, MT<br><br>SECURITY AGREEMENT<br><br>VALUE $ **300,000.00** | | | | 128,273.00 | |

Sheet no. ____**1**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $**10,121,846.00** | $ **958,497.00** |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6D (Official Form 6D) (12/07) – Cont.

IN RE **SHOOT THE MOON, LLC**                                    Case No. **2:15-bk-60979**
_____
         Debtor(s)                                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0501** <br><br>**FIRST INTERSTATE BANK** <br>**2601 10TH AVENUE SOUTH** <br>**Great Falls, MT  59405** | | | ON THE BORDER BUILDING, GREAT FALLS, MT <br><br> Mortgage <br><br> VALUE $ **2,650,000.00** | | | | 1,162,873.00 | |
| ACCOUNT NO. **6198** <br><br>**PRAIRIE MOUNTAIN BANK** <br>**1019 7th St S** <br>**Great Falls, MT  59405-4306** | X | | <br><br><br> VALUE $ | | | | 217,382.00 | 217,382.00 |
| ACCOUNT NO. **6281** <br><br>**PRAIRIE MOUNTAIN BANK** <br>**1019 7th St S** <br>**Great Falls, MT  59405-4306** | | | <br><br><br> VALUE $ | | | | 0.00 | |
| ACCOUNT NO. **6364** <br><br>**PRAIRIE MOUNTAIN BANK** <br>**1019 7th St S** <br>**Great Falls, MT  59405-4306** | | | <br><br><br> VALUE $ | | | | 231,261.00 | 231,261.00 |
| ACCOUNT NO. **1435** <br><br>**ROCKY MOUNTAIN BANK** <br>**2405 HIGHWAY 93 N** <br>**KALISPELL, MT  59901** | X | | ON THE BORDER BUILDING, GREAT FALLS, MT <br><br> Mortgage <br><br> VALUE $ **2,650,000.00** | | | | 220,000.00 | |
| ACCOUNT NO. **7865** <br><br>**STERLING BANK** <br>**PO Box 19246** <br>**Spokane, WA  99219-9246** | X | | <br><br><br> VALUE $ | | | | 142,140.00 | 142,140.00 |

Sheet no. ____**2**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | $ 1,973,656.00 | $ 590,783.00 |
|---|---|---|---|
| | Total (Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

IN RE **SHOOT THE MOON, LLC**                                        Case No. **2:15-bk-60979**
_____                    _____
              Debtor(s)                                                       (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4112** <br><br> **STERLING BANK** <br> **PO Box 19246** <br> **Spokane, WA  99219-9246** | | | <br><br><br> VALUE $ | | | | **72,525.00** | **72,525.00** |
| ACCOUNT NO. **9961** <br><br> **WESTERN ALLIANCE BANK** <br> **501 E Butler Ave** <br> **Flagstaff, AZ  86001-5952** | X | | CHILI'S POCATELLO BUILDING <br><br> Mortgage <br><br> VALUE $ **3,050,000.00** | | | | **2,108,727.00** | |
| ACCOUNT NO. **4921** <br><br> **WESTERN ALLIANCE BANK** <br> **501 E Butler Ave** <br> **Flagstaff, AZ  86001-5952** | | | CHILI'S IDAHO OPERATIONS/FFE <br><br> SECURITY AGREEMENT <br><br> VALUE $ | | | | **4,742,824.00** | **4,742,824.00** |
| ACCOUNT NO. <br><br> **ZIONS BANK** <br> **800 W Main St Ste 100** <br> **Boise, ID  83702-5947** | | | <br><br><br> VALUE $ | | | | **Unknown** | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |

Sheet no. ____**3**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | $ **6,924,076.00** | $ **4,815,349.00** |
| Total <br> (Use only on last page) | $**21,528,822.00** | $ **6,624,329.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6E (Official Form 6E) (04/13)

**IN RE SHOOT THE MOON, LLC**                                    Case No. **2:15-bk-60979**
_____
                                Debtor(s)                                       (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**  continuation sheets attached

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07)

**IN RE** SHOOT THE MOON, LLC                                    Case No. **2:15-bk-60979**
_____
Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ADVANCE RESTAURANT FINANCE**<br>**3 Waters Park Dr Ste 231**<br>**San Mateo, CA 94403-1169** | X | | **CASH ADVANCE LOAN** | | | | 0.00 |
| ACCOUNT NO.<br>**ARCH CAPITAL**<br>**160 Pearl St**<br>**New York, NY 10005-1617** | X | | **CASH ADVANCE LOAN** | | | | 0.00 |
| ACCOUNT NO.<br>**ARMOND HILL** | | | **PERSONAL LOAN** | | | | 32,000.00 |
| ACCOUNT NO.<br>**AXIS CAPITAL**<br>**308 N Locust St Ste 100**<br>**Grand Island, NE 68801-5985** | | | **CASH ADVANCE LOAN** | | | | 0.00 |

____ **6** continuation sheets attached

Subtotal
(Total of this page) $ 32,000.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** SHOOT THE MOON, LLC
_____   Case No. **2:15-bk-60979**
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BOB GOODNOW** | | | **PERSONAL LOAN** | | | | **420,000.00** |
| ACCOUNT NO.<br>**CAN CAPITAL**<br>414 W 14th St<br>New York, NY  10014-1030 | X | | **CASH ADVANCE LOAN** | | | | **0.00** |
| ACCOUNT NO.<br>**CAPITAL STACK**<br>11 Broadway<br>New York, NY  10004-1303 | X | | **CASH ADVANCE LOAN** | | | | **0.00** |
| ACCOUNT NO.<br>**CORE FUND CAPITAL**<br>512 Palo Pinto St<br>Weatherford, TX  76086-4128 | | | **CASH ADVANCE LOAN** | | | | **0.00** |
| ACCOUNT NO.<br>**DAVID ANDERSON** | | | **PERSONAL LOAN** | | | | **27,000.00** |
| ACCOUNT NO.<br>**EBF PARTNERS LLC**<br>2001 NW 107th Ave Ste 300<br>Miami, FL  33172-2507 | X | | **CASH ADVANCE LOAN** | | | | **0.00** |
| ACCOUNT NO.<br>**EMPOWER LENDING POWERUP**<br>111 Great Neck Rd Ste 216<br>Great Neck, NY  11021-5408 | X | | **CASH ADVANCE LOAN** | | | | **0.00** |

Sheet no. ____**1**____ of ____**6**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **447,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07) - Cont.

IN RE **SHOOT THE MOON, LLC** _____ Case No. **2:15-bk-60979**
_____Debtor(s)_____ _____(If known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **FORA FINANCIAL** <br> **242 W 36th St** <br> **New York, NY 10018-7542** | X | | **CASH ADVANCE LOAN** | | | | 0.00 |
| ACCOUNT NO. <br> **FUNDING METRICS LENDINI** <br> **884 Town Center Dr** <br> **Langhorne, PA 19047-1748** | X | | **CASH ADVANCE LOAN** | | | | 0.00 |
| ACCOUNT NO. <br> **GIBRALTOR** <br> **400 Skokie Blvd # 375** <br> **Northbrook, IL 60062-7928** | X | | **CASH ADVANCE LOAN** | | | | 0.00 |
| ACCOUNT NO. <br> **GLOBAL MERCHANT** <br> **64 Beaver St** <br> **New York, NY 10004-2508** | X | | | | | | 0.00 |
| ACCOUNT NO. <br> **GLOBAL MERCHANT** <br> **64 Beaver St** <br> **New York, NY 10004-2508** | | | **CASH ADVANCE LOAN** | | | | 0.00 |
| ACCOUNT NO. <br> **GREENBOX CAPITAL** <br> **111 NW 183rd St Ste 316** <br> **Miami Gardens, FL 33169-4599** | X | | **CASH ADVANCE LOAN** | | | | 0.00 |
| ACCOUNT NO. <br> **HIGH SPEED CAPITAL** | X | | **CASH ADVANCE LOAN** | | | | 0.00 |

Sheet no. __**2**__ of __**6**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07) - Cont.

IN RE **SHOOT THE MOON, LLC**                                  Case No. **2:15-bk-60979**
_____                    _____
Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **INTERNAL REVENUE SERVICE** PO Box 7346 Philadelphia, PA  19101-7346 | | | | | | | 0.00 |
| ACCOUNT NO. **IOU CENTRAL** 600 Townpark Ln NW Ste 100 Kennesaw, GA  30144-3736 | X | | CASH ADVANCE LOAN | | | | 0.00 |
| ACCOUNT NO. **JAN HALL** | | | | | | | 394,000.00 |
| ACCOUNT NO. **JOHN GOODNOW** PO Box 7010 Great Falls, MT  59406-7010 | X | | PERSONAL LOAN | | | | 580,000.00 |
| ACCOUNT NO. **LEX GROUP** 369 Lexington Ave New York, NY  10017-6506 | | | CASH ADVANCE LOAN | | | | 0.00 |
| ACCOUNT NO. **LONNIE ANDERSON** | | | PERSONAL LOAN | | | | 29,000.00 |
| ACCOUNT NO. **LOUIS HATZENBELLER** | | | PERSONAL LOAN | | | | 32,000.00 |

Sheet no. ___**3**___ of ___**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,035,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07) - Cont.

IN RE **SHOOT THE MOON, LLC** _____ Case No. **2:15-bk-60979**
  Debtor(s)                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **MERCHANT FUNDING** <br> **280 N Old Woodward Ave** <br> **Birmingham, MI  48009-5300** | X | | **CASH ADVANCE LOAN** | | | | <br><br><br> 0.00 |
| ACCOUNT NO. <br><br> **MICHAEL DUBE** <br> **55 Tumbleweed Ln** <br> **Great Falls, MT  59404-6354** | X | | **2015-08-04** <br> **2015-08-04** <br> **PERSONAL LOAN** | | | | <br><br><br> 44,000.00 |
| ACCOUNT NO. <br><br> **MONTANA DEPARTMENT OF REVENUE** <br> **PO Box 7701** <br> **Helena, MT  59604-7701** | | | | | | | <br><br><br> 0.00 |
| ACCOUNT NO. <br><br> **NEW LOGIC** <br> **414 W 14th St** <br> **New York, NY  10014-1030** | X | | **CASH ADVANCE LOAN** | | | | <br><br><br> 0.00 |
| ACCOUNT NO. <br><br> **ON DECK CAPITAL** | | | **CASH ADVANCE LOAN** | | | | <br><br><br> 0.00 |
| ACCOUNT NO. <br><br> **PEARL ALPHA FUND ALPHA MAKEUP** | X | | **CASH ADVANCE LOAN** | | | | <br><br><br> 0.00 |
| ACCOUNT NO. <br><br> **PETER WILSON** | | | **PERSONAL LOAN** | | | | <br><br><br> 25,000.00 |

Sheet no. __**4**__ of __**6**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **69,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** SHOOT THE MOON, LLC        Case No. **2:15-bk-60979**
_____
Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**QUICK FIX CAPITAL**<br>**884 Town Center Dr**<br>**Langhorne, PA  19047-1748** | X | | **CASH ADVANCE LOAN** | | | | <br><br><br>0.00 |
| ACCOUNT NO. <br><br>**RICHMOND CAPITAL GROUP**<br>**125 Maiden Ln Rm 501**<br>**New York, NY  10038-4722** | X | | **CASH ADVANCE LOAN** | | | | <br><br><br>0.00 |
| ACCOUNT NO. <br><br>**TED HATZENBELLER** | | | **PERSONAL LOAN** | | | | <br><br><br>70,000.00 |
| ACCOUNT NO. <br><br>**TOM SIDOR** | | | **PERSONAL LOAN** | | | | <br><br><br>108,000.00 |
| ACCOUNT NO. <br><br>**US FOODS OGDEN**<br>**832 Hinkley Dr**<br>**Ogden, UT  84401-7078** | | | | | | | <br><br><br>950,000.00 |
| ACCOUNT NO. <br><br>**WG FINANCING**<br>**871 Coronado Center Dr Ste 200**<br>**Henderson, NV  89052-3977** | X | | **CASH ADVANCE LOAN** | | | | <br><br><br>0.00 |
| ACCOUNT NO. <br><br>**WINDSET**<br>**4168 W 12600 S Fl 2**<br>**Riverton, UT  84096-7470** | X | | **CASH ADVANCE LOAN** | | | | <br><br><br>0.00 |

Sheet no. __**5**__ of __**6**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **1,128,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07) – Cont.

**IN RE SHOOT THE MOON, LLC**
_____  Case No. **2:15-bk-60979**
Debtor(s)                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | CASH ADVANCE LOAN | | | | |
| **WORLD GLOBAL**<br>**141 NE 3rd Ave**<br>**Miami, FL  33132-2207** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **YELLOWSTONE BANK**<br>**2000 Overland Ave**<br>**Billings, MT  59102-6453** | | | | | | | **534,000.00** |
| ACCOUNT NO. | | | | | | | |
| **ZIOSK**<br>**12404 Park Central Dr Ste 350**<br>**Dallas, TX  75251-1805** | | | | | | | **37,000.00** |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |

Sheet no. ____**6**____ of ____**6**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **571,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **3,282,000.00**

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6G (Official Form 6G) (12/07)

**IN RE** SHOOT THE MOON, LLC                                      Case No. **2:15-bk-60979**
_____                          _____
Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **CHILI'S - NAGOYA - HELENA**<br><br>**SHOOT THE MOON OF MONTANA REALTY, LLC**<br>**1420 Market Place Dr**<br>**Great Falls, MT  59404-3465** | **LEASE FOR CHILI'S IN HELENA, MONTANA LOCATION. SHOOT THE MOON OF MONTANA REALTY, LLC OWNS THE BUILDING AND TOM LEE, LLC OWNS THE OPERATIONS** |
| **CHILI'S - DOWNTOWN SPOKANE**<br><br>**BRINKER INTERNATIONAL**<br>**6820 Lyndon B Johnson Fwy**<br>**Dallas, TX  75240-6511** | **LEASE FOR CHILI'S LOCATION - DOWNTOWN SPOKANE, WASHINGTON** |
| **CHILI'S - NORTHTOWN MALL**<br><br>**GENERAL GROWTH PROPERTIES**<br>**JIM DIX NORTHTOWN MALL**<br>**PO Box 86**<br>**Minneapolis, MN  55486-0086** | **LEASE FOR CHILI'S LOCATION - NORTHTOWN MALL** |
| **CHILI'S - BROADWAY**<br><br>**VEREIT**<br>**AMERICAN REALTY CAPITAL PROPERTIES**<br>**2325 E Camelback Rd**<br>**Phoenix, AZ  85016-3422** | **LEASE FOR CHILI'S LOCATION AT BROADWAY** |
| **CHILI'S - FRANKLIN**<br><br>**FRANKLIN TOWN PLAZA, LLC**<br>**MARY GUNN**<br>**833 W Broad St Ste 300**<br>**Boise, ID  83702-7141** | **LEASE FOR CHILI'S LOCATION AT FRANKLIN** |
| **CHILI'S - COEUR d'ALENE, IDAHO**<br><br>**BRINKER INTERNATIONAL**<br>**6820 Lyndon B Johnson Fwy**<br>**Dallas, TX  75240-6511** | **LEASE FOR CHILI'S LOCATION IN COEUR d'ALENE, IDAHO** |
| **CHILI'S - NAMPA, IDAHO**<br><br>**TERRAFORM**<br>**JASON SMITH**<br>**6770 S 900 E Ste 102**<br>**Midvale, UT  84047-1710** | **LEASE FOR CHILI'S LOCATION IN NAMPA, IDAHO (UNDER CONSTRUCTION)** |
| **CHILI'S - POCATELLO**<br><br>**SHOOT THE MOON OF IDAHO REALTY, LLC**<br>**1420 Market Place Dr**<br>**Great Falls, MT  59404-3465** | **LEASE FOR CHILI'S LOCATION IN POCATELLO, IDAHO** |
| **CHILI'S - TWIN FALLS IDAHO**<br><br>**MELDCO, INC.**<br>**LEE ORR MAGIC VALLEY MALL**<br>**1485 Pole Line Rd E Ofc**<br>**Twin Falls, ID  83301-8319** | **LEASE FOR CHILI'S LOCATION IN TWIN FALLS, IDAHO** |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

IN RE **SHOOT THE MOON, LLC**     Case No. **2:15-bk-60979**

         Debtor(s)            (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **CHILI'S/MOONSHINE GRILL - GREAT FALLS**<br><br>**SHOOT THE MOON OF MONTANA REALTY, LLC**<br>**1420 Market Place Dr**<br>**Great Falls, MT  59404-3465** | **LEASE FOR CHILI'S/MOONSHINE GRILL LOCATION IN GREAT FALLS, MT** |
| **CHILI'S/ON THE BORDER - MERIDIAN**<br><br>**GATEWAY MARKETPLACE**<br>**COLLIERS INTERNATIONAL**<br>**755 W Front St Ste 300**<br>**Boise, ID  83702-5802** | **LEASE FOR CHILI'S/ON THE BORDER LOCATED IN MERIDIAN, IDAHO** |
| **CHILI'S - IDAHO FALLS**<br><br>**BRINKER INTERNATIONAL**<br>**6820 Lyndon B Johnson Fwy**<br>**Dallas, TX  75240-6511** | **LEASE FOR IDAHO FALLS LOCATION** |
| **ON THE BORDER - BOISE, IDAHO**<br><br>**BOISE SPECTRUM - DUNLAP**<br>**PO Box 413019**<br>**Salt Lake City, UT  84141-3019** | **LEASE FOR ON THE BORDER LOCATION IN BOISE, IDAHO** |
| **ON THE BORDER - GREAT FALLS**<br><br>**SHOOT THE MOON II REALTY, LLC**<br>**1420 Market Place Dr**<br>**Great Falls, MT  59404-3465** | **LEASE FOR ON THE BORDER LOCATION IN GREAT FALLS, MONTANA** |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6H (Official Form 6H) (12/07)

IN RE SHOOT THE MOON, LLC                                                    Case No. 2:15-bk-60979
_____
        Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DENNIS CONNER**<br>**2201 Cherry Dr**<br>**Great Falls, MT  59404-3514** | **HIGH SPEED CAPITAL** |
| **GREGORY S. TIERNEY** | **JOHN GOODNOW**<br>**PO Box 7010**<br>**Great Falls, MT  59406-7010**<br><br>**MICHAEL DUBE**<br>**55 Tumbleweed Ln**<br>**Great Falls, MT  59404-6354** |
| **GREGORY TIERNEY**<br>**75 Spring Tree Rd**<br>**Great Falls, MT  59404-6473** | **HIGH SPEED CAPITAL** |
| **JOHN W. BLOEMENDAAL**<br>**300 40th Ave S**<br>**Great Falls, MT  59405-7325** | **HIGH SPEED CAPITAL** |
| **JOHN W. BLOEMENDAAL** | **JOHN GOODNOW**<br>**PO Box 7010**<br>**Great Falls, MT  59406-7010**<br><br>**MICHAEL DUBE**<br>**55 Tumbleweed Ln**<br>**Great Falls, MT  59404-6354** |
| **KENNETH HATZENBELLER**<br>**4231 Flood Rd**<br>**Great Falls, MT  59404-5402** | **HIGH SPEED CAPITAL** |
| **KENNETH J. HATZENBELLER** | **JOHN GOODNOW**<br>**PO Box 7010**<br>**Great Falls, MT  59406-7010**<br><br>**MICHAEL DUBE**<br>**55 Tumbleweed Ln**<br>**Great Falls, MT  59404-6354** |
| **SHOOT THE MOON 22, LLC**<br>**1420 Market Place Dr**<br>**Great Falls, MT  59404-3465** | **STERLING BANK**<br>**PO Box 19246**<br>**Spokane, WA  99219-9246**<br><br>**GIBRALTOR**<br>**400 Skokie Blvd # 375**<br>**Northbrook, IL  60062-7928**<br><br>**GLOBAL MERCHANT**<br>**64 Beaver St**<br>**New York, NY  10004-2508**<br><br>**IOU CENTRAL**<br>**600 Townpark Ln NW Ste 100**<br>**Kennesaw, GA  30144-3736** |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

IN RE **SHOOT THE MOON, LLC** _____    Case No. **2:15-bk-60979**
                    Debtor(s)                                                           (If known)

### SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **SHOOT THE MOON 4, LLC**<br>1420 Market Place Dr<br>Great Falls, MT  59404-3465 | **ADVANCE RESTAURANT FINANCE**<br>3 Waters Park Dr Ste 231<br>San Mateo, CA  94403-1169<br><br>**WG FINANCING**<br>871 Coronado Center Dr Ste 200<br>Henderson, NV  89052-3977<br><br>**ARCH CAPITAL**<br>160 Pearl St<br>New York, NY  10005-1617<br><br>**HIGH SPEED CAPITAL**<br>**GLOBAL MERCHANT**<br>64 Beaver St<br>New York, NY  10004-2508<br><br>**WINDSET**<br>4168 W 12600 S Fl 2<br>Riverton, UT  84096-7470<br><br>**MERCHANT FUNDING**<br>280 N Old Woodward Ave<br>Birmingham, MI  48009-5300<br><br>**WG FINANCING**<br>871 Coronado Center Dr Ste 200<br>Henderson, NV  89052-3977<br><br>**EBF PARTNERS LLC**<br>2001 NW 107th Ave Ste 300<br>Miami, FL  33172-2507 |
| **SHOOT THE MOON 5, LLC**<br>1420 Market Place Dr<br>Great Falls, MT  59404-3465 | **STERLING BANK**<br>PO Box 19246<br>Spokane, WA  99219-9246<br><br>**GLOBAL MERCHANT**<br>64 Beaver St<br>New York, NY  10004-2508<br><br>**MERCHANT FUNDING**<br>280 N Old Woodward Ave<br>Birmingham, MI  48009-5300<br><br>**QUICK FIX CAPITAL**<br>884 Town Center Dr<br>Langhorne, PA  19047-1748<br><br>**EMPOWER LENDING POWERUP**<br>111 Great Neck Rd Ste 216<br>Great Neck, NY  11021-5408<br><br>**GREENBOX CAPITAL**<br>111 NW 183rd St Ste 316<br>Miami Gardens, FL  33169-4599 |
| **SHOOT THE MOON ENTERPRISES, LLC** | **FIRST INTERSTATE BANK** |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

IN RE **SHOOT THE MOON, LLC**                                          Case No. **2:15-bk-60979**
_____                    _____
                          Debtor(s)                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 1420 Market Place Dr<br>Great Falls, MT  59404-3465 | 2601 10TH AVENUE SOUTH<br>Great Falls, MT  59405<br><br>FIRST INTERSTATE BANK<br>2601 10TH AVENUE SOUTH<br>Great Falls, MT  59405<br><br>FIRST INTERSTATE BANK<br>2601 10TH AVENUE SOUTH<br>Great Falls, MT  59405 |
| SHOOT THE MOON GRIZZLY, LLC<br>1420 Market Place Dr<br>Great Falls, MT  59404-3465 | CAPITAL STACK<br>11 Broadway<br>New York, NY  10004-1303 |
| SHOOT THE MOON II REALTY, LLC<br>1420 Market Place Dr<br>Great Falls, MT  59404-3465 | ROCKY MOUNTAIN BANK<br>2405 HIGHWAY 93 N<br>KALISPELL, MT  59901 |
| SHOOT THE MOON II, LLC<br>1420 Market Place Dr<br>Great Falls, MT  59404-3465 | FIRST INTERSTATE BANK<br>2601 10TH AVENUE SOUTH<br>Great Falls, MT  59405<br><br>NEW LOGIC<br>414 W 14th St<br>New York, NY  10014-1030<br><br>GLOBAL MERCHANT<br>64 Beaver St<br>New York, NY  10004-2508<br><br>IOU CENTRAL<br>600 Townpark Ln NW Ste 100<br>Kennesaw, GA  30144-3736<br><br>MERCHANT FUNDING<br>280 N Old Woodward Ave<br>Birmingham, MI  48009-5300 |
| SHOOT THE MOON III, LLC<br>1420 Market Place Dr<br>Great Falls, MT  59404-3465 | CAN CAPITAL<br>414 W 14th St<br>New York, NY  10014-1030<br><br>FORA FINANCIAL<br>242 W 36th St<br>New York, NY  10018-7542<br><br>JOHN GOODNOW<br>PO Box 7010<br>Great Falls, MT  59406-7010<br><br>MICHAEL DUBE<br>55 Tumbleweed Ln<br>Great Falls, MT  59404-6354 |
| SHOOT THE MOON OF IDAHO<br>1420 Market Place Dr<br>Great Falls, MT  59404-3465 | GIBRALTOR<br>400 Skokie Blvd # 375<br>Northbrook, IL  60062-7928<br><br>GLOBAL MERCHANT<br>64 Beaver St |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6H (Official Form 6H) (12/07) – Cont.

**IN RE** SHOOT THE MOON, LLC          Case No. **2:15-bk-60979**

         Debtor(s)          (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | New York, NY 10004-2508 |
| | IOU CENTRAL<br>600 Townpark Ln NW Ste 100<br>Kennesaw, GA 30144-3736 |
| | ALLIANCE FUNDING GROUP<br>3745 W Chapman Ave Ste 200<br>Orange, CA 92868-1656 |
| SHOOT THE MOON OF IDAHO REALTY, LLC<br>1420 Market Place Dr<br>Great Falls, MT 59404-3465 | WESTERN ALLIANCE BANK<br>501 E Butler Ave<br>Flagstaff, AZ 86001-5952 |
| SHOOT THE MOON OF MONTANA, LLC<br>1420 Market Place Dr<br>Great Falls, MT 59404-3465 | GLOBAL MERCHANT<br>64 Beaver St<br>New York, NY 10004-2508 |
| | MERCHANT FUNDING<br>280 N Old Woodward Ave<br>Birmingham, MI 48009-5300 |
| | FUNDING METRICS LENDINI<br>884 Town Center Dr<br>Langhorne, PA 19047-1748 |
| | RICHMOND CAPITAL GROUP<br>125 Maiden Ln Rm 501<br>New York, NY 10038-4722 |
| SHOOT THE MOON OF WASHINGTON, LLC<br>1420 Market Place Dr<br>Great Falls, MT 59404-3465 | GLOBAL MERCHANT<br>64 Beaver St<br>New York, NY 10004-2508 |
| | ADVANCE RESTAURANT FINANCE<br>3 Waters Park Dr Ste 231<br>San Mateo, CA 94403-1169 |
| | MERCHANT FUNDING<br>280 N Old Woodward Ave<br>Birmingham, MI 48009-5300 |
| | ARCH CAPITAL<br>160 Pearl St<br>New York, NY 10005-1617 |
| | QUICK FIX CAPITAL<br>884 Town Center Dr<br>Langhorne, PA 19047-1748 |
| | PEARL ALPHA FUND ALPHA MAKEUP |
| SHOOT THE MOON X REALTY, LLC<br>1420 Market Place Dr<br>Great Falls, MT 59404-3465 | PRAIRIE MOUNTAIN BANK<br>1019 7th St S<br>Great Falls, MT 59405-4306 |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** **SHOOT THE MOON, LLC**                    Case No. **2:15-bk-60979**

_____
Debtor(s)                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
                                                                                                            Debtor

Date: _____     Signature: _____
                                                                                            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **LIQUIDATING MANAGER** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **SHOOT THE MOON, LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**24** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 21, 2015** _____     Signature: _**/s/ LANCE J. HATZENBELLER**_____

**LANCE J. HATZENBELLER**
(Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Montana, Butte Division

IN RE:                                                          Case No. **2:15-bk-60979**

**SHOOT THE MOON, LLC**                                         Chapter **11**
_____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE
    0.00  SHOOT THE MOON 22, LLC

YEAR-TO-DATE (2015) $1,304,491.00
(2014) $1,538,480.00
(2013) $1,514,352.00

    0.00  SHOOT THE MOON 4, LLC

YEAR-TO-DATE (2015) $1,553,235.00
(2014) $1,937,920.00
(2013) $1,968,000.00

    0.00  SHOOT THE MOON 5, LLC

YEAR-TO-DATE (2015) $1,257,393.00
(2014) $1,650,755.00
(2013) $1,733,338.00

    0.00  SHOOT THE MOON ENTERPRISES, LLC

YEAR-TO-DATE (2015) $4,272,460.00
(2014) $4,742,210.00
(2013) $5,928,508.00

    0.00  SHOOT THE MOON II OF IDAHO, LLC

YEAR-TO-DATE (2015) $1,150,594.00
(2014) $1,453,090.00

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

(2013) $1,556,889.00

          0.00  SHOOT THE MOON II REALTY, LLC

YEAR-TO-DATE (2015) $180,000.00
(2014) $240,000.00
(2013) $245,556.00

          0.00  SHOOT THE MOON II, LLC

YEAR-TO-DATE (2015) $849,619.00
(2014) $1,159,515.00
(2013) $1,248,480.00

          0.00  SHOOT THE MOON III, LLC

YEAR-TO-DATE (2015) $2,657,059.00
(2014) $3,284,046.00
(2013) $3,380,339.00

          0.00  SHOOT THE MOON MONTANA REALTY, LLC

YEAR-TO-DATE (2015) $635,400.00
(2014) $1,058,742.00
(2013) $960,000.00

          0.00  SHOOT THE MOON OF IDAHO, LLC

YEAR-TO-DATE (2015) $5,823,110.21
(2014) $7,294,045.00
(2013) $7,535,064.00

          0.00  SHOOT THE MOON OF WASHINGTON, LLC

YEAR-TO-DATE (2015) $2,014,877.40
(2014) $2,620,862.00
(2013) $2,656,624.00

          0.00  SHOOT THE MOON REALTY, LLC (IDAHO)

YEAR-TO-DATE (2015) $180,000.00
(2014) $240,000.00
(2013) $240,000.00

          0.00  SHOOT THE MOON X REALTY, LLC

YEAR-TO-DATE (2015) $0.00
(2014) $938,325.00
(2013) $319,682.00

          0.00  SHOOT THE MOON X, LLC

YEAR-TO-DATE (2015) $0.00
(2014) $0.00
(2013) $1,134,493.00

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

None  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☐  preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
$6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married
debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| _ | | 0.00 | 0.00 |

## DEBTOR IS IN THE PROCESS OF ACQUIRING THIS LIST AND WILL AMEND UPON COMPLETION

None  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☑  who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐  bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **POWERUP LENDING GROUP, LTD. v. SHOOT THE MOON 5, LLC D/B/A CHILI'S GRILL AND BAR, KENNETH J. HATZENBELLER AND DR. JOHN W. BLOEMENDAAL** | **COLLECTION** | **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK** **,** | **PENDING** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding
☑  the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to
☑  the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

**6. Assignments and receiverships**

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.
☐  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **BRINKER INTERNATIONAL** **6820 Lyndon B Johnson Fwy** **Dallas, TX 75240-6511** | **10/21/2015** | **PROMISSORY NOTE SECURED WITH CHATTELS** |

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the
☑  commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual
☑  gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100
per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GARY S. DESCHENES**<br>PO Box 3466<br>Great Falls, MT  59403-3466 | 10/6/201510/14/1510/16/15 | **$7,500.00 PAID BY VICKIE HATZENBELLER**<br>**$5,000.00 PAID BY SHOOT THE MOON**<br>**$20,000.00 PAID BY SHOOT THE MOON** |
| **INVERNESS GROUP, LLC**<br>PO Box 861<br>Lake Oswego, OR  97034-0140 | 10/21/15 | **$2,500.00 PAID BY SHOOT THE MOON** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **PRAIRIE MOUNTAIN BANK**<br>1019 7th St S<br>Great Falls, MT  59405-4306 | | **0.00** |

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| SHOOT THE MOON ENTERPRISES, LLC | 36-4580505 | 1420 Market Place Dr Great Falls, MT  59404-3465 | OPERATING ENTITY | 9/20/05 TO 10/21/15 |
| SHOOT THE MOON REALTY, LLC | 26-2230106 | 1420 Market Place Dr Great Falls, MT  59404-3465 | REAL PROPERTY MANAGEMENT | 3/17/08 TO 10/21/15 |
| SHOOT THE MOON OF IDAHO, LLC | 20-4764591 | 1420 Market Place Dr Great Falls, MT  59404-3465 | RESTAURANT OPERATIONS | 4/27/06 TO 10/21/15 |
| SHOOT THE MOON OF WASHINGTON, LLC | 20-4754112 | 1420 Market Place Dr Great Falls, MT  59404-3465 | RESTAURANT OPERATIONS | 4/28/06 TO 10/21/15 |
| SHOOT THE MOON, LLC | 20-476963 | 1420 Market Place Dr Great Falls, MT  59404-3465 | RESTAURANT AND REAL PROPERTY MANAGEMENT | 4/28/06 TO PRESENT |
| SHOOT THE MOON OF MONTANA, LLC | 26-3783958 | 1420 Market Place Dr Great Falls, MT  59404-3465 | RESTAURANT OPERATIONS | 2/6/09 TO 10/21/15 |
| SHOOT THE MOON OF MONTANA | 26-3782477 | 1420 Market Place Dr | REAL | 2/6/09 TO |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| | | | | |
|---|---|---|---|---|
| REALTY, LLC | | Great Falls, MT  59404-3465 | PROPERTY MANAGEMENT | 10/21/15 |
| SHOOT THE MOON X, LLC | 26-3782578 | 1420 Market Place Dr<br>Great Falls, MT  59404-3465 | RESTAURANT OPERATIONS | 3/27/08 TO 10/21/15 |
| SHOOT THE MOON X REALTY, LLC | 26-3549565 | 1420 Market Place Dr<br>Great Falls, MT  59404-3465 | REAL PROPERTY MANAGEMENT | 10/14/08 TO 10/21/15 |
| SHOOT THE MOON II OF IDAHO, LLC | 20-8706303 | 1420 Market Place Dr<br>Great Falls, MT  59404-3465 | RESTAURANT OPERATIONS | 10/14/08 TO 10/21/15 |
| SHOOT THE MOON II, LLC | 20-8402919 | 1420 Market Place Dr<br>Great Falls, MT  59404-3465 | RESTAURANT OPERATIONS | 2/14/07 TO 10/21/15 |
| SHOOT THE MOON II REALTY, LLC | 20-0511463 | 1420 Market Place Dr<br>Great Falls, MT  59404-3465 | REAL PROPERTY MANAGEMENT | 12/23/03 TO 10/21/15 |
| SHOOT THE MOON III, LLC | 26-4232962 | 1420 Market Place Dr<br>Great Falls, MT  59404-3465 | RESTAURANT OPERATIONS | 2/10/09 TO 10/21/15 |
| SHOOT THE MOON 4, LLC | 27-2300462 | 1420 Market Place Dr<br>Great Falls, MT  59404-3465 | RESTAURANT OPERATIONS | 4/9/10 TO 10/21/15 |
| SHOOT THE MOON 5, LLC | 27-2357865 | 1420 Market Place Dr<br>Great Falls, MT  59404-3465 | RESTAURANT OPERATIONS | 4/9/10 TO 10/21/15 |
| SHOOT THE MOON 22, LLC | 27-2357925 | 1420 Market Place Dr<br>Great Falls, MT  59404-3465 | RESTAURANT OPERATIONS | 4/9/10 TO 10/21/15 |
| SHOOT THE MOON GRIZZLY, LLC | 46-4980782 | 1420 Market Place Dr<br>Great Falls, MT  59404-3465 | RESTAURANT OPERATIONS | 2/28/14 TO 10/21/15 |
| SHOOT THE MOON OF BILLINGS, LLC | 47-4478912 | 1420 Market Place Dr<br>Great Falls, MT  59404-3465 | RESTAURANT OPERATIONS | 7/8/15 TO 10/21/15 |
| SHOOT THE MOON OF NAMPA, LLC | 47-4842482 | 1420 Market Place Dr<br>Great Falls, MT  59404-3465 | RESTAURANT OPERATIONS | 7/21/15 TO 10/21/15 |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| BLOOMGREN RIVERA & CO, PLLC<br>225 2nd St S<br>Great Falls, MT  59405-1828 | YEAR END TAX PREPARER |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

## 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| | **LANCE HATZENBELLER** | **INVENTORY IS FLUID.  THERE IS NEVER A SET AMOUNT.  AVERAGE FOOD $8,500.00.  AVERAGE LIQUOR $3,000.00** |

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **KENNETH HATZENBELLER** **4231 Flood Rd** **Great Falls, MT  59404-5402** | **MEMBER** | **33.33%** |
| **JOHN W. BLOEMENDAAL** **300 40th Ave S** **Great Falls, MT  59405-7325** | **MEMBER** | **33.33%** |
| **GREGORY TIERNEY** **75 Spring Tree Rd** **Great Falls, MT  59404-6473** | **MEMBER** | **33.33%** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **KENNETH HATZENBELLER** **4231 Flood Rd** **Great Falls, MT  59404-5402** **MANAGING MEMBER** | **BI-WEEKLY SALARY** | **$70,000 ANNUAL SALARY** |

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 21, 2015**                    Signature: ***/s/ LANCE J. HATZENBELLER***

                                    **LANCE J. HATZENBELLER, LIQUIDATING MANAGER**
                                                                    Print Name and Title

              [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                              _____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**United States Bankruptcy Court**
**District of Montana, Butte Division**

IN RE:                                                          Case No. **2:15-bk-60979**

**SHOOT THE MOON, LLC**                                          Chapter **11**

<u>Debtor(s)</u>

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **October 21, 2015**          Signature: ___*/s/ LANCE J. HATZENBELLER*_____
                                              **LANCE J. HATZENBELLER, LIQUIDATING MANAGER**          Debtor

Date: _____     Signature: _____
                                                                                          Joint Debtor, if any

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

SHOOT THE MOON, LLC
1420 MARKET PLACE DR
STE B
GREAT FALLS, MT 59404-3465

CORE FUND CAPITAL
512 PALO PINTO ST
WEATHERFORD, TX 76086-4128

GLOBAL MERCHANT
64 BEAVER ST
NEW YORK, NY 10004-2508

DESCHENES & ASSOCIATES LAW OFFICES
309 1ST AVE N
GREAT FALLS, MT 59401-2505

EBF PARTNERS LLC
2001 NW 107TH AVE STE 300
MIAMI, FL 33172-2507

GREENBOX CAPITAL
111 NW 183RD ST STE 316
MIAMI GARDENS, FL 33169-4599

ADVANCE RESTAURANT FINANCE
3 WATERS PARK DR STE 231
SAN MATEO, CA 94403-1169

EMPOWER LENDING POWERUP
111 GREAT NECK RD STE 216
GREAT NECK, NY 11021-5408

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ALLIANCE FUNDING GROUP
3745 W CHAPMAN AVE STE 200
ORANGE, CA 92868-1656

FIRST INTERSTATE BANK
2601 10TH AVENUE SOUTH
GREAT FALLS, MT 59405

IOU CENTRAL
600 TOWNPARK LN NW STE 100
KENNESAW, GA 30144-3736

ARCH CAPITAL
160 PEARL ST
NEW YORK, NY 10005-1617

FORA FINANCIAL
242 W 36TH ST
NEW YORK, NY 10018-7542

JOHN GOODNOW
PO BOX 7010
GREAT FALLS, MT 59406-7010

AXIS CAPITAL
308 N LOCUST ST STE 100
GRAND ISLAND, NE 68801-5985

FRANKLIN TOWN PLAZA, LLC
MARY GUNN
833 W BROAD ST STE 300
BOISE, ID 83702-7141

LEX GROUP
369 LEXINGTON AVE
NEW YORK, NY 10017-6506

BOISE SPECTRUM - DUNLAP
PO BOX 413019
SALT LAKE CITY, UT 84141-3019

FUNDING METRICS LENDINI
884 TOWN CENTER DR
LANGHORNE, PA 19047-1748

MELDCO, INC.
LEE ORR MAGIC VALLEY MALL
1485 POLE LINE RD E OFC
TWIN FALLS, ID 83301-8319

BRINKER INTERNATIONAL
6820 LYNDON B JOHNSON FWY
DALLAS, TX 75240-6511

GATEWAY MARKETPLACE
COLLIERS INTERNATIONAL
755 W FRONT ST STE 300
BOISE, ID 83702-5802

MERCHANT FUNDING
280 N OLD WOODWARD AVE
BIRMINGHAM, MI 48009-5300

CAN CAPITAL
414 W 14TH ST
NEW YORK, NY 10014-1030

GENERAL GROWTH PROPERTIES
JIM DIX NORTHTOWN MALL
PO BOX 86
MINNEAPOLIS, MN 55486-0086

MICHAEL DUBE
55 TUMBLEWEED LN
GREAT FALLS, MT 59404-6354

CAPITAL STACK
11 BROADWAY
NEW YORK, NY 10004-1303

GIBRALTOR
400 SKOKIE BLVD # 375
NORTHBROOK, IL 60062-7928

MONTANA DEPARTMENT OF REVENUE
PO BOX 7701
HELENA, MT 59604-7701

**NEW LOGIC**
**414 W 14TH ST**
**NEW YORK, NY  10014-1030**

**US FOODS OGDEN**
**832 HINKLEY DR**
**OGDEN, UT  84401-7078**

**PRAIRIE MOUNTAIN BANK**
**1019 7TH ST S**
**GREAT FALLS, MT  59405-4306**

**VEREIT**
**AMERICAN REALTY CAPITAL PROPERTIES**
**2325 E CAMELBACK RD**
**PHOENIX, AZ  85016-3422**

**QUICK FIX CAPITAL**
**884 TOWN CENTER DR**
**LANGHORNE, PA  19047-1748**

**WESTERN ALLIANCE BANK**
**501 E BUTLER AVE**
**FLAGSTAFF, AZ  86001-5952**

**RICHMOND CAPITAL GROUP**
**125 MAIDEN LN RM 501**
**NEW YORK, NY  10038-4722**

**WG FINANCING**
**871 CORONADO CENTER DR STE 200**
**HENDERSON, NV  89052-3977**

**ROCKY MOUNTAIN BANK**
**2405 HIGHWAY 93 N**
**KALISPELL, MT  59901**

**WINDSET**
**4168 W 12600 S FL 2**
**RIVERTON, UT  84096-7470**

**SHOOT THE MOON II REALTY, LLC**
**1420 MARKET PLACE DR**
**GREAT FALLS, MT  59404-3465**

**WORLD GLOBAL**
**141 NE 3RD AVE**
**MIAMI, FL  33132-2207**

**SHOOT THE MOON OF IDAHO REALTY, LLC**
**1420 MARKET PLACE DR**
**GREAT FALLS, MT  59404-3465**

**YELLOWSTONE BANK**
**2000 OVERLAND AVE**
**BILLINGS, MT  59102-6453**

**SHOOT THE MOON OF MONTANA REALTY, LLC**
**1420 MARKET PLACE DR**
**GREAT FALLS, MT  59404-3465**

**ZIONS BANK**
**800 W MAIN ST STE 100**
**BOISE, ID  83702-5947**

**STERLING BANK**
**PO BOX 19246**
**SPOKANE, WA  99219-9246**

**ZIOSK**
**12404 PARK CENTRAL DR STE 350**
**DALLAS, TX  75251-1805**

**TERRAFORM**
**JASON SMITH**
**6770 S 900 E STE 102**
**MIDVALE, UT  84047-1710**