26 Oct 2015

TO: United States Bankruptcy Court
400 N Main Room 263
Butte, MT 59701

From: Jerry & Jan Hall
90 Heron Bank RD
Great Falls, MT 59404   406-454-9004
jannilou@hotmail.com

RE: Shoot the Moon Bankruptcy
Filed 10-21-15   # 15-60979RBK

There are 3 problems with the bankruptcy filing concerning our claim:
1. The correct names should be:
   Jerry & Jan Hall
2. Our address:
   90 Heron Bank RD
   Great Falls, MT 59404
3. The amount of the claim should be $398,000.00

Thank you
Jan Hall
Jerry Hall