**Articles of Merger**
**For Shoot the Moon of Washington, LLC**
**And Shoot the Moon, LLC**

The following Articles of Merger are submitted in accordance with the provisions of Mont. Code Ann. § 35-8-1202. These Articles of Merger affirm the intent of **Shoot the Moon of Washington, LLC** to merge with **Shoot the Moon, LLC**, as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana Limited Liability Company organized on April 28, 2006.

The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2. In accordance with their individual operating agreements and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon of Washington, LLC**, have approved and signed the attached Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC**.

3. The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B
Great Falls, MT 59404

4. There are no changes to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers.

5. The address for service on the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

   1420 Market Place Dr. Suite B
   Great Falls, MT 59404
   The registered agent is Lance Hatzenbeller.

6. **Shoot the Moon of Washington, LLC**, the merging entity, is a foreign limited liability company, registered in the State of Washington on April 25, 2006. It has not filed an application for authority with the Montana secretary of state. The surviving entity, **Shoot the Moon, LLC** is a Montana Limited Liability Company, organized April 28, 2006, which has filed paperwork for Registration and Authority to Conduct business in Washington.

7. The address for service in Washington State is:

   207 W. Spokane Falls Blvd.
   Spokane, WA 99201

8. The effective date of this merger will be: October 20, 2015

   Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.

Affirmed by:

_____          ____10/20/15____
Kenneth J. Hatzenbeller                   Date

_____          ____10.20.15____
Gregory S. Tierney                        Date

_____          ____10/20/15____
John W. Bloemendaal                       Date
As members of **Shoot the Moon of Washington, LLC**

And;

Kenneth J. Hatzenbeller

10/20/15
Date

Gregory S. Tierney

10.20.15
Date

John W. Bloemendaal
As members of **Shoot the Moon, LLC**

10/20/15
Date

### Agreement and Plan of Merger
### Between Shoot the Moon of Washington, LLC and
### Shoot the Moon, LLC

This Agreement and Plan of Merger ("Agreement") is dated October ⟨20⟩, 2015, by and between the following companies:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)
(collectively the "Merging Companies")

and,

**Shoot the Moon, LLC** ("STM"), a Montana limited liability company, filed April 28, 2006. All companies together shall be known as the "Constituent Companies".

WHEREAS, the Merging Companies are all limited liability companies duly organized under the laws of the States of Montana, Idaho or Washington as noted above; and whereas STM is a limited liability company duly organized under the laws of the State of Montana, and having a principal place of business and address of:

**Shoot the Moon, LLC**
1420 Market Place Dr. Suite B.
Great Falls, MT 59404-0000

WHEREAS, the Members of each of the Merging Companies and STM have determined that it is in the Companies' best interests for the Merging Companies to be merged with and into

1

STM with STM being the surviving limited liability company ("Surviving Company"), organized under the laws of the State of Montana.

THEREFORE, the parties to this Agreement, in consideration of the mutual covenants, agreements and provisions contained herein, do prescribe the terms and conditions of this merger and the mode of carrying it into effect as follows:

1. PARTIES: the parties to this merger are the Merging Companies as noted above including **Shoot the Moon of Washington, LLC** and **Shoot the Moon, LLC**, a Montana limited liability company.
2. MEMBERS: The members of each and every one of the individual Merging Companies listed above and STM are as follows:

    (a) Kenneth J. Hatzenbeller
    (b) Gregory S. Tierney
    (c) John W. Bloemendaal

3. SURVIVING ENTITY: The surviving entity will **be Shoot the Moon, LLC**, which will remain as a limited liability company, organized in Montana.
4. EFFECTIVE DATE: The effective date of the merger will be October 20, 2015.
5. TERMS AND CONDITIONS:
    (a) The name of the Surviving Company following the effective date of the merger shall be **Shoot the Moon, LLC**
    (b) As of the effective date of the merger, the Articles of Organization shall be and remain the articles of the surviving company.
    (c) As each member of the individual companies that comprise the Merging Companies is also a member of the Surviving Company, each members interests in the individual Merging Companies will effectively be absorbed into their existing interest in the Surviving Company. No other compensation or consideration will be provided.
    (d) There will be no amendments to the Articles of Organization of the Surviving Company as a result of this merger
    (e) From and after the Effective Date of the merger, the Surviving Company shall possess all the rights, privileges, immunities, and franchises of a public or private nature, of each of the Merging Companies; and all property, real or personal, and all debts due on whatever account of or belonging to or due to each of the Merging Companies shall be taken and deemed to be transferred to and vested in the Surviving Company without further act or deed; and title to any real estate or interest therein, vested in any of the Merging Companies shall not revert or be impaired by reason of this merger. Surviving Company shall be responsible and liable for all the liabilities and obligations of each of the Merging Companies, and any claim existing or action or proceeding pending by or against any of the Constituent Companies may be prosecuted to judgment as if the merger had not taken place or the Surviving Company may be substituted in its place, and neither the rights of creditors nor any

2

liens upon the property of any of the Constituent Companies shall be impaired by this Merger.

(f) If necessary, the members of the Constituent Companies shall execute and deliver all such documents and take such action as may be necessary or requested by the Surviving Company in order to vest fully all the property rights of the Constituent Companies in the Surviving Company and otherwise effectuate this Agreement and any transactions contemplated herein.

(g) The Surviving Company consents that it may be sued and served process in the State of Montana (i) in any action or special proceeding for the enforcement of any liability or obligation of any of the Merging Companies; or (ii) with respect to any property transferred or conveyed to it, or with respect to the use made of such property, or any transaction in connection therewith.

(h) This Agreement will be deemed approved upon signature by the members listed above in their capacity as the membership in each of the Merging Companies and STM.

(i) This Agreement can be abandoned prior to merger by unanimous agreement of the members of the Merging Companies and STM as provided by Mont. Code Ann. § 35-8-1201(4).

(j) Interpretation and enforcement of this Agreement shall be governed by the laws of the State of Montana.

IN WITNESS WHEREOF, each of the Merging Companies listed above, and STM are deemed to have received copies of and have executed this Agreement as of the date set forth above.

Kenneth J. Hatzenbeller _____     Date _10/20/15_

Gregory S. Tierney _____     Date _10.20.15_

John W. Bloemendaal _____     Date _10/30/15_

Signed in their Capacities as members of:

Shoot the Moon of Washington, LLC

And in their capacity as members of the Surviving Company:

Shoot the Moon, LLC (Montana LLC)

3

# SECRETARY OF STATE
## Linda McCulloch -- State of Montana





Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

DESCHENES & ASSOCIATES ATTORNEYS AT LAW
PO BOX 3466
GREAT FALLS MT 59403

# CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

### MERGER OF SHOOT THE MOON ENTERPRISES, LLC MERGED INTO SHOOT THE MOON, LLC

filed its ARTICLES OF MERGER in this office and has fulfilled the applicable requirements set forth in law. By virtue of the authority vested in the office, I hereby issue this certificate evidencing filing effective on the date shown below. I wish you the best of luck with all your future endeavors as part of the Montana business community.

**Certified File Number:** C155890-1688188
**Dated:** October 21, 2015
**Effective Date:** October 21, 2015

*Linda McCulloch*

Linda McCulloch
Secretary of State







COPY



STATE OF MONTANA

**FILED**

OCT 2 1 2015

**SECRETARY OF STATE**

C155800

**Articles of Merger**
**For Shoot the Moon, LLC**
**And Shoot the Moon Enterprises, LLC**

The following Articles of Merger are submitted in accordance with the provisions of Mont. Code Ann. § 35-8-1202. These Articles of Merger affirm the intent of **Shoot the Moon Enterprises**, LLC to merge with **Shoot the Moon, LLC**, as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana Limited Liability Company organized on April 28, 2006.

The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2. In accordance with their individual operating agreements and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon Enterprises, LLC**, have approved and signed the attached Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC**.

3. The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B
Great Falls, MT 59404

1

4. There are no changes to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers.

5. The address for service on the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

*Lance Hatzenbeller*
1420 Market Place Dr. Suite B
Great Falls, MT 59404

6. The effective date of this merger will be: October 20, 2015

Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.

Affirmed by:

_____          _____
Kenneth J. Hatzenbeller                                              Date  10/20/15

_____          _____
Gregory S. Tierney                                                     Date  10.20.15

_____          _____
John W. Bloemendaal                                                 Date  10/20/15
As members of **Shoot the Moon Enterprises, LLC**

And;

_____          _____
Kenneth J. Hatzenbeller                                              Date  10/20/15

_____          _____
Gregory S. Tierney                                                     Date  10.20.15

_____          _____
John W. Bloemendaal                                                 Date  10/20/15
As members of **Shoot the Moon, LLC**

2

**Agreement and Plan of Merger**
**Between Shoot the Moon Enterprises, LLC and**
**Shoot the Moon, LLC**

This Agreement and Plan of Merger ("Agreement") is dated October 2-O , 2015, by and between the following companies:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March 17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)
(collectively the "Merging Companies")

and,

**Shoot the Moon, LLC** ("STM"), a Montana limited liability company, filed April 28, 2006. All companies together shall be known as the "Constituent Companies".

WHEREAS, the Merging Companies are all limited liability companies duly organized under the laws of the States of Montana, Idaho or Washington as noted above; and whereas STM is a limited liability company duly organized under the laws of the State of Montana, and having a principal place of business and address of:

**Shoot the Moon, LLC**
1420 Market Place Dr. Suite B.
Great Falls, MT 59404-0000

WHEREAS, the Members of each of the Merging Companies and STM have determined that it is in the Companies' best interests for the Merging Companies to be merged with and into

1

STM with STM being the surviving limited liability company ("Surviving Company"), organized under the laws of the State of Montana.

THEREFORE, the parties to this Agreement, in consideration of the mutual covenants, agreements and provisions contained herein, do prescribe the terms and conditions of this merger and the mode of carrying it into effect as follows:

1. PARTIES: the parties to this merger are the Merging Companies as noted above including **Shoot the Moon Enterprises, LLC** and **Shoot the Moon, LLC**, a Montana limited liability company.

2. MEMBERS: The members of each and every one of the individual Merging Companies listed above and STM are as follows:

   (a) Kenneth J. Hatzenbeller
   (b) Gregory S. Tierney
   (c) John W. Bloemendaal

3. SURVIVING ENTITY: The surviving entity will be **Shoot the Moon, LLC**, which will remain as a limited liability company, organized in Montana.

4. EFFECTIVE DATE: The effective date of the merger will be October 20, 2015.

5. TERMS AND CONDITIONS:

   (a) The name of the Surviving Company following the effective date of the merger shall be **Shoot the Moon, LLC**

   (b) As of the effective date of the merger, the Articles of Organization shall be and remain the articles of the surviving company.

   (c) As each member of the individual companies that comprise the Merging Companies is also a member of the Surviving Company, each members interests in the individual Merging Companies will effectively be absorbed into their existing interest in the Surviving Company. No other compensation or consideration will be provided.

   (d) There will be no amendments to the Articles of Organization of the Surviving Company as a result of this merger

   (e) From and after the Effective Date of the merger, the Surviving Company shall possess all the rights, privileges, immunities, and franchises of a public or private nature, of each of the Merging Companies; and all property, real or personal, and all debts due on whatever account of or belonging to or due to each of the Merging Companies shall be taken and deemed to be transferred to and vested in the Surviving Company without further act or deed; and title to any real estate or interest therein, vested in any of the Merging Companies shall not revert or be impaired by reason of this merger. Surviving Company shall be responsible and liable for all the liabilities and obligations of each of the Merging Companies, and any claim existing or action or proceeding pending by or against any of the Constituent Companies may be prosecuted to judgment as if the merger had not taken place or the Surviving Company may be substituted in its place, and neither the rights of creditors nor any

2

liens upon the property of any of the Constituent Companies shall be impaired by this Merger.

(f) If necessary, the members of the Constituent Companies shall execute and deliver all such documents and take such action as may be necessary or requested by the Surviving Company in order to vest fully all the property rights of the Constituent Companies in the Surviving Company and otherwise effectuate this Agreement and any transactions contemplated herein.

(g) The Surviving Company consents that it may be sued and served process in the State of Montana (i) in any action or special proceeding for the enforcement of any liability or obligation of any of the Merging Companies; or (ii) with respect to any property transferred or conveyed to it, or with respect to the use made of such property, or any transaction in connection therewith.

(h) This Agreement will be deemed approved upon signature by the members listed above in their capacity as the membership in each of the Merging Companies and STM.

(i) This Agreement can be abandoned prior to merger by unanimous agreement of the members of the Merging Companies and STM as provided by Mont. Code Ann. § 35-8-1201(4).

(j) Interpretation and enforcement of this Agreement shall be governed by the laws of the State of Montana.

IN WITNESS WHEREOF, each of the Merging Companies listed above, and STM are deemed to have received copies of and have executed this Agreement as of the date set forth above.

_____     __10/20/15__
Kenneth J. Hatzenbeller                         Date

_____     __10-20-15__
Gregory S. Tierney                                    Date

_____     __10/20/15__
John W. Bloemendaal                             Date

Signed in their Capacities as members of:

Shoot the Moon Enterprises, LLC

And in their capacity as members of the Surviving Company:

Shoot the Moon, LLC (Montana LLC)

3

# SECRETARY OF STATE
## Linda McCulloch -- State of Montana





Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

DESCHENES & ASSOCIATES ATTORNEYS AT LAW
PO BOX 3466
GREAT FALLS MT 59403

# CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

### MERGER OF SHOOT THE MOON X, LLC MERGED INTO SHOOT THE MOON, LLC

filed its ARTICLES OF MERGER in this office and has fulfilled the applicable requirements set forth in law.  By virtue of the authority vested in the office, I hereby issue this certificate evidencing filing effective on the date shown below.  I wish you the best of luck with all your future endeavors as part of the Montana business community.

**Certified File Number:**  C155890-1688189
**Dated:**  October 21, 2015
**Effective Date:**  October 21, 2015

Linda McCulloch
Secretary of State





COPY



STATE OF MONTANA
FILED
OCT 21 2015
SECRETARY OF STATE
C 155890

**Articles of Merger**
**For Shoot the Moon X, LLC**
**And Shoot the Moon, LLC**

The following Articles of Merger are submitted in accordance with the provisions of Mont. Code Ann. § 35-8-1202. These Articles of Merger affirm the intent of **Shoot the Moon X, LLC** to merge with **Shoot the Moon, LLC**, as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana Limited Liability Company organized on April 28, 2006.

The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March 17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2. In accordance with their individual operating agreements and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon X, LLC**, have approved and signed the attached Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC**.

3. The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B
Great Falls, MT 59404

1

4.   There are no changes to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers.

5.   The address for service on the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

Lance Hatzenbeller
1420 Market Place Dr. Suite B
Great Falls, MT 59404

6.   The effective date of this merger will be: October 20, 2015

Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.

Affirmed by:

_____          _____
Kenneth J. Hatzenbeller                                      Date   10/20/15

_____          _____
Gregory S. Tierney                                             Date   10. 20. 15

_____          _____
John W. Bloemendaal                                       Date   10/20/15
As members of **Shoot the Moon X, LLC**

And;

_____          _____
Kenneth J. Hatzenbeller                                      Date   10/20/15

_____          _____
Gregory S. Tierney                                             Date   10. 20. 15

_____          _____
John W. Bloemendaal                                       Date   10/20/15
As members of **Shoot the Moon, LLC**

2

### Agreement and Plan of Merger
### Between Shoot the Moon X, LLC and
### Shoot the Moon, LLC

This Agreement and Plan of Merger ("Agreement") is dated October 20, 2015, by and between the following companies:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March 17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)
(collectively the "Merging Companies")

and,

**Shoot the Moon, LLC** ("STM"), a Montana limited liability company, filed April 28, 2006. All companies together shall be known as the "Constituent Companies".

WHEREAS, the Merging Companies are all limited liability companies duly organized under the laws of the States of Montana, Idaho or Washington as noted above; and whereas STM is a limited liability company duly organized under the laws of the State of Montana, and having a principal place of business and address of:

**Shoot the Moon, LLC**
1420 Market Place Dr. Suite B.
Great Falls, MT 59404-0000

WHEREAS, the Members of each of the Merging Companies and STM have determined that it is in the Companies' best interests for the Merging Companies to be merged with and into

1

STM with STM being the surviving limited liability company ("Surviving Company"), organized under the laws of the State of Montana.

THEREFORE, the parties to this Agreement, in consideration of the mutual covenants, agreements and provisions contained herein, do prescribe the terms and conditions of this merger and the mode of carrying it into effect as follows:

1. PARTIES: the parties to this merger are the Merging Companies as noted above, including **Shoot the Moon X, LLC** and **Shoot the Moon, LLC**, a Montana limited liability company.
2. MEMBERS: The members of each and every one of the individual Merging Companies listed above and STM are as follows:

    (a) Kenneth J. Hatzenbeller
    (b) Gregory S. Tierney
    (c) John W. Bloemendaal

3. SURVIVING ENTITY: The surviving entity will be **Shoot the Moon, LLC**, which will remain as a limited liability company, organized in Montana.
4. EFFECTIVE DATE: The effective date of the merger will be October 20, 2015.
5. TERMS AND CONDITIONS:
    (a) The name of the Surviving Company following the effective date of the merger shall be **Shoot the Moon, LLC**
    (b) As of the effective date of the merger, the Articles of Organization shall be and remain the articles of the surviving company.
    (c) As each member of the individual companies that comprise the Merging Companies is also a member of the Surviving Company, each members interests in the individual Merging Companies will effectively be absorbed into their existing interest in the Surviving Company. No other compensation or consideration will be provided.
    (d) There will be no amendments to the Articles of Organization of the Surviving Company as a result of this merger
    (e) From and after the Effective Date of the merger, the Surviving Company shall possess all the rights, privileges, immunities, and franchises of a public or private nature, of each of the Merging Companies; and all property, real or personal, and all debts due on whatever account of or belonging to or due to each of the Merging Companies shall be taken and deemed to be transferred to and vested in the Surviving Company without further act or deed; and title to any real estate or interest therein, vested in any of the Merging Companies shall not revert or be impaired by reason of this merger. Surviving Company shall be responsible and liable for all the liabilities and obligations of each of the Merging Companies, and any claim existing or action or proceeding pending by or against any of the Constituent Companies may be prosecuted to judgment as if the merger had not taken place or the Surviving Company may be substituted in its place, and neither the rights of creditors nor any

2

liens upon the property of any of the Constituent Companies shall be impaired by this Merger.

(f) If necessary, the members of the Constituent Companies shall execute and deliver all such documents and take such action as may be necessary or requested by the Surviving Company in order to vest fully all the property rights of the Constituent Companies in the Surviving Company and otherwise effectuate this Agreement and any transactions contemplated herein.

(g) The Surviving Company consents that it may be sued and served process in the State of Montana (i) in any action or special proceeding for the enforcement of any liability or obligation of any of the Merging Companies; or (ii) with respect to any property transferred or conveyed to it, or with respect to the use made of such property, or any transaction in connection therewith.

(h) This Agreement will be deemed approved upon signature by the members listed above in their capacity as the membership in each of the Merging Companies and STM.

(i) This Agreement can be abandoned prior to merger by unanimous agreement of the members of the Merging Companies and STM as provided by Mont. Code Ann. § 35-8-1201(4).

(j) Interpretation and enforcement of this Agreement shall be governed by the laws of the State of Montana.

IN WITNESS WHEREOF, each of the Merging Companies listed above, and STM are deemed to have received copies of and have executed this Agreement as of the date set forth above.

_____          _____
Kenneth J. Hatzenbeller                            10/20/15
                                                          Date

_____          _____
Gregory S. Tierney                                   10.20.15
                                                          Date

_____          _____
John W. Bloemendaal                               10/21/15
                                                          Date

Signed in their Capacities as members of:

Shoot the Moon X, LLC

And in their capacity as members of the Surviving Company:

Shoot the Moon, LLC (Montana LLC)

3

# SECRETARY OF STATE
## Linda McCulloch -- State of Montana





Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

DESCHENES & ASSOCIATES ATTORNEYS AT LAW
PO BOX 3466
GREAT FALLS MT 59403

# CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

### MERGER OF SHOOT THE MOON 22, LLC MERGED INTO SHOOT THE MOON, LLC

filed its ARTICLES OF MERGER in this office and has fulfilled the applicable requirements set forth in law. By virtue of the authority vested in the office, I hereby issue this certificate evidencing filing effective on the date shown below. I wish you the best of luck with all your future endeavors as part of the Montana business community.

**Certified File Number:**  C155890-1688190
**Dated:**  October 21, 2015
**Effective Date:**  October 21, 2015

Linda McCulloch
Secretary of State







STATE OF MONTANA
**FILED**
OCT 21 2015
SECRETARY OF STATE
C155890

**Articles of Merger**
**For Shoot the Moon 22, LLC**
**And Shoot the Moon, LLC**

The following Articles of Merger are submitted in accordance with the provisions of Mont. Code Ann. § 35-8-1202. These Articles of Merger affirm the intent of **Shoot the Moon 22**, LLC to merge with Shoot the Moon, LLC, as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana Limited Liability Company organized on April 28, 2006.

The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2. In accordance with their individual operating agreements and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon 22**, LLC, have approved and signed the attached Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC**.

3. The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B
Great Falls, MT 59404

1

4.  There are no changes to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers.

5.  The address for service on the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

*Lance Hatzenbeller*
1420 Market Place Dr. Suite B
Great Falls, MT 59404

6.  The effective date of this merger will be: October 20, 2015

Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.


Affirmed by:

_____          ___10/20/15___
Kenneth J. Hatzenbeller                                      Date

_____          ___10.20.15___
Gregory S. Tierney                                             Date

_____          ___10 - 20 - 25___
John W. Bloemendaal                                        Date
As members of **Shoot the Moon 22, LLC**

And;


_____          ___10/20/15___
Kenneth J. Hatzenbeller                                      Date

_____          ___10.20.15___
Gregory S. Tierney                                             Date

_John W. Bloemendaal_ (signature)

John W. Bloemendaal
As members of **Shoot the Moon, LLC**

_10/20/15_

Date

### Agreement and Plan of Merger
### Between Shoot the Moon 22, LLC and
### Shoot the Moon, LLC

This Agreement and Plan of Merger ("Agreement") is dated October 20 , 2015, by and between the following companies:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)
(collectively the "Merging Companies")

and,

**Shoot the Moon, LLC** ("STM"), a Montana limited liability company, filed April 28, 2006. All companies together shall be known as the "Constituent Companies".

WHEREAS, the Merging Companies are all limited liability companies duly organized under the laws of the States of Montana, Idaho or Washington as noted above; and whereas STM is a limited liability company duly organized under the laws of the State of Montana, and having a principal place of business and address of:

**Shoot the Moon, LLC**
1420 Market Place Dr. Suite B.
Great Falls, MT 59404-0000

WHEREAS, the Members of each of the Merging Companies and STM have determined that it is in the Companies' best interests for the Merging Companies to be merged with and into

1

STM with STM being the surviving limited liability company ("Surviving Company"), organized under the laws of the State of Montana.

THEREFORE, the parties to this Agreement, in consideration of the mutual covenants, agreements and provisions contained herein, do prescribe the terms and conditions of this merger and the mode of carrying it into effect as follows:

1. PARTIES: the parties to this merger are the Merging Companies as noted above including **Shoot the Moon 22, LLC** and **Shoot the Moon, LLC**, a Montana limited liability company.

2. MEMBERS: The members of each and every one of the individual Merging Companies listed above and STM are as follows:

   (a) Kenneth J. Hatzenbeller
   (b) Gregory S. Tierney
   (c) John W. Bloemendaal

3. SURVIVING ENTITY: The surviving entity will be **Shoot the Moon, LLC**, which will remain as a limited liability company, organized in Montana.

4. EFFECTIVE DATE: The effective date of the merger will be October 20, 2015.

5. TERMS AND CONDITIONS:

   (a) The name of the Surviving Company following the effective date of the merger shall be **Shoot the Moon, LLC**

   (b) As of the effective date of the merger, the Articles of Organization shall be and remain the articles of the surviving company.

   (c) As each member of the individual companies that comprise the Merging Companies is also a member of the Surviving Company, each members interests in the individual Merging Companies will effectively be absorbed into their existing interest in the Surviving Company. No other compensation or consideration will be provided.

   (d) There will be no amendments to the Articles of Organization of the Surviving Company as a result of this merger

   (e) From and after the Effective Date of the merger, the Surviving Company shall possess all the rights, privileges, immunities, and franchises of a public or private nature, of each of the Merging Companies; and all property, real or personal, and all debts due on whatever account of or belonging to or due to each of the Merging Companies shall be taken and deemed to be transferred to and vested in the Surviving Company without further act or deed; and title to any real estate or interest therein, vested in any of the Merging Companies shall not revert or be impaired by reason of this merger. Surviving Company shall be responsible and liable for all the liabilities and obligations of each of the Merging Companies, and any claim existing or action or proceeding pending by or against any of the Constituent Companies may be prosecuted to judgment as if the merger had not taken place or the Surviving Company may be substituted in its place, and neither the rights of creditors nor any

2

liens upon the property of any of the Constituent Companies shall be impaired by this Merger.

(f) If necessary, the members of the Constituent Companies shall execute and deliver all such documents and take such action as may be necessary or requested by the Surviving Company in order to vest fully all the property rights of the Constituent Companies in the Surviving Company and otherwise effectuate this Agreement and any transactions contemplated herein.

(g) The Surviving Company consents that it may be sued and served process in the State of Montana (i) in any action or special proceeding for the enforcement of any liability or obligation of any of the Merging Companies; or (ii) with respect to any property transferred or conveyed to it, or with respect to the use made of such property, or any transaction in connection therewith.

(h) This Agreement will be deemed approved upon signature by the members listed above in their capacity as the membership in each of the Merging Companies and STM.

(i) This Agreement can be abandoned prior to merger by unanimous agreement of the members of the Merging Companies and STM as provided by Mont. Code Ann. § 35-8-1201(4).

(j) Interpretation and enforcement of this Agreement shall be governed by the laws of the State of Montana.

IN WITNESS WHEREOF, each of the Merging Companies listed above, and STM are deemed to have received copies of and have executed this Agreement as of the date set forth above.

| | |
|---|---|
| _Kenneth J. Hatzenbeller_ | 10/20/15 |
| Kenneth J. Hatzenbeller | Date |
| _Gregory S. Tierney_ | 10.20.15 |
| Gregory S. Tierney | Date |
| _John W. Bloemendaal_ | 10/20/15 |
| John W. Bloemendaal | Date |

Signed in their Capacities as members of:

Shoot the Moon 22, LLC

And in their capacity as members of the Surviving Company:

Shoot the Moon, LLC (Montana LLC)

3



# SECRETARY OF STATE
## Linda McCulloch -- State of Montana



Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

DESCHENES & ASSOCIATES ATTORNEYS AT LAW
PO BOX 3466
GREAT FALLS MT 59403

# CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

### MERGER OF SHOOT THE MOON II, LLC MERGED INTO SHOOT THE MOON, LLC

filed its ARTICLES OF MERGER in this office and has fulfilled the applicable requirements set forth in law. By virtue of the authority vested in the office, I hereby issue this certificate evidencing filing effective on the date shown below. I wish you the best of luck with all your future endeavors as part of the Montana business community.

**Certified File Number:** C155890-1688191
**Dated:** October 21, 2015
**Effective Date:** October 21, 2015

Linda McCulloch
Linda McCulloch
Secretary of State





COPY

STATE OF MONTANA

**FILED**

OCT 21 2015

**SECRETARY OF STATE**

C155890

### Articles of Merger
### For Shoot the Moon II, LLC
### And Shoot the Moon, LLC

The following Articles of Merger are submitted in accordance with the provisions of Mont. Code Ann. § 35-8-1202. These Articles of Merger affirm the intent of **Shoot the Moon II, LLC** to merge with Shoot the Moon, LLC, as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana Limited Liability Company organized on April 28, 2006.

The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2. In accordance with their individual operating agreements and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon II**, LLC, have approved and signed the attached Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC**.

3. The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B
Great Falls, MT 59404

1

4. There are no changes to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers.

5. The registered agent of the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

Lance Hatzenbeller
1420 Market Place Dr. Suite B
Great Falls, MT 59404

6. The effective date of this merger will be: October 20, 2015

Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.

Affirmed by:

_____          _____
Kenneth J. Hatzenbeller               Date

_____          _____
Gregory S. Tierney                    Date

_____          _____
John W. Bloemendaal                   Date
As members of **Shoot the Moon II, LLC**

And;

_____          _____
Kenneth J. Hatzenbeller               Date

_____          _____
Gregory S. Tierney                    Date

_____          _____
John W. Bloemendaal                   Date
As members of **Shoot the Moon, LLC**

2

### Agreement and Plan of Merger
### Between Shoot the Moon II, LLC and
### Shoot the Moon, LLC

This Agreement and Plan of Merger ("Agreement") is dated October 20 , 2015, by and between the following companies:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)
(collectively the "Merging Companies")

and,

**Shoot the Moon, LLC** ("STM"), a Montana limited liability company, filed April 28, 2006. All companies together shall be known as the "Constituent Companies".

WHEREAS, the Merging Companies are all limited liability companies duly organized under the laws of the States of Montana, Idaho or Washington as noted above; and whereas STM is a limited liability company duly organized under the laws of the State of Montana, and having a principal place of business and address of:

**Shoot the Moon, LLC**
1420 Market Place Dr. Suite B.
Great Falls, MT 59404-0000

WHEREAS, the Members of each of the Merging Companies and STM have determined that it is in the Companies' best interests for the Merging Companies to be merged with and into

1

STM with STM being the surviving limited liability company ("Surviving Company"), organized under the laws of the State of Montana.

THEREFORE, the parties to this Agreement, in consideration of the mutual covenants, agreements and provisions contained herein, do prescribe the terms and conditions of this merger and the mode of carrying it into effect as follows:

1. PARTIES: the parties to this merger are the Merging Companies as noted above, including **Shoot the Moon II, LLC** and **Shoot the Moon, LLC**, a Montana limited liability company.
2. MEMBERS: The members of each and every one of the individual Merging Companies listed above and STM are as follows:

   (a) Kenneth J. Hatzenbeller
   (b) Gregory S. Tierney
   (c) John W. Bloemendaal

3. SURVIVING ENTITY: The surviving entity will be **Shoot the Moon, LLC**, which will remain as a limited liability company, organized in Montana.
4. EFFECTIVE DATE: The effective date of the merger will be October 20, 2015.
5. TERMS AND CONDITIONS:
   (a) The name of the Surviving Company following the effective date of the merger shall be **Shoot the Moon, LLC**
   (b) As of the effective date of the merger, the Articles of Organization shall be and remain the articles of the surviving company.
   (c) As each member of the individual companies that comprise the Merging Companies is also a member of the Surviving Company, each members interests in the individual Merging Companies will effectively be absorbed into their existing interest in the Surviving Company. No other compensation or consideration will be provided.
   (d) There will be no amendments to the Articles of Organization of the Surviving Company as a result of this merger
   (e) From and after the Effective Date of the merger, the Surviving Company shall possess all the rights, privileges, immunities, and franchises of a public or private nature, of each of the Merging Companies; and all property, real or personal, and all debts due on whatever account of or belonging to or due to each of the Merging Companies shall be taken and deemed to be transferred to and vested in the Surviving Company without further act or deed; and title to any real estate or interest therein, vested in any of the Merging Companies shall not revert or be impaired by reason of this merger. Surviving Company shall be responsible and liable for all the liabilities and obligations of each of the Merging Companies, and any claim existing or action or proceeding pending by or against any of the Constituent Companies may be prosecuted to judgment as if the merger had not taken place or the Surviving Company may be substituted in its place, and neither the rights of creditors nor any

liens upon the property of any of the Constituent Companies shall be impaired by this Merger.

(f) If necessary, the members of the Constituent Companies shall execute and deliver all such documents and take such action as may be necessary or requested by the Surviving Company in order to vest fully all the property rights of the Constituent Companies in the Surviving Company and otherwise effectuate this Agreement and any transactions contemplated herein.

(g) The Surviving Company consents that it may be sued and served process in the State of Montana (i) in any action or special proceeding for the enforcement of any liability or obligation of any of the Merging Companies; or (ii) with respect to any property transferred or conveyed to it, or with respect to the use made of such property, or any transaction in connection therewith.

(h) This Agreement will be deemed approved upon signature by the members listed above in their capacity as the membership in each of the Merging Companies and STM.

(i) This Agreement can be abandoned prior to merger by unanimous agreement of the members of the Merging Companies and STM as provided by Mont. Code Ann. § 35-8-1201(4).

(j) Interpretation and enforcement of this Agreement shall be governed by the laws of the State of Montana.

IN WITNESS WHEREOF, each of the Merging Companies listed above, and STM are deemed to have received copies of and have executed this Agreement as of the date set forth above.

_____          _10/20/15_____
Kenneth J. Hatzenbeller                               Date

_____          _10.20·15_____
Gregory S. Tierney                                      Date

_____          _10/20/15_____
John W. Bloemendaal                                Date

Signed in their Capacities as members of:

Shoot the Moon II, LLC

And in their capacity as members of the Surviving Company:

Shoot the Moon, LLC (Montana LLC)

3



# SECRETARY OF STATE
## Linda McCulloch -- State of Montana



Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

DESCHENES & ASSOCIATES ATTORNEYS AT LAW
PO BOX 3466
GREAT FALLS MT 59403

# CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

**MERGER OF SHOOT THE MOON III, LLC MERGED INTO SHOOT THE MOON, LLC**

filed its ARTICLES OF MERGER in this office and has fulfilled the applicable requirements set forth in law. By virtue of the authority vested in the office, I hereby issue this certificate evidencing filing effective on the date shown below. I wish you the best of luck with all your future endeavors as part of the Montana business community.

**Certified File Number:** C155890-1688192
**Dated:** October 21, 2015
**Effective Date:** October 21, 2015

Linda McCulloch
Secretary of State








STATE OF MONTANA
FILED
OCT 21 2015
SECRETARY OF STATE
C155890

**Articles of Merger**
**For Shoot the Moon III, LLC**
**And Shoot the Moon, LLC**

The following Articles of Merger are submitted in accordance with the provisions of Mont. Code Ann. § 35-8-1202. These Articles of Merger affirm the intent of **Shoot the Moon III, LLC** to merge with **Shoot the Moon, LLC**, as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana Limited Liability Company organized on April 28, 2006.

The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2. In accordance with their individual operating agreements and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon III**, LLC, have approved and signed the attached Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC**.

3. The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B
Great Falls, MT 59404

1

4. There are no changes to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers.

5. The address for service on the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

*Lance Hatzenbeller*
1420 Market Place Dr. Suite B
Great Falls, MT 59404

6. The effective date of this merger will be: October 20, 2015

Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.

Affirmed by:

_____      _____
Kenneth J. Hatzenbeller                 Date  10/20/15

_____      _____
Gregory S. Tierney                      Date  10.20.15

_____      _____
John W. Bloemendaal                     Date  10/30/15
As members of **Shoot the Moon III, LLC**

And;

_____      _____
Kenneth J. Hatzenbeller                 Date  10/30/15

_____      _____
Gregory S. Tierney                      Date  10.20.15

_____      _____
John W. Bloemendaal                     Date  10/20/15
As members of **Shoot the Moon, LLC**

2

## Agreement and Plan of Merger
## Between Shoot the Moon III, LLC and
## Shoot the Moon, LLC

This Agreement and Plan of Merger ("Agreement") is dated October 2O̲ , 2015, by and between the following companies:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)
(collectively the "Merging Companies")

and,

**Shoot the Moon, LLC** ("STM"), a Montana limited liability company, filed April 28, 2006. All companies together shall be known as the "Constituent Companies".

WHEREAS, the Merging Companies are all limited liability companies duly organized under the laws of the States of Montana, Idaho or Washington as noted above; and whereas STM is a limited liability company duly organized under the laws of the State of Montana, and having a principal place of business and address of:

**Shoot the Moon, LLC**
1420 Market Place Dr. Suite B.
Great Falls, MT 59404-0000

WHEREAS, the Members of each of the Merging Companies and STM have determined that it is in the Companies' best interests for the Merging Companies to be merged with and into

1

STM with STM being the surviving limited liability company ("Surviving Company"), organized under the laws of the State of Montana.

THEREFORE, the parties to this Agreement, in consideration of the mutual covenants, agreements and provisions contained herein, do prescribe the terms and conditions of this merger and the mode of carrying it into effect as follows:

1. PARTIES: the parties to this merger are the Merging Companies as noted above including **Shoot the Moon III, LLC** and **Shoot the Moon, LLC**, a Montana limited liability company.

2. MEMBERS: The members of each and every one of the individual Merging Companies listed above and STM are as follows:

    (a) Kenneth J. Hatzenbeller
    (b) Gregory S. Tierney
    (c) John W. Bloemendaal

3. SURVIVING ENTITY: The surviving entity will be **Shoot the Moon, LLC**, which will remain as a limited liability company, organized in Montana.

4. EFFECTIVE DATE: The effective date of the merger will be October 20, 2015.

5. TERMS AND CONDITIONS:

    (a) The name of the Surviving Company following the effective date of the merger shall be **Shoot the Moon, LLC**

    (b) As of the effective date of the merger, the Articles of Organization shall be and remain the articles of the surviving company.

    (c) As each member of the individual companies that comprise the Merging Companies is also a member of the Surviving Company, each members interests in the individual Merging Companies will effectively be absorbed into their existing interest in the Surviving Company. No other compensation or consideration will be provided.

    (d) There will be no amendments to the Articles of Organization of the Surviving Company as a result of this merger

    (e) From and after the Effective Date of the merger, the Surviving Company shall possess all the rights, privileges, immunities, and franchises of a public or private nature, of each of the Merging Companies; and all property, real or personal, and all debts due on whatever account of or belonging to or due to each of the Merging Companies shall be taken and deemed to be transferred to and vested in the Surviving Company without further act or deed; and title to any real estate or interest therein, vested in any of the Merging Companies shall not revert or be impaired by reason of this merger. Surviving Company shall be responsible and liable for all the liabilities and obligations of each of the Merging Companies, and any claim existing or action or proceeding pending by or against any of the Constituent Companies may be prosecuted to judgment as if the merger had not taken place or the Surviving Company may be substituted in its place, and neither the rights of creditors nor any

2

liens upon the property of any of the Constituent Companies shall be impaired by this Merger.

(f) If necessary, the members of the Constituent Companies shall execute and deliver all such documents and take such action as may be necessary or requested by the Surviving Company in order to vest fully all the property rights of the Constituent Companies in the Surviving Company and otherwise effectuate this Agreement and any transactions contemplated herein.

(g) The Surviving Company consents that it may be sued and served process in the State of Montana (i) in any action or special proceeding for the enforcement of any liability or obligation of any of the Merging Companies; or (ii) with respect to any property transferred or conveyed to it, or with respect to the use made of such property, or any transaction in connection therewith.

(h) This Agreement will be deemed approved upon signature by the members listed above in their capacity as the membership in each of the Merging Companies and STM.

(i) This Agreement can be abandoned prior to merger by unanimous agreement of the members of the Merging Companies and STM as provided by Mont. Code Ann. § 35-8-1201(4).

(j) Interpretation and enforcement of this Agreement shall be governed by the laws of the State of Montana.

IN WITNESS WHEREOF, each of the Merging Companies listed above, and STM are deemed to have received copies of and have executed this Agreement as of the date set forth above.

_____        10/20/15
Kenneth J. Hatzenbeller                  Date

_____        10-20-15
Gregory S. Tierney                       Date

_____        10/20/15
John W. Bloemendaal                      Date

Signed in their Capacities as members of:

Shoot the Moon III, LLC

And in their capacity as members of the Surviving Company:

Shoot the Moon, LLC (Montana LLC)

3

# SECRETARY OF STATE
## Linda McCulloch -- State of Montana





Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

DESCHENES & ASSOCIATES ATTORNEYS AT LAW
PO BOX 3466
GREAT FALLS MT 59403

# CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

## MERGER OF SHOOT THE MOON II REALTY, LLC MERGED INTO SHOOT THE MOON, LLC

filed its ARTICLES OF MERGER in this office and has fulfilled the applicable requirements set forth in law. By virtue of the authority vested in the office, I hereby issue this certificate evidencing filing effective on the date shown below. I wish you the best of luck with all your future endeavors as part of the Montana business community.

**Certified File Number:** C155890-1688196
**Dated:** October 21, 2015
**Effective Date:** October 21, 2015

Linda McCulloch
Secretary of State









STATE OF MONTANA
FILED
OCT 21 2015
SECRETARY OF STATE
C155890

**Articles of Merger**
**For Shoot the Moon II Realty, LLC**
**And Shoot the Moon, LLC**

The following Articles of Merger are submitted in accordance with the provisions of Mont. Code Ann. § 35-8-1202. These Articles of Merger affirm the intent of **Shoot the Moon II Realty, LLC** to merge with Shoot the Moon, LLC, as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana Limited Liability Company organized on April 28, 2006.

   The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March 17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2. In accordance with their individual operating agreements and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon II Realty**, LLC, have approved and signed the attached Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC.**

3. The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B
Great Falls, MT 59404

1

4.  There are no changes to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers.

5.  The address for service on the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

Lance Hatzenbeller
1420 Market Place Dr. Suite B
Great Falls, MT 59404

6.  The effective date of this merger will be: October 20, 2015

Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.

Affirmed by:

_____
Kenneth J. Hatzenbeller

_____     10/20/15
Date

_____
Gregory S. Tierney

_____     10.20.15
Date

_____
John W. Bloemendaal

_____     10/20/15
Date

As members of **Shoot the Moon II Realty, LLC**

And;

_____
Kenneth J. Hatzenbeller

_____     10/20/15
Date

_____
Gregory S. Tierney

_____     10.20.15
Date

_____
John W. Bloemendaal

_____     10/20/15
Date

As members of **Shoot the Moon, LLC**

2

**Agreement and Plan of Merger**
**Between Shoot the Moon II Realty, LLC and**
**Shoot the Moon, LLC**

This Agreement and Plan of Merger ("Agreement") is dated October __20__, 2015, by and between the following companies:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March 17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)
(collectively the "Merging Companies")

and,

**Shoot the Moon, LLC** ("STM"), a Montana limited liability company, filed April 28, 2006. All companies together shall be known as the "Constituent Companies".

WHEREAS, the Merging Companies are all limited liability companies duly organized under the laws of the States of Montana, Idaho or Washington as noted above; and whereas STM is a limited liability company duly organized under the laws of the State of Montana, and having a principal place of business and address of:

**Shoot the Moon, LLC**
1420 Market Place Dr. Suite B.
Great Falls, MT 59404-0000

WHEREAS, the Members of each of the Merging Companies and STM have determined that it is in the Companies' best interests for the Merging Companies to be merged with and into

STM with STM being the surviving limited liability company ("Surviving Company"), organized under the laws of the State of Montana.

THEREFORE, the parties to this Agreement, in consideration of the mutual covenants, agreements and provisions contained herein, do prescribe the terms and conditions of this merger and the mode of carrying it into effect as follows:

1. PARTIES: the parties to this merger are the Merging Companies as noted above, including **Shoot the Moon II Realty, LLC** and **Shoot the Moon, LLC**, a Montana limited liability company.

2. MEMBERS: The members of each and every one of the individual Merging Companies listed above and STM are as follows:

   (a) Kenneth J. Hatzenbeller
   (b) Gregory S. Tierney
   (c) John W. Bloemendaal

3. SURVIVING ENTITY: The surviving entity will be **Shoot the Moon, LLC**, which will remain as a limited liability company, organized in Montana.

4. EFFECTIVE DATE: The effective date of the merger will be October 20, 2015.

5. TERMS AND CONDITIONS:

   (a) The name of the Surviving Company following the effective date of the merger shall be **Shoot the Moon, LLC**

   (b) As of the effective date of the merger, the Articles of Organization shall be and remain the articles of the surviving company.

   (c) As each member of the individual companies that comprise the Merging Companies is also a member of the Surviving Company, each members interests in the individual Merging Companies will effectively be absorbed into their existing interest in the Surviving Company. No other compensation or consideration will be provided.

   (d) There will be no amendments to the Articles of Organization of the Surviving Company as a result of this merger

   (e) From and after the Effective Date of the merger, the Surviving Company shall possess all the rights, privileges, immunities, and franchises of a public or private nature, of each of the Merging Companies; and all property, real or personal, and all debts due on whatever account of or belonging to or due to each of the Merging Companies shall be taken and deemed to be transferred to and vested in the Surviving Company without further act or deed; and title to any real estate or interest therein, vested in any of the Merging Companies shall not revert or be impaired by reason of this merger. Surviving Company shall be responsible and liable for all the liabilities and obligations of each of the Merging Companies, and any claim existing or action or proceeding pending by or against any of the Constituent Companies may be prosecuted to judgment as if the merger had not taken place or the Surviving Company may be substituted in its place, and neither the rights of creditors nor any

liens upon the property of any of the Constituent Companies shall be impaired by this Merger.

(f) If necessary, the members of the Constituent Companies shall execute and deliver all such documents and take such action as may be necessary or requested by the Surviving Company in order to vest fully all the property rights of the Constituent Companies in the Surviving Company and otherwise effectuate this Agreement and any transactions contemplated herein.

(g) The Surviving Company consents that it may be sued and served process in the State of Montana (i) in any action or special proceeding for the enforcement of any liability or obligation of any of the Merging Companies; or (ii) with respect to any property transferred or conveyed to it, or with respect to the use made of such property, or any transaction in connection therewith.

(h) This Agreement will be deemed approved upon signature by the members listed above in their capacity as the membership in each of the Merging Companies and STM.

(i) This Agreement can be abandoned prior to merger by unanimous agreement of the members of the Merging Companies and STM as provided by Mont. Code Ann. § 35-8-1201(4).

(j) Interpretation and enforcement of this Agreement shall be governed by the laws of the State of Montana.

IN WITNESS WHEREOF, each of the Merging Companies listed above, and STM are deemed to have received copies of and have executed this Agreement as of the date set forth above.

_____          10/20/15
Kenneth J. Hafenbeller                    Date

_____          10.20.15
Gregory S. Tierney                        Date

_____          10/20/15
John W. Bloemendaal                       Date

Signed in their Capacities as members of:

Shoot the Moon II Realty, LLC

And in their capacity as members of the Surviving Company:

Shoot the Moon, LLC (Montana LLC)



# SECRETARY OF STATE
## Linda McCulloch -- State of Montana



Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

DESCHENES & ASSOCIATES ATTORNEYS AT LAW
PO BOX 3466
GREAT FALLS MT 59403

# CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

## MERGER OF SHOOT THE MOON OF BILLINGS, LLC MERGED INTO SHOOT THE MOON, LLC

filed its ARTICLES OF MERGER in this office and has fulfilled the applicable requirements set forth in law.  By virtue of the authority vested in the office, I hereby issue this certificate evidencing filing effective on the date shown below.  I wish you the best of luck with all your future endeavors as part of the Montana business community.

**Certified File Number:**  C155890-1688197
**Dated:**  October 21, 2015
**Effective Date:**  October 21, 2015

*Linda McCulloch*
Linda McCulloch
Secretary of State







**Articles of Merger**
**For Shoot the Moon of Billings, LLC**
**And Shoot the Moon, LLC**

The following Articles of Merger are submitted in accordance with the provisions of Mont. Code Ann. § 35-8-1202. These Articles of Merger affirm the intent of **Shoot the Moon of Billings**, LLC to merge with **Shoot the Moon, LLC**, as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana Limited Liability Company organized on April 28, 2006.

The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March 17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2. In accordance with their individual operating agreements and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon of Billings**, LLC, have approved and signed the attached Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC**.

3. The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B
Great Falls, MT 59404

1

4. There are no changes to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers.

5. The address for service on the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

*Lance Hatzenbeller*
1420 Market Place Dr. Suite B
Great Falls, MT 59404

6. The effective date of this merger will be: October 20, 2015

Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.

Affirmed by:

_____      _10/20/15_____
Kenneth J. Hatzenbeller                              Date

_____      _10.20.15_____
Gregory S. Tierney                                       Date

_____      _10/20/15_____
John W. Bloemendaal                                  Date
As members of **Shoot the Moon of Billings, LLC**

And;

_____      _10/20/15_____
Kenneth J. Hatzenbeller                              Date

_____      _10.20.15_____
Gregory S. Tierney                                       Date

_____      _10/20/15_____
John W. Bloemendaal                                  Date
As members of **Shoot the Moon, LLC**

2

### Agreement and Plan of Merger
### Between Shoot the Moon of Billings, LLC and
### Shoot the Moon, LLC

This Agreement and Plan of Merger ("Agreement") is dated October _20_ , 2015, by and between the following companies:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)
(collectively the "Merging Companies")

and,

**Shoot the Moon, LLC** ("STM"), a Montana limited liability company, filed April 28, 2006. All companies together shall be known as the "Constituent Companies".

WHEREAS, the Merging Companies are all limited liability companies duly organized under the laws of the States of Montana, Idaho or Washington as noted above; and whereas STM is a limited liability company duly organized under the laws of the State of Montana, and having a principal place of business and address of:

**Shoot the Moon, LLC**
1420 Market Place Dr. Suite B.
Great Falls, MT 59404-0000

WHEREAS, the Members of each of the Merging Companies and STM have determined that it is in the Companies' best interests for the Merging Companies to be merged with and into

1

STM with STM being the surviving limited liability company ("Surviving Company"), organized under the laws of the State of Montana.

THEREFORE, the parties to this Agreement, in consideration of the mutual covenants, agreements and provisions contained herein, do prescribe the terms and conditions of this merger and the mode of carrying it into effect as follows:

1. PARTIES: the parties to this merger are the Merging Companies as noted above, including **Shoot the Moon of Billings, LLC** and **Shoot the Moon, LLC**, a Montana limited liability company.
2. MEMBERS: The members of each and every one of the individual Merging Companies listed above and STM are as follows:

   (a) Kenneth J. Hatzenbeller
   (b) Gregory S. Tierney
   (c) John W. Bloemendaal

3. SURVIVING ENTITY: The surviving entity will be **Shoot the Moon, LLC**, which will remain as a limited liability company, organized in Montana.
4. EFFECTIVE DATE: The effective date of the merger will be October 20, 2015.
5. TERMS AND CONDITIONS:
   (a) The name of the Surviving Company following the effective date of the merger shall be **Shoot the Moon, LLC**
   (b) As of the effective date of the merger, the Articles of Organization shall be and remain the articles of the surviving company.
   (c) As each member of the individual companies that comprise the Merging Companies is also a member of the Surviving Company, each members interests in the individual Merging Companies will effectively be absorbed into their existing interest in the Surviving Company. No other compensation or consideration will be provided.
   (d) There will be no amendments to the Articles of Organization of the Surviving Company as a result of this merger
   (e) From and after the Effective Date of the merger, the Surviving Company shall possess all the rights, privileges, immunities, and franchises of a public or private nature, of each of the Merging Companies; and all property, real or personal, and all debts due on whatever account of or belonging to or due to each of the Merging Companies shall be taken and deemed to be transferred to and vested in the Surviving Company without further act or deed; and title to any real estate or interest therein, vested in any of the Merging Companies shall not revert or be impaired by reason of this merger. Surviving Company shall be responsible and liable for all the liabilities and obligations of each of the Merging Companies, and any claim existing or action or proceeding pending by or against any of the Constituent Companies may be prosecuted to judgment as if the merger had not taken place or the Surviving Company may be substituted in its place, and neither the rights of creditors nor any

2

liens upon the property of any of the Constituent Companies shall be impaired by this Merger.

(f) If necessary, the members of the Constituent Companies shall execute and deliver all such documents and take such action as may be necessary or requested by the Surviving Company in order to vest fully all the property rights of the Constituent Companies in the Surviving Company and otherwise effectuate this Agreement and any transactions contemplated herein.

(g) The Surviving Company consents that it may be sued and served process in the State of Montana (i) in any action or special proceeding for the enforcement of any liability or obligation of any of the Merging Companies; or (ii) with respect to any property transferred or conveyed to it, or with respect to the use made of such property, or any transaction in connection therewith.

(h) This Agreement will be deemed approved upon signature by the members listed above in their capacity as the membership in each of the Merging Companies and STM.

(i) This Agreement can be abandoned prior to merger by unanimous agreement of the members of the Merging Companies and STM as provided by Mont. Code Ann. § 35-8-1201(4).

(j) Interpretation and enforcement of this Agreement shall be governed by the laws of the State of Montana.

IN WITNESS WHEREOF, each of the Merging Companies listed above, and STM are deemed to have received copies of and have executed this Agreement as of the date set forth above.

_____     10/20/15
Kenneth J. Hatzenbeller              Date

_____     10.20.15
Gregory S. Tierney                   Date

_____     10/20/15
John W. Bloemendaal                  Date

Signed in their Capacities as members of:

Shoot the Moon of Billings, LLC

And in their capacity as members of the Surviving Company:

Shoot the Moon, LLC (Montana LLC)

3

# SECRETARY OF STATE
## Linda McCulloch -- State of Montana



Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

DESCHENES & ASSOCIATES ATTORNEYS AT LAW
PO BOX 3466
GREAT FALLS  MT  59403



## CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

**MERGER OF SHOOT THE MOON OF MONTANA REALTY, LLC (MONTANA COMPANY) HAS MERGED INTO SHOOT THE MOON, LLC (MONTANA COMPANY)**

filed its ARTICLES OF MERGER in this office and has fulfilled the applicable requirements set forth in law.  By virtue of the authority vested in the office, I hereby issue this certificate evidencing filing effective on the date shown below.  I wish you the best of luck with all your future endeavors as part of the Montana business community.

**Certified File Number:**  C155890 - 1688183
**Dated:**  October 21, 2015
**Effective Date:**  October 21, 2015

*Linda McCulloch*

Linda McCulloch
Secretary of State







COPY

STATE OF MONTANA

**FILED**

OCT 2 1 2015

SECRETARY OF STATE

**Articles of Merger**
**For Shoot the Moon of Montana Realty, LLC**
**And Shoot the Moon, LLC**

The following Articles of Merger are submitted in accordance with the provisions of Mont. Code Ann. § 35-8-1202. These Articles of Merger affirm the intent of **Shoot the Moon of Montana Realty, LLC** to merge with **Shoot the Moon, LLC**, as part of the larger merger described below.

1.  The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana Limited Liability Company organized on April 28, 2006.

The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September, 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2.  In accordance with their individual operating agreements and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon of Montana Realty, LLC**, have approved and signed the attached Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC**.

3.  The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B
Great Falls, MT 59404

1

4. There are no changes to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers.

5. The address for service on the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

Lance Hatzenbeller
1420 Market Place Dr. Suite B
Great Falls, MT 59404

6. The effective date of this merger will be: October 20, 2015

Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.

Affirmed by:

_____       10/20/15
Kenneth J. Hatzenbeller                Date

_____       10.20.15
Gregory S. Tierney                     Date

_____       50/20/15
John W. Bloemendaal                    Date

As members of **Shoot the Moon of Montana Realty, LLC**

And;

_____       10/20/15
Kenneth J. Hatzenbeller                Date

_____       10.20.15
Gregory S. Tierney                     Date

_____       10/20/15
John W. Bloemendaal                    Date

As members of **Shoot the Moon, LLC**

2

## Agreement and Plan of Merger
### Between Shoot the Moon of Montana Realty, LLC and
### Shoot the Moon, LLC

This Agreement and Plan of Merger ("Agreement") is dated October 20 , 2015, by and between the following companies:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March 17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)
(collectively the "Merging Companies")

and,

**Shoot the Moon, LLC** ("STM"), a Montana limited liability company, filed April 28, 2006. All companies together shall be known as the "Constituent Companies".

WHEREAS, the Merging Companies are all limited liability companies duly organized under the laws of the States of Montana, Idaho or Washington as noted above; and whereas STM is a limited liability company duly organized under the laws of the State of Montana, and having a principal place of business and address of:

**Shoot the Moon, LLC**
1420 Market Place Dr. Suite B.
Great Falls, MT 59404-0000

WHEREAS, the Members of each of the Merging Companies and STM have determined that it is in the Companies' best interests for the Merging Companies to be merged with and into

1

STM with STM being the surviving limited liability company ("Surviving Company"), organized under the laws of the State of Montana.

THEREFORE, the parties to this Agreement, in consideration of the mutual covenants, agreements and provisions contained herein, do prescribe the terms and conditions of this merger and the mode of carrying it into effect as follows:

1. PARTIES: the parties to this merger are the Merging Companies as noted above, including **Shoot the Moon of Montana Realty, LLC** and **Shoot the Moon, LLC**, a Montana limited liability company.
2. MEMBERS: The members of each and every one of the individual Merging Companies listed above and STM are as follows:

   (a) Kenneth J. Hatzenbeller
   (b) Gregory S. Tierney
   (c) John W. Bloemendaal

3. SURVIVING ENTITY: The surviving entity will be **Shoot the Moon, LLC**, which will remain as a limited liability company, organized in Montana.
4. EFFECTIVE DATE: The effective date of the merger will be October 20, 2015.
5. TERMS AND CONDITIONS:
   (a) The name of the Surviving Company following the effective date of the merger shall be **Shoot the Moon, LLC**
   (b) As of the effective date of the merger, the Articles of Organization shall be and remain the articles of the surviving company.
   (c) As each member of the individual companies that comprise the Merging Companies is also a member of the Surviving Company, each members interests in the individual Merging Companies will effectively be absorbed into their existing interest in the Surviving Company. No other compensation or consideration will be provided.
   (d) There will be no amendments to the Articles of Organization of the Surviving Company as a result of this merger
   (e) From and after the Effective Date of the merger, the Surviving Company shall possess all the rights, privileges, immunities, and franchises of a public or private nature, of each of the Merging Companies; and all property, real or personal, and all debts due on whatever account of or belonging to or due to each of the Merging Companies shall be taken and deemed to be transferred to and vested in the Surviving Company without further act or deed; and title to any real estate or interest therein, vested in any of the Merging Companies shall not revert or be impaired by reason of this merger. Surviving Company shall be responsible and liable for all the liabilities and obligations of each of the Merging Companies, and any claim existing or action or proceeding pending by or against any of the Constituent Companies may be prosecuted to judgment as if the merger had not taken place or the Surviving Company may be substituted in its place, and neither the rights of creditors nor any

2

liens upon the property of any of the Constituent Companies shall be impaired by this Merger.

(f) If necessary, the members of the Constituent Companies shall execute and deliver all such documents and take such action as may be necessary or requested by the Surviving Company in order to vest fully all the property rights of the Constituent Companies in the Surviving Company and otherwise effectuate this Agreement and any transactions contemplated herein.

(g) The Surviving Company consents that it may be sued and served process in the State of Montana (i) in any action or special proceeding for the enforcement of any liability or obligation of any of the Merging Companies; or (ii) with respect to any property transferred or conveyed to it, or with respect to the use made of such property, or any transaction in connection therewith.

(h) This Agreement will be deemed approved upon signature by the members listed above in their capacity as the membership in each of the Merging Companies and STM.

(i) This Agreement can be abandoned prior to merger by unanimous agreement of the members of the Merging Companies and STM as provided by Mont. Code Ann. § 35-8-1201(4).

(j) Interpretation and enforcement of this Agreement shall be governed by the laws of the State of Montana.

IN WITNESS WHEREOF, each of the Merging Companies listed above, and STM are deemed to have received copies of and have executed this Agreement as of the date set forth above.

_____          10/20/15
Kenneth J. Hatzenbeller                   Date

_____          10.20.15
Gregory S. Tierney                        Date

_____          10/20/15
John W. Bloemendaal                       Date

Signed in their Capacities as members of:

Shoot the Moon of Montana Realty, LLC

And in their capacity as members of the Surviving Company:

Shoot the Moon, LLC (Montana LLC)

3

# SECRETARY OF STATE
## Linda McCulloch  --  State of Montana



Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

DESCHENES & ASSOCIATES ATTORNEYS AT LAW
PO BOX 3466
GREAT FALLS  MT  59403



## CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

**MERGER OF SHOOT THE MOON 4, LLC (MONTANA COMPANY) HAS MERGED INTO SHOOT THE MOON, LLC (MONTANA COMPANY)**

filed its ARTICLES OF MERGER in this office and has fulfilled the applicable requirements set forth in law.  By virtue of the authority vested in the office, I hereby issue this certificate evidencing filing effective on the date shown below.  I wish you the best of luck with all your future endeavors as part of the Montana business community.

**Certified File Number:**  C155890 - 1688201
**Dated:**  October 21, 2015
**Effective Date:**  October 21, 2015

*Linda McCulloch*

Linda McCulloch
Secretary of State





COPY

STATE OF MONTANA

**FILED**

OCT 2 1 2015

SECRETARY OF STATE

**Articles of Merger**
**For Shoot the Moon 4, LLC**
**And Shoot the Moon, LLC**

The following Articles of Merger are submitted in accordance with the provisions of Mont. Code Ann. § 35-8-1202. These Articles of Merger affirm the intent of **Shoot the Moon 4, LLC** to merge with **Shoot the Moon, LLC**, as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana Limited Liability Company organized on April 28, 2006.

The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2. In accordance with their individual operating agreements and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon 4**, LLC, have approved and signed the attached Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC**.

3. The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B
Great Falls, MT 59404

1

4. There are no changes to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers.

5. The address for service of the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

*Lance Hatzenbeller*
1420 Market Place Dr. Suite B
Great Falls, MT 59404

6. The effective date of this merger will be: October 20, 2015

Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.


Affirmed by:

_____        _____
Kenneth J. Hatzenbeller                               Date

_____        _____
Gregory S. Tierney

_____        _____
John W. Bloemendaal                                   Date
As members of **Shoot the Moon 4, LLC**

And;

_____        _____
Kenneth J. Hatzenbeller                               Date

_____        _____
Gregory S. Tierney                                    Date

_____        _____
John W. Bloemendaal                                   Date
As members of **Shoot the Moon, LLC**

2

## Agreement and Plan of Merger
## Between Shoot the Moon 4, LLC and
## Shoot the Moon, LLC

This Agreement and Plan of Merger ("Agreement") is dated October 2O , 2015, by and between the following companies:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)
(collectively the "Merging Companies")

and,

**Shoot the Moon, LLC** ("STM"), a Montana limited liability company, filed April 28, 2006. All companies together shall be known as the "Constituent Companies".

WHEREAS, the Merging Companies are all limited liability companies duly organized under the laws of the States of Montana, Idaho or Washington as noted above; and whereas STM is a limited liability company duly organized under the laws of the State of Montana, and having a principal place of business and address of:

**Shoot the Moon, LLC**
1420 Market Place Dr. Suite B.
Great Falls, MT 59404-0000

WHEREAS, the Members of each of the Merging Companies and STM have determined that it is in the Companies' best interests for the Merging Companies to be merged with and into STM with STM being the surviving limited liability company ("Surviving Company"), organized under the laws of the State of Montana.

1

THEREFORE, the parties to this Agreement, in consideration of the mutual covenants, agreements and provisions contained herein, do prescribe the terms and conditions of this merger and the mode of carrying it into effect as follows:

1. PARTIES: the parties to this merger are the Merging Companies as noted above including **Shoot the Moon 4, LLC** and **Shoot the Moon, LLC**, a Montana limited liability company.
2. MEMBERS: The members of each and every one of the individual Merging Companies listed above and STM are as follows:

    (a) Kenneth J. Hatzenbeller
    (b) Gregory S. Tierney
    (c) John W. Bloemendaal

3. SURVIVING ENTITY: The surviving entity will **be Shoot the Moon, LLC**, which will remain as a limited liability company, organized in Montana.
4. EFFECTIVE DATE: The effective date of the merger will be October 20, 2015.
5. TERMS AND CONDITIONS:
    (a) The name of the Surviving Company following the effective date of the merger shall be **Shoot the Moon, LLC**
    (b) As of the effective date of the merger, the Articles of Organization shall be and remain the articles of the surviving company.
    (c) As each member of the individual companies that comprise the Merging Companies is also a member of the Surviving Company, each members interests in the individual Merging Companies will effectively be absorbed into their existing interest in the Surviving Company. No other compensation or consideration will be provided.
    (d) There will be no amendments to the Articles of Organization of the Surviving Company as a result of this merger
    (e) From and after the Effective Date of the merger, the Surviving Company shall possess all the rights, privileges, immunities, and franchises of a public or private nature, of each of the Merging Companies; and all property, real or personal, and all debts due on whatever account of or belonging to or due to each of the Merging Companies shall be taken and deemed to be transferred to and vested in the Surviving Company without further act or deed; and title to any real estate or interest therein, vested in any of the Merging Companies shall not revert or be impaired by reason of this merger. Surviving Company shall be responsible and liable for all the liabilities and obligations of each of the Merging Companies, and any claim existing or action or proceeding pending by or against any of the Constituent Companies may be prosecuted to judgment as if the merger had not taken place or the Surviving Company may be substituted in its place, and neither the rights of creditors nor any liens upon the property of any of the Constituent Companies shall be impaired by this Merger.
    (f) If necessary, the members of the Constituent Companies shall execute and deliver all such documents and take such action as may be necessary or requested by the

2

Surviving Company in order to vest fully all the property rights of the Constituent Companies in the Surviving Company and otherwise effectuate this Agreement and any transactions contemplated herein.

(g) The Surviving Company consents that it may be sued and served process in the State of Montana (i) in any action or special proceeding for the enforcement of any liability or obligation of any of the Merging Companies; or (ii) with respect to any property transferred or conveyed to it, or with respect to the use made of such property, or any transaction in connection therewith.

(h) This Agreement will be deemed approved upon signature by the members listed above in their capacity as the membership in each of the Merging Companies and STM.

(i) This Agreement can be abandoned prior to merger by unanimous agreement of the members of the Merging Companies and STM as provided by Mont. Code Ann. § 35-8-1201(4).

(j) Interpretation and enforcement of this Agreement shall be governed by the laws of the State of Montana.

IN WITNESS WHEREOF, each of the Merging Companies listed above, and STM are deemed to have received copies of and have executed this Agreement as of the date set forth above.

_____          _____
Kenneth J. Hatzenbeller                                    Date    10/20/15

_____          _____
Gregory S. Tierney                                            Date    10-20-15

_____          _____
John W. Bloemendaal                                      Date    10/20/15

Signed in their Capacities as members of:

Shoot the Moon 4, LLC

And in their capacity as members of the Surviving Company:

Shoot the Moon, LLC (Montana LLC)

3

# SECRETARY OF STATE
## Linda McCulloch -- State of Montana



Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

DESCHENES & ASSOCIATES ATTORNEYS AT LAW
PO BOX 3466
GREAT FALLS MT 59403



# CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

**MERGER OF SHOOT THE MOON GRIZZLY, LLC (MONTANA COMPANY) HAS MERGED INTO SHOOT THE MOON, LLC (MONTANA COMPANY)**

filed its ARTICLES OF MERGER in this office and has fulfilled the applicable requirements set forth in law.  By virtue of the authority vested in the office, I hereby issue this certificate evidencing filing effective on the date shown below.  I wish you the best of luck with all your future endeavors as part of the Montana business community.

**Certified File Number:**  C155890 - 1688194
**Dated:**  October 21, 2015
**Effective Date:**  October 21, 2015

*Linda McCulloch*
Linda McCulloch
Secretary of State







*1688144*

STATE OF MONTANA

**FILED**

OCT 2 1 2015

SECRETARY OF STATE

### Articles of Merger
### For Shoot the Moon Grizzly, LLC
### And Shoot the Moon, LLC

The following Articles of Merger are submitted in accordance with the provisions of Mont. Code Ann. § 35-8-1202. These Articles of Merger affirm the intent of **Shoot the Moon Grizzly**, LLC to merge with Shoot the Moon, LLC, as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana Limited Liability Company organized on April 28, 2006.

   The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March 17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2. In accordance with their individual operating agreements and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon Grizzly**, LLC, have approved and signed the attached Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC**.

3. The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B
Great Falls, MT 59404

1

4. There are no changes to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers.

5. The address for service on the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

*Lance Hatzenbeller*
1420 Market Place Dr. Suite B
Great Falls, MT 59404

6. The effective date of this merger will be: October 20, 2015

Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.

Affirmed by:

_____     _____
Kenneth J. Hatzenbeller                              Date   10/20/15

_____     _____
Gregory S. Tierney                                        Date   10.20.15

_____     _____
John W. Bloemendaal                                   Date   10/20/15
As members of **Shoot the Moon Grizzly, LLC**

And;

_____     _____
Kenneth J. Hatzenbeller                              Date   10/20/15

_____     _____
Gregory S. Tierney                                        Date   10.20.15

_____     _____
John W. Bloemendaal                                   Date   10/30/15
As members of **Shoot the Moon, LLC**

2

## Agreement and Plan of Merger
## Between Shoot the Moon Grizzly, LLC and
## Shoot the Moon, LLC

This Agreement and Plan of Merger ("Agreement") is dated October 2O , 2015, by and between the following companies:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)
(collectively the "Merging Companies")

and,

**Shoot the Moon, LLC** ("STM"), a Montana limited liability company, filed April 28, 2006. All companies together shall be known as the "Constituent Companies".

WHEREAS, the Merging Companies are all limited liability companies duly organized under the laws of the States of Montana, Idaho or Washington as noted above; and whereas STM is a limited liability company duly organized under the laws of the State of Montana, and having a principal place of business and address of:

**Shoot the Moon, LLC**
1420 Market Place Dr. Suite B.
Great Falls, MT 59404-0000

WHEREAS, the Members of each of the Merging Companies and STM have determined that it is in the Companies' best interests for the Merging Companies to be merged with and into

1

liens upon the property of any of the Constituent Companies shall be impaired by this Merger.

(f) If necessary, the members of the Constituent Companies shall execute and deliver all such documents and take such action as may be necessary or requested by the Surviving Company in order to vest fully all the property rights of the Constituent Companies in the Surviving Company and otherwise effectuate this Agreement and any transactions contemplated herein.

(g) The Surviving Company consents that it may be sued and served process in the State of Montana (i) in any action or special proceeding for the enforcement of any liability or obligation of any of the Merging Companies; or (ii) with respect to any property transferred or conveyed to it, or with respect to the use made of such property, or any transaction in connection therewith.

(h) This Agreement will be deemed approved upon signature by the members listed above in their capacity as the membership in each of the Merging Companies and STM.

(i) This Agreement can be abandoned prior to merger by unanimous agreement of the members of the Merging Companies and STM as provided by Mont. Code Ann. § 35-8-1201(4).

(j) Interpretation and enforcement of this Agreement shall be governed by the laws of the State of Montana.

IN WITNESS WHEREOF, each of the Merging Companies listed above, and STM are deemed to have received copies of and have executed this Agreement as of the date set forth above.

_____
Kenneth J. Hatzenbeller

_____
Date  10/20/15

_____
Gregory S. Tierney

_____
Date  10.20.15

_____
John W. Bloemendaal

_____
Date  10/20/15

Signed in their Capacities as members of:

Shoot the Moon Grizzly, LLC

And in their capacity as members of the Surviving Company:

Shoot the Moon, LLC (Montana LLC)

3

# SECRETARY OF STATE
## Linda McCulloch  --  State of Montana



Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

DESCHENES & ASSOCIATES ATTORNEYS AT LAW
PO BOX 3466
GREAT FALLS MT 59403



## CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

**MERGER OF SHOOT THE MOON 5, LLC(MONTANA COMPANY) HAS MERGED INTO SHOOT THE MOON, LLC (MONTANA COMPANY)**

filed its ARTICLES OF MERGER in this office and has fulfilled the applicable requirements set forth in law.  By virtue of the authority vested in the office, I hereby issue this certificate evidencing filing effective on the date shown below.  I wish you the best of luck with all your future endeavors as part of the Montana business community.

**Certified File Number:** C155890 - 1688199
**Dated:** October 21, 2015
**Effective Date:** October 21, 2015

*Linda McCulloch*

Linda McCulloch
Secretary of State







STATE OF MONTANA

**FILED**

OCT 2 1 2015

SECRETARY OF STATE

### Articles of Merger
### For Shoot the Moon 5, LLC
### And Shoot the Moon, LLC

The following Articles of Merger are submitted in accordance with the provisions of Mont. Code Ann. § 35-8-1202. These Articles of Merger affirm the intent of **Shoot the Moon 5, LLC** to merge with **Shoot the Moon, LLC,** as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC,** a Montana Limited Liability Company organized on April 28, 2006.

The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March 17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2. In accordance with their individual operating agreements and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon 5, LLC,** have approved and signed the attached Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC.**

3. The Surviving Entity of this merger will be **Shoot the Moon, LLC,** with an address of:

1420 Market Place Dr. Suite B
Great Falls, MT 59404

1

4. There are no changes to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers.

5. The address for service of the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

*Lance Hatzenbeller*
1420 Market Place Dr. Suite B
Great Falls, MT 59404

6. The effective date of this merger will be: October 20, 2015

Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.


Affirmed by:

_____          __10/20/15__
Kenneth J. Hatzenbeller                                    Date

_____          __10.20.15__
Gregory S. Tierney                                             Date

_____          __10/20/15__
John W. Bloemendaal                                        Date
As members of **Shoot the Moon 5, LLC**

And;

_____          __10/20/15__
Kenneth J. Hatzenbeller                                    Date

_____          __10.20.15__
Gregory S. Tierney                                             Date

_____          __10/20/15__
John W. Bloemendaal                                        Date
As members of **Shoot the Moon, LLC**

2

## Agreement and Plan of Merger
## Between Shoot the Moon 5, LLC and
## Shoot the Moon, LLC

This Agreement and Plan of Merger ("Agreement") is dated October 20 , 2015, by and between the following companies:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March 17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)
(collectively the "Merging Companies")

and,

**Shoot the Moon, LLC** ("STM"), a Montana limited liability company, filed April 28, 2006. All companies together shall be known as the "Constituent Companies".

WHEREAS, the Merging Companies are all limited liability companies duly organized under the laws of the States of Montana, Idaho or Washington as noted above; and whereas STM is a limited liability company duly organized under the laws of the State of Montana, and having a principal place of business and address of:

**Shoot the Moon, LLC**
1420 Market Place Dr. Suite B.
Great Falls, MT 59404-0000

WHEREAS, the Members of each of the Merging Companies and STM have determined that it is in the Companies' best interests for the Merging Companies to be merged with and into

1

STM with STM being the surviving limited liability company ("Surviving Company"), organized under the laws of the State of Montana.

THEREFORE, the parties to this Agreement, in consideration of the mutual covenants, agreements and provisions contained herein, do prescribe the terms and conditions of this merger and the mode of carrying it into effect as follows:

1. PARTIES: the parties to this merger are the Merging Companies as noted above **Shoot the Moon 5, LLC** and **Shoot the Moon, LLC**, a Montana limited liability company.

2. MEMBERS: The members of each and every one of the individual Merging Companies listed above and STM are as follows:

   (a) Kenneth J. Hatzenbeller
   (b) Gregory S. Tierney
   (c) John W. Bloemendaal

3. SURVIVING ENTITY: The surviving entity will be **Shoot the Moon, LLC**, which will remain as a limited liability company, organized in Montana.

4. EFFECTIVE DATE: The effective date of the merger will be October 20, 2015.

5. TERMS AND CONDITIONS:

   (a) The name of the Surviving Company following the effective date of the merger shall be **Shoot the Moon, LLC**

   (b) As of the effective date of the merger, the Articles of Organization shall be and remain the articles of the surviving company.

   (c) As each member of the individual companies that comprise the Merging Companies is also a member of the Surviving Company, each members interests in the individual Merging Companies will effectively be absorbed into their existing interest in the Surviving Company. No other compensation or consideration will be provided.

   (d) There will be no amendments to the Articles of Organization of the Surviving Company as a result of this merger

   (e) From and after the Effective Date of the merger, the Surviving Company shall possess all the rights, privileges, immunities, and franchises of a public or private nature, of each of the Merging Companies; and all property, real or personal, and all debts due on whatever account of or belonging to or due to each of the Merging Companies shall be taken and deemed to be transferred to and vested in the Surviving Company without further act or deed; and title to any real estate or interest therein, vested in any of the Merging Companies shall not revert or be impaired by reason of this merger. Surviving Company shall be responsible and liable for all the liabilities and obligations of each of the Merging Companies, and any claim existing or action or proceeding pending by or against any of the Constituent Companies may be prosecuted to judgment as if the merger had not taken place or the Surviving Company may be substituted in its place, and neither the rights of creditors nor any liens upon the property of any of the Constituent Companies shall be impaired by this Merger.

2

(f) If necessary, the members of the Constituent Companies shall execute and deliver all such documents and take such action as may be necessary or requested by the Surviving Company in order to vest fully all the property rights of the Constituent Companies in the Surviving Company and otherwise effectuate this Agreement and any transactions contemplated herein.

(g) The Surviving Company consents that it may be sued and served process in the State of Montana (i) in any action or special proceeding for the enforcement of any liability or obligation of any of the Merging Companies; or (ii) with respect to any property transferred or conveyed to it, or with respect to the use made of such property, or any transaction in connection therewith.

(h) This Agreement will be deemed approved upon signature by the members listed above in their capacity as the membership in each of the Merging Companies and STM.

(i) This Agreement can be abandoned prior to merger by unanimous agreement of the members of the Merging Companies and STM as provided by Mont. Code Ann. § 35-8-1201(4).

(j) Interpretation and enforcement of this Agreement shall be governed by the laws of the State of Montana.

IN WITNESS WHEREOF, each of the Merging Companies listed above, and STM are deemed to have received copies of and have executed this Agreement as of the date set forth above.


_____          _____
Kenneth J. Hatzenboller                   Date  10/20/15


_____          _____
Gregory S. Tierney                        Date  10.23.15


_____          _____
John W. Bloemendaal                       Date  10/20/15


Signed in their Capacities as members of:

Shoot the Moon 5, LLC

And in their capacity as members of the Surviving Company:

Shoot the Moon, LLC (Montana LLC)



# SECRETARY OF STATE
## Linda McCulloch -- State of Montana



Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

DESCHENES & ASSOCIATES
ATTORNEYS AT LAW
PO BOX 3466
GREAT FALLS MT 59403

## CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

**MERGER OF SHOOT THE MOON REALTY, LLC INTO SHOOT THE MOON, LLC**

filed its ARTICLES OF MERGER in this office and has fulfilled the applicable requirements set forth in law. By virtue of the authority vested in the office, I hereby issue this certificate evidencing filing effective on the date shown below. I wish you the best of luck with all your future endeavors as part of the Montana business community.

**Certified File Number:** C155890-1688198
**Dated:** October 21, 2015
**Effective Date:** October 21, 2015

*Linda McCulloch*

Linda McCulloch
Secretary of State





COPY



STATE OF MONTANA
FILED
OCT 21 2015
SECRETARY OF STATE

**Articles of Merger**
**For Shoot the Moon Realty, LLC**
**And Shoot the Moon, LLC**

The following Articles of Merger are submitted in accordance with the provisions of Mont. Code Ann. § 35-8-1202. These Articles of Merger affirm the intent of **Shoot the Moon Realty, LLC** to merge with **Shoot the Moon, LLC**, as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana Limited Liability Company organized on April 28, 2006.

The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2. In accordance with their individual operating agreements and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon Realty, LLC**, have approved and signed the attached Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC**.

3. The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B
Great Falls, MT 59404

4.  There are no changes to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers.

5.  The address for service on the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

*Lance Hatzenbeller*
1420 Market Place Dr. Suite B
Great Falls, MT 59404

6.  The effective date of this merger will be: October 20, 2015

Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.

Affirmed by:

_____     __10/20/15__
Kenneth J. Hatzenbeller                              Date

_____     __10.20.15__
Gregory S. Tierney                                        Date

_____     __10/20/15__
John W. Bloemendaal                                   Date
As members of **Shoot the Moon Realty, LLC**

And;

_____     __10/20/15__
Kenneth J. Hatzenbeller                              Date

_____     __10.20.15__
Gregory S. Tierney                                        Date

_____     __10/20/15__
John W. Bloemendaal                                   Date
As members of **Shoot the Moon, LLC**

2

## Agreement and Plan of Merger
## Between Shoot the Moon Realty, LLC and
## Shoot the Moon, LLC

This Agreement and Plan of Merger ("Agreement") is dated October $\underline{20}$ , 2015, by and between the following companies:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)
(collectively the "Merging Companies")

and,

**Shoot the Moon, LLC** ("STM"), a Montana limited liability company, filed April 28, 2006. All companies together shall be known as the "Constituent Companies".

WHEREAS, the Merging Companies are all limited liability companies duly organized under the laws of the States of Montana, Idaho or Washington as noted above; and whereas STM is a limited liability company duly organized under the laws of the State of Montana, and having a principal place of business and address of:

**Shoot the Moon, LLC**
1420 Market Place Dr. Suite B.
Great Falls, MT 59404-0000

WHEREAS, the Members of each of the Merging Companies and STM have determined that it is in the Companies' best interests for the Merging Companies to be merged with and into

1

STM with STM being the surviving limited liability company ("Surviving Company"), organized under the laws of the State of Montana.

THEREFORE, the parties to this Agreement, in consideration of the mutual covenants, agreements and provisions contained herein, do prescribe the terms and conditions of this merger and the mode of carrying it into effect as follows:

1. PARTIES: the parties to this merger are the Merging Companies as noted above, including **Shoot the Moon Realty, LLC** and **Shoot the Moon, LLC**, a Montana limited liability company.

2. MEMBERS: The members of each and every one of the individual Merging Companies listed above and STM are as follows:

   (a) Kenneth J. Hatzenbeller
   (b) Gregory S. Tierney
   (c) John W. Bloemendaal

3. SURVIVING ENTITY: The surviving entity will be **Shoot the Moon, LLC**, which will remain as a limited liability company, organized in Montana.

4. EFFECTIVE DATE: The effective date of the merger will be October 20, 2015.

5. TERMS AND CONDITIONS:

   (a) The name of the Surviving Company following the effective date of the merger shall be **Shoot the Moon, LLC**

   (b) As of the effective date of the merger, the Articles of Organization shall be and remain the articles of the surviving company.

   (c) As each member of the individual companies that comprise the Merging Companies is also a member of the Surviving Company, each members interests in the individual Merging Companies will effectively be absorbed into their existing interest in the Surviving Company. No other compensation or consideration will be provided.

   (d) There will be no amendments to the Articles of Organization of the Surviving Company as a result of this merger

   (e) From and after the Effective Date of the merger, the Surviving Company shall possess all the rights, privileges, immunities, and franchises of a public or private nature, of each of the Merging Companies; and all property, real or personal, and all debts due on whatever account of or belonging to or due to each of the Merging Companies shall be taken and deemed to be transferred to and vested in the Surviving Company without further act or deed; and title to any real estate or interest therein, vested in any of the Merging Companies shall not revert or be impaired by reason of this merger. Surviving Company shall be responsible and liable for all the liabilities and obligations of each of the Merging Companies, and any claim existing or action or proceeding pending by or against any of the Constituent Companies may be prosecuted to judgment as if the merger had not taken place or the Surviving Company may be substituted in its place, and neither the rights of creditors nor any

2

liens upon the property of any of the Constituent Companies shall be impaired by this Merger.

(f) If necessary, the members of the Constituent Companies shall execute and deliver all such documents and take such action as may be necessary or requested by the Surviving Company in order to vest fully all the property rights of the Constituent Companies in the Surviving Company and otherwise effectuate this Agreement and any transactions contemplated herein.

(g) The Surviving Company consents that it may be sued and served process in the State of Montana (i) in any action or special proceeding for the enforcement of any liability or obligation of any of the Merging Companies; or (ii) with respect to any property transferred or conveyed to it, or with respect to the use made of such property, or any transaction in connection therewith.

(h) This Agreement will be deemed approved upon signature by the members listed above in their capacity as the membership in each of the Merging Companies and STM.

(i) This Agreement can be abandoned prior to merger by unanimous agreement of the members of the Merging Companies and STM as provided by Mont. Code Ann. § 35-8-1201(4).

(j) Interpretation and enforcement of this Agreement shall be governed by the laws of the State of Montana.

IN WITNESS WHEREOF, each of the Merging Companies listed above, and STM are deemed to have received copies of and have executed this Agreement as of the date set forth above.

_____          10/20/15
Kenneth J. Hatzenbeller                    Date

_____          10.20.15
Gregory S. Tierney                         Date

_____          10/20/15
John W. Bloemendaal                        Date

Signed in their Capacities as members of:

Shoot the Moon Realty, LLC

And in their capacity as members of the Surviving Company:

Shoot the Moon, LLC (Montana LLC)

3

# SECRETARY OF STATE
## Linda McCulloch -- State of Montana





Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

DESCHENES & ASSOCIATES
ATTORNEYS AT LAW
PO BOX 3466
GREAT FALLS MT 59403

## CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

**MERGER OF SHOOT THE MOON OF MONTANA, LLC INTO SHOOT THE MOON, LLC**

filed its ARTICLES OF MERGER in this office and has fulfilled the applicable requirements set forth in law. By virtue of the authority vested in the office, I hereby issue this certificate evidencing filing effective on the date shown below. I wish you the best of luck with all your future endeavors as part of the Montana business community.

**Certified File Number:** C155890-1688195
**Dated:** October 21, 2015
**Effective Date:** October 21, 2015

Linda McCulloch
Secretary of State







COPY



STATE OF MONTANA
**FILED**

OCT 2 1 2015

SECRETARY OF STATE



**Articles of Merger**
**For Shoot the Moon of Montana, LLC**
**And Shoot the Moon, LLC**

The following Articles of Merger are submitted in accordance with the provisions of Mont. Code Ann. § 35-8-1202. These Articles of Merger affirm the intent of **Shoot the Moon of Montana, LLC** to merge with **Shoot the Moon, LLC**, as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana Limited Liability Company organized on April 28, 2006.

The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2. In accordance with their individual operating agreements and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon of Montana**, LLC, have approved and signed the attached Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC.**

3. The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B
Great Falls, MT 59404

### Agreement and Plan of Merger
### Between Shoot the Moon of Montana, LLC and
### Shoot the Moon, LLC

This Agreement and Plan of Merger ("Agreement") is dated October ___20___, 2015, by and between the following companies:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)
(collectively the "Merging Companies")

and,

**Shoot the Moon, LLC** ("STM"), a Montana limited liability company, filed April 28, 2006. All companies together shall be known as the "Constituent Companies".

WHEREAS, the Merging Companies are all limited liability companies duly organized under the laws of the States of Montana, Idaho or Washington as noted above; and whereas STM is a limited liability company duly organized under the laws of the State of Montana, and having a principal place of business and address of:

**Shoot the Moon, LLC**
1420 Market Place Dr. Suite B.
Great Falls, MT 59404-0000

WHEREAS, the Members of each of the Merging Companies and STM have determined that it is in the Companies' best interests for the Merging Companies to be merged with and into

1

STM with STM being the surviving limited liability company ("Surviving Company"), organized under the laws of the State of Montana.

THEREFORE, the parties to this Agreement, in consideration of the mutual covenants, agreements and provisions contained herein, do prescribe the terms and conditions of this merger and the mode of carrying it into effect as follows:

1. PARTIES: the parties to this merger are the Merging Companies as noted above including **Shoot the Moon of Montana** and **Shoot the Moon, LLC**, a Montana limited liability company.

2. MEMBERS: The members of each and every one of the individual Merging Companies listed above and STM are as follows:

   (a) Kenneth J. Hatzenbeller
   (b) Gregory S. Tierney
   (c) John W. Bloemendaal

3. SURVIVING ENTITY: The surviving entity will be **Shoot the Moon, LLC**, which will remain as a limited liability company, organized in Montana.

4. EFFECTIVE DATE: The effective date of the merger will be October 20, 2015.

5. TERMS AND CONDITIONS:

   (a) The name of the Surviving Company following the effective date of the merger shall be **Shoot the Moon, LLC**

   (b) As of the effective date of the merger, the Articles of Organization shall be and remain the articles of the surviving company.

   (c) As each member of the individual companies that comprise the Merging Companies is also a member of the Surviving Company, each members interests in the individual Merging Companies will effectively be absorbed into their existing interest in the Surviving Company. No other compensation or consideration will be provided.

   (d) There will be no amendments to the Articles of Organization of the Surviving Company as a result of this merger

   (e) From and after the Effective Date of the merger, the Surviving Company shall possess all the rights, privileges, immunities, and franchises of a public or private nature, of each of the Merging Companies; and all property, real or personal, and all debts due on whatever account of or belonging to or due to each of the Merging Companies shall be taken and deemed to be transferred to and vested in the Surviving Company without further act or deed; and title to any real estate or interest therein, vested in any of the Merging Companies shall not revert or be impaired by reason of this merger. Surviving Company shall be responsible and liable for all the liabilities and obligations of each of the Merging Companies, and any claim existing or action or proceeding pending by or against any of the Constituent Companies may be prosecuted to judgment as if the merger had not taken place or the Surviving Company may be substituted in its place, and neither the rights of creditors nor any

2

liens upon the property of any of the Constituent Companies shall be impaired by this Merger.

(f) If necessary, the members of the Constituent Companies shall execute and deliver all such documents and take such action as may be necessary or requested by the Surviving Company in order to vest fully all the property rights of the Constituent Companies in the Surviving Company and otherwise effectuate this Agreement and any transactions contemplated herein.

(g) The Surviving Company consents that it may be sued and served process in the State of Montana (i) in any action or special proceeding for the enforcement of any liability or obligation of any of the Merging Companies; or (ii) with respect to any property transferred or conveyed to it, or with respect to the use made of such property, or any transaction in connection therewith.

(h) This Agreement will be deemed approved upon signature by the members listed above in their capacity as the membership in each of the Merging Companies and STM.

(i) This Agreement can be abandoned prior to merger by unanimous agreement of the members of the Merging Companies and STM as provided by Mont. Code Ann. § 35-8-1201(4).

(j) Interpretation and enforcement of this Agreement shall be governed by the laws of the State of Montana.

IN WITNESS WHEREOF, each of the Merging Companies listed above, and STM are deemed to have received copies of and have executed this Agreement as of the date set forth above.

_____        10/20/15
Kenneth J. Hartzenbeller                Date

_____        10.20.15
Gregory S. Tierney                      Date

_____        10/30/15
John W. Bloemendaal                     Date

Signed in their Capacities as members of:

Shoot the Moon of Montana, LLC

And in their capacity as members of the Surviving Company:

Shoot the Moon, LLC (Montana LLC)

3



# SECRETARY OF STATE
## Linda McCulloch  --  State of Montana



Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

DESCHENES & ASSOCIATES
ATTORNEYS AT LAW
PO BOX 3466
GREAT FALLS MT  59403

# CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

**MERGER OF SHOOT THE MOON OF NAMPA, LLC INTO SHOOT THE MOON, LLC**

filed its ARTICLES OF MERGER in this office and has fulfilled the applicable requirements set forth in law.  By virtue of the authority vested in the office, I hereby issue this certificate evidencing filing effective on the date shown below.  I wish you the best of luck with all your future endeavors as part of the Montana business community.

**Certified File Number:**  C155890-1688193
**Dated:**  October 21, 2015
**Effective Date:**  October 21, 2015

Linda McCulloch
Secretary of State









STATE OF MONTANA
**FILED**

OCT 2 7 2015

**SECRETARY OF STATE**



**Articles of Merger**
**For Shoot the Moon of Nampa, LLC**
**And Shoot the Moon, LLC**

The following Articles of Merger are submitted in accordance with the provisions of Mont. Code Ann. § 35-8-1202. These Articles of Merger affirm the intent of **Shoot the Moon of Nampa, LLC** to merge with **Shoot the Moon, LLC**, as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana Limited Liability Company organized on April 28, 2006.

The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2. In accordance with their individual operating agreements and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon of Nampa**, LLC, have approved and signed the attached Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC**.

3. The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B
Great Falls, MT 59404

1

4. There are no changes to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers.

5. The address for service on the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

*Lance Hatzenbeller*
1420 Market Place Dr. Suite B
Great Falls, MT 59404

6. The effective date of this merger will be: October 20, 2015

Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.

Affirmed by:

_____        _____
Kenneth J. Hatzenbeller                              Date

_____        _____
Gregory S. Tierney                                        Date

_____        _____
John W. Bloemendaal                                   Date
As members of **Shoot the Moon of Nampa, LLC**

And;

_____        _____
Kenneth J. Hatzenbeller                              Date

_____        _____
Gregory S. Tierney                                        Date

_____        _____
John W. Bloemendaal                                   Date
As members of **Shoot the Moon, LLC**

2

**Agreement and Plan of Merger**
**Between Shoot the Moon of Nampa, LLC and**
**Shoot the Moon, LLC**

This Agreement and Plan of Merger ("Agreement") is dated October 20 , 2015, by and between the following companies:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March 17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)
(collectively the "Merging Companies")

and,

**Shoot the Moon, LLC** ("STM"), a Montana limited liability company, filed April 28, 2006. All companies together shall be known as the "Constituent Companies".

WHEREAS, the Merging Companies are all limited liability companies duly organized under the laws of the States of Montana, Idaho or Washington as noted above; and whereas STM is a limited liability company duly organized under the laws of the State of Montana, and having a principal place of business and address of:

**Shoot the Moon, LLC**
1420 Market Place Dr. Suite B.
Great Falls, MT 59404-0000

WHEREAS, the Members of each of the Merging Companies and STM have determined that it is in the Companies' best interests for the Merging Companies to be merged with and into

1

STM with STM being the surviving limited liability company ("Surviving Company"), organized under the laws of the State of Montana.

THEREFORE, the parties to this Agreement, in consideration of the mutual covenants, agreements and provisions contained herein, do prescribe the terms and conditions of this merger and the mode of carrying it into effect as follows:

1. PARTIES: the parties to this merger are the Merging Companies as noted above, including **Shoot the Moon of Nampa, LLC** and **Shoot the Moon, LLC**, a Montana limited liability company.

2. MEMBERS: The members of each and every one of the individual Merging Companies listed above and STM are as follows:

   (a) Kenneth J. Hatzenbeller
   (b) Gregory S. Tierney
   (c) John W. Bloemendaal

3. SURVIVING ENTITY: The surviving entity will be **Shoot the Moon, LLC**, which will remain as a limited liability company, organized in Montana.

4. EFFECTIVE DATE: The effective date of the merger will be October 20, 2015.

5. TERMS AND CONDITIONS:

   (a) The name of the Surviving Company following the effective date of the merger shall be **Shoot the Moon, LLC**

   (b) As of the effective date of the merger, the Articles of Organization shall be and remain the articles of the surviving company.

   (c) As each member of the individual companies that comprise the Merging Companies is also a member of the Surviving Company, each members interests in the individual Merging Companies will effectively be absorbed into their existing interest in the Surviving Company. No other compensation or consideration will be provided.

   (d) There will be no amendments to the Articles of Organization of the Surviving Company as a result of this merger

   (e) From and after the Effective Date of the merger, the Surviving Company shall possess all the rights, privileges, immunities, and franchises of a public or private nature, of each of the Merging Companies; and all property, real or personal, and all debts due on whatever account of or belonging to or due to each of the Merging Companies shall be taken and deemed to be transferred to and vested in the Surviving Company without further act or deed; and title to any real estate or interest therein, vested in any of the Merging Companies shall not revert or be impaired by reason of this merger. Surviving Company shall be responsible and liable for all the liabilities and obligations of each of the Merging Companies, and any claim existing or action or proceeding pending by or against any of the Constituent Companies may be prosecuted to judgment as if the merger had not taken place or the Surviving Company may be substituted in its place, and neither the rights of creditors nor any

2

liens upon the property of any of the Constituent Companies shall be impaired by this Merger.

(f) If necessary, the members of the Constituent Companies shall execute and deliver all such documents and take such action as may be necessary or requested by the Surviving Company in order to vest fully all the property rights of the Constituent Companies in the Surviving Company and otherwise effectuate this Agreement and any transactions contemplated herein.

(g) The Surviving Company consents that it may be sued and served process in the State of Montana (i) in any action or special proceeding for the enforcement of any liability or obligation of any of the Merging Companies; or (ii) with respect to any property transferred or conveyed to it, or with respect to the use made of such property, or any transaction in connection therewith.

(h) This Agreement will be deemed approved upon signature by the members listed above in their capacity as the membership in each of the Merging Companies and STM.

(i) This Agreement can be abandoned prior to merger by unanimous agreement of the members of the Merging Companies and STM as provided by Mont. Code Ann. § 35-8-1201(4).

(j) Interpretation and enforcement of this Agreement shall be governed by the laws of the State of Montana.

IN WITNESS WHEREOF, each of the Merging Companies listed above, and STM are deemed to have received copies of and have executed this Agreement as of the date set forth above.

_____          10/20/15
Kenneth J. Hatzenbeller                   Date

_____          10.20.15
Gregory S. Tierney                        Date

_____          1x/20/15
John W. Bloemendaal                       Date

Signed in their Capacities as members of:

Shoot the Moon of Nampa, LLC

And in their capacity as members of the Surviving Company:

Shoot the Moon, LLC (Montana LLC)

3



# SECRETARY OF STATE
## Linda McCulloch -- State of Montana



Montana State Capitol
PO Box 202801
Helena, MT 59620-2801

DESCHENES & ASSOCIATES
ATTORNEYS AT LAW
PO BOX 3466
GREAT FALLS MT  59403

## CERTIFICATE OF FILING

I, LINDA McCULLOCH, Secretary of State of the State of Montana, do hereby certify that

**MERGER OF SHOOT THE MOON X REALTY, LLC INTO SHOOT THE MOON, LLC**

filed its ARTICLES OF MERGER in this office and has fulfilled the applicable requirements set forth in law.  By virtue of the authority vested in the office, I hereby issue this certificate evidencing filing effective on the date shown below.  I wish you the best of luck with all your future endeavors as part of the Montana business community.

**Certified File Number:** C155890-1688200
**Dated:** October 21, 2015
**Effective Date:** October 21, 2015

*Linda McCulloch*

Linda McCulloch
Secretary of State









STATE OF MONTANA
FILED
OCT 2 1 2015
SECRETARY OF STATE

**Articles of Merger**
**For Shoot the Moon X Realty, LLC**
**And Shoot the Moon, LLC**

The following Articles of Merger are submitted in accordance with the provisions of Mont. Code Ann. § 35-8-1202. These Articles of Merger affirm the intent of **Shoot the Moon X Realty, LLC to merge** with **Shoot the Moon, LLC**, as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana Limited Liability Company organized on April 28, 2006.

The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March 17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2. In accordance with their individual operating agreements and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon X Realty**, LLC, have approved and signed the attached Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC**.

3. The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B
Great Falls, MT 59404

1

4. There are no changes to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers.

5. The address for service on the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

*Lance Hatzenbeller*
1420 Market Place Dr. Suite B
Great Falls, MT 59404

6. The effective date of this merger will be: October 20, 2015

Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.

Affirmed by:

_____        _____
Kenneth J. Hatzenbeller                                    Date

_____        _____
Gregory S. Tierney                                            Date

_____        _____
John W. Bloemendaal                                      Date
As members of **Shoot the Moon X Realty, LLC**

And;

_____        _____
Kenneth J. Hatzenbeller                                    Date

_____        _____
Gregory S. Tierney                                            Date

_____        _____
John W. Bloemendaal                                      Date
As members of **Shoot the Moon, LLC**

2

**Agreement and Plan of Merger**
**Between Shoot the Moon X Realty, LLC and**
**Shoot the Moon, LLC**

This Agreement and Plan of Merger ("Agreement") is dated October ＿２０＿, 2015, by and between the following companies:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana,LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)
(collectively the "Merging Companies")

and,

**Shoot the Moon, LLC** ("STM"), a Montana limited liability company, filed April 28, 2006. All companies together shall be known as the "Constituent Companies".

WHEREAS, the Merging Companies are all limited liability companies duly organized under the laws of the States of Montana, Idaho or Washington as noted above; and whereas STM is a limited liability company duly organized under the laws of the State of Montana, and having a principal place of business and address of:

**Shoot the Moon, LLC**
1420 Market Place Dr. Suite B.
Great Falls, MT 59404-0000

WHEREAS, the Members of each of the Merging Companies and STM have determined that it is in the Companies' best interests for the Merging Companies to be merged with and into

1

STM with STM being the surviving limited liability company ("Surviving Company"), organized under the laws of the State of Montana.

THEREFORE, the parties to this Agreement, in consideration of the mutual covenants, agreements and provisions contained herein, do prescribe the terms and conditions of this merger and the mode of carrying it into effect as follows:

1. PARTIES: the parties to this merger are the Merging Companies as noted above, including **Shoot the Moon X Realty, LLC** and **Shoot the Moon, LLC**, a Montana limited liability company.
2. MEMBERS: The members of each and every one of the individual Merging Companies listed above and STM are as follows:

   (a) Kenneth J. Hatzenbeller
   (b) Gregory S. Tierney
   (c) John W. Bloemendaal

3. SURVIVING ENTITY: The surviving entity will be **Shoot the Moon, LLC**, which will remain as a limited liability company, organized in Montana.
4. EFFECTIVE DATE: The effective date of the merger will be October 20, 2015.
5. TERMS AND CONDITIONS:
   (a) The name of the Surviving Company following the effective date of the merger shall be **Shoot the Moon, LLC**
   (b) As of the effective date of the merger, the Articles of Organization shall be and remain the articles of the surviving company.
   (c) As each member of the individual companies that comprise the Merging Companies is also a member of the Surviving Company, each members interests in the individual Merging Companies will effectively be absorbed into their existing interest in the Surviving Company. No other compensation or consideration will be provided.
   (d) There will be no amendments to the Articles of Organization of the Surviving Company as a result of this merger
   (e) From and after the Effective Date of the merger, the Surviving Company shall possess all the rights, privileges, immunities, and franchises of a public or private nature, of each of the Merging Companies; and all property, real or personal, and all debts due on whatever account of or belonging to or due to each of the Merging Companies shall be taken and deemed to be transferred to and vested in the Surviving Company without further act or deed; and title to any real estate or interest therein, vested in any of the Merging Companies shall not revert or be impaired by reason of this merger. Surviving Company shall be responsible and liable for all the liabilities and obligations of each of the Merging Companies, and any claim existing or action or proceeding pending by or against any of the Constituent Companies may be prosecuted to judgment as if the merger had not taken place or the Surviving Company may be substituted in its place, and neither the rights of creditors nor any

2

liens upon the property of any of the Constituent Companies shall be impaired by this Merger.

(f) If necessary, the members of the Constituent Companies shall execute and deliver all such documents and take such action as may be necessary or requested by the Surviving Company in order to vest fully all the property rights of the Constituent Companies in the Surviving Company and otherwise effectuate this Agreement and any transactions contemplated herein.

(g) The Surviving Company consents that it may be sued and served process in the State of Montana (i) in any action or special proceeding for the enforcement of any liability or obligation of any of the Merging Companies; or (ii) with respect to any property transferred or conveyed to it, or with respect to the use made of such property, or any transaction in connection therewith.

(h) This Agreement will be deemed approved upon signature by the members listed above in their capacity as the membership in each of the Merging Companies and STM.

(i) This Agreement can be abandoned prior to merger by unanimous agreement of the members of the Merging Companies and STM as provided by Mont. Code Ann. § 35-8-1201(4).

(j) Interpretation and enforcement of this Agreement shall be governed by the laws of the State of Montana.

IN WITNESS WHEREOF, each of the Merging Companies listed above, and STM are deemed to have received copies of and have executed this Agreement as of the date set forth above.

_____        _____
Kenneth J. Hatzenbeller                              Date

_____        _____
Gregory S. Tierney                                        Date

_____        _____
John W. Bloemendaal                                    Date

Signed in their Capacities as members of:

Shoot the Moon X Realty, LLC

And in their capacity as members of the Surviving Company:

Shoot the Moon, LLC (Montana LLC)

3

**Statement of Merger**
**For Shoot the Moon of Idaho, LLC**
**And Shoot the Moon, LLC**

The following Statement of Merger are submitted in accordance with the provisions of Idaho Code § 30-22-205. These Articles of Merger affirm the intent of **Shoot the Moon of Idaho**, LLC to merge with **Shoot the Moon, LLC**, a Montana limited liability company, as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana Limited Liability Company organized on April 28, 2006.

The names of the merging companies are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

1. In accordance with their individual operating agreements, Idaho Code § 30-22-205, and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon of Idaho, LLC** and **Shoot the Moon, LLC**, have individually signed and approved an Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC**.

2. The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B

1

Great Falls, MT 59404

3. There are no amendments to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers and there will be no change to their record, other than filing of Articles of Merger.

4. The address for service on the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

   Lance Hatzenbeller
   1420 Market Place Dr. Suite B
   Great Falls, MT 59404

5. **Shoot the Moon of Idaho, LLC**, the merging entity, is a limited liability company, registered in Idaho on April 27, 2006. It has not filed an application for authority with the Montana secretary of state. The surviving entity, **Shoot the Moon, LLC** is a Montana Limited Liability Company, organized April 28, 2006, which has filed paperwork for Registration and Authority to conduct business in Idaho.

6. The address for service in Idaho is:

   Lance Hatzenbeller
   482 W. Sunset Ave.
   Coeur d'Alene, ID 83815

7. This merger will become effective upon filing.

Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.


Affirmed by:


Kenneth J. Hatzenbeller                          10/22/15
Kenneth J. Hatzenbeller                          Date


Gregory S. Tierney                               10.22.15
Gregory S. Tierney                               Date

2

_____                    __10/22/15_____
John W. Bloemendaal                                 Date
As members of **Shoot the Moon of Idaho, LLC**

　　　And;

_____                    __10/22/15_____
Kenneth J. Hatzenbeller                             Date

_____                    __10.22.15_____
Gregory S. Tierney                                  Date

_____                    __10/22/15_____
John W. Bloemendaal                                 Date
As members of **Shoot the Moon, LLC**

3

**Statement of Merger**
**For Shoot the Moon II of Idaho, LLC**
**And Shoot the Moon, LLC**

The following Statement of Merger are submitted in accordance with the provisions of Idaho Code § 30-22-205. These Articles of Merger affirm the intent of **Shoot the Moon II of Idaho**, LLC to merge with **Shoot the Moon, LLC**, a Montana limited liability company, as part of the larger merger described below.

1. The name of the Surviving Entity is **Shoot the Moon, LLC**, a Montana limited liability company organized on April 28, 2006.

The names of the merging entities are as follows:

Shoot the Moon Enterprises, LLC (Montana LLC, Filed September 20, 2005)
Shoot the Moon Realty, LLC (Montana LLC, Filed March17, 2008, Registered in Idaho)
Shoot the Moon X, LLC (Montana LLC, Filed March 27, 2008)
Shoot the Moon of Montana, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Montana Realty, LLC (Montana LLC, Filed February 6, 2009)
Shoot the Moon of Nampa, LLC (Montana LLC, Filed July 22, 2015)
Shoot the Moon of Billings, LLC (Montana LLC, Filed July 8, 2015)
Shoot the Moon Grizzly, LLC (Montana LLC, Filed March 3, 2014)
Shoot the Moon 22, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon 5, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon II of Idaho, LLC (Idaho LLC, Filed October 8, 2014)
Shoot the Moon of Idaho, LLC (Idaho LLC, Filed April 27, 2006)
Shoot the Moon of Washington, LLC (Washington LLC, Filed April 25 2006)
Shoot the Moon II, LLC (Montana LLC, Filed February 2, 2007)
Shoot the Moon III, LLC (Montana LLC, Filed February 10, 2009)
Shoot the Moon II Realty, LLC (Montana LLC, Filed December 23, 2003)
Shoot the Moon 4, LLC (Montana LLC, Filed April 9, 2010)
Shoot the Moon X Realty, LLC (Montana LLC, October 14, 2008)

2. In accordance with their individual operating agreements, Idaho Code § 30-22-205, and Mont. Code Ann. § 35-8-1201, the Companies above, including **Shoot the Moon II of Idaho, LLC** and **Shoot the Moon, LLC**, have each individually signed and approved an Agreement and Plan of Merger, approving this merger into the Surviving Entity, **Shoot the Moon, LLC**.

3. The Surviving Entity of this merger will be **Shoot the Moon, LLC**, with an address of:

1420 Market Place Dr. Suite B

1

Great Falls, MT 59404

4. There are no amendments to the Articles of Organization of the Surviving Entity, **Shoot the Moon, LLC** as a result of these mergers and there will be no change to their record, other than filing of Articles of Merger.

5. The address for service on the Surviving Entity, **Shoot the Moon, LLC**, is and will remain:

> Lance Hatzenbeller
> 1420 Market Place Dr. Suite B
> Great Falls, MT 59404

6. **Shoot the Moon II of Idaho, LLC**, the merging entity, is a limited liability company, registered in Idaho on October 14, 2008. It has not filed an application for authority with the Montana secretary of state. The surviving entity, **Shoot the Moon, LLC** is a Montana Limited Liability Company, originally organized April 28, 2006, which has filed paperwork for Registration and Authority to conduct business in Idaho.

7. The address and agent for service in Idaho will be:

> Lance Hatzenbeller
> 7802 Spectrum St.
> Boise, ID 83709

1. This merger will become effective upon filing.

Wherefore, the members of the merging limited liability companies affirm their intent to merge, and for these Articles of Merger to operate as an amendment to the surviving limited liability company's Articles of Organization.


Affirmed by:


_____          _____
Kenneth J. Hatzenbeller                   10/22/15
                                          Date


_____          _____
Gregory S. Tierney                        19·22·15
                                          Date


2

_____          10/22/15
John W. Bloemendaal                       Date
As members of **Shoot the Moon II of Idaho, LLC**

And;

_____          10/22/15
Kenneth J. Hatzenbeller                   Date

_____          10 · 22 · 15
Gregory S. Tierney                        Date

_____          10/22/15
John W. Bloemendaal                       Date
As members of **Shoot the Moon, LLC**

3



**202**

# FOREIGN REGISTRATION STATEMENT

Title 30, Chapter 21, Idaho Code

Filing fee: $100 typed, $120 not typed

**Complete and submit the form in <u>duplicate</u>.**

1. The name of the entity is: **Shoot the Moon, LLC**

2. The name which it shall use in Idaho is: **Shoot the Moon, LLC**

3. Select the type of entity you wish to register: *(Enter a name here, only if you are required to adopt an alternate name)*

   ☐ Business Corporation           ☐ General Partnership
   ☐ Nonprofit Corporation          ☐ General Cooperative Association
   ☐ Limited Liability Partnership  ☐ Limited Partnership (Including a limited liability limited partnership
   ☒ Limited Liability Company      ☐ Statutory Trust, Business Trust, or Common-law Business Trust

   ☐ Other:
   *(Use "Other" only if your foreign entity type is not listed above, and enter the type here.)*

4. Jurisdiction of formation: **Montana**
   *(Provide the domestic jurisdiction where the entity was formed)*

5. The address of its principal office is:
   **1420 Market Place Dr., Suite B, Great Falls, MT 59404**
   *(Street Address)*

   *(Mailing Address, if different)*

6. The address of its domestic principal office (if required by the laws of the jurisdiction of formation) is:
   **7802 Spectrum Street, Boise, ID 83709**
   *(Street Address)*

   *(Mailing Address, if different)*

7. The mailing address to which correspondence should be addressed, if different from Item 5, is:

   *(Address)*

8. Name and street address of registered agent in Idaho:
   **Lance Hatzenbeller**                    **7802 Spectrum Street, Boise, ID 83709**
   *(Name)*                                  *(Address)*

9. The name, capacity, and mailing address of at least one governor:
   **Gregory S. Tierney**   **Member**   **75 Spring Tree Road, Great Falls, MT 59404**
   *(Name)*                 *(Capacity)* *(Address)*

   *(Name)*                 *(Capacity)* *(Address)*

Typed Name: **Lance Hatzenbeller**

Signature:

Capacity: **Liquidating Manager**

Secretary of State use only

Rev. 08/2015

besa15293194212119201-e-c155890

# SECRETARY OF STATE
## STATE OF MONTANA

### CERTIFICATE OF EXISTENCE

I, Linda McCulloch, Secretary of State of the State of Montana, do hereby certify that

SHOOT THE MOON, LLC

duly filed its Articles of Organization in this office on 28 April 2006, and on that date was created a limited liability company.

I further certify that all fees reflected in the records of the Secretary of State have been paid by said limited liability company and that the most recent annual report has been filed with this office.

I further certify that no articles of dissolution have been placed on record in this office by said limited liability company and my records indicate the limited liability company is in good standing under the laws of the State of Montana and authorized to transact in business and conduct its affairs in this state.

The Secretary of State cannot certify that tax and penalties owed to this state on record with the Department of Revenue are current. Please contact the Department of Revenue at (406) 444-6900 to obtain information on tax status.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Montana, at Helena, the Capital, this 21 October 2015 .

*Linda McCulloch*

LINDA MCCULLOCH
Secretary of State

Certified File Number: C155890