UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**SHOOT THE MOON, LLC**,     Case No. **15-60979-11**

Debtor.

# O R D E R

At Butte in said District this 10th day of November, 2015.

Upon motion of the Chapter 11 Trustee to fix a bar date for creditors to participate in the payment of assets,

IT IS ORDERED any creditor or equity security holder whose claim or interest is not scheduled or whose claim or interest is scheduled as disputed, contingent, or unliquidated and who has not filed a Proof of Claim shall file a Proof of Claim on or before **February 8, 2016.**[1] Any creditor or equity security holder whose claim or interest is not scheduled or whose claim is scheduled as disputed, contingent, or unliquidated and who does not file a Proof of Claim on or before **February 8, 2016,** shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution and the claim shall be discharged. Proofs of Claim must be filed with the Clerk of the United States Bankruptcy Court, Room 263, Mike Mansfield Federal

---

[1] A Proof of Claim Form ("Official Form B10") can be obtained at the United States Courts Web site: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

1

Building and U.S. Courthouse, 400 North Main Street, Butte, MT 59701. Proofs of Claim must also be served upon the Chapter 11 Trustee's counsel: David B. Cotner, Datsopoulos, MacDonald & Lind, P.C., 201 W. Main Street, Ste. 201, Missoula, Montana 59802.

BY THE COURT

*Ralph B. Kirscher*

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana