David B. Cotner (Bar # 2386)
Trent N. Baker (Bar # 5935)
Del M. Post (Bar # 8712)
DATSOPOULOS, MacDONALD & LIND, P.C.
201 W. Main St. Ste. 201
Missoula, Montana 59802
Telephone:  (406) 728-0810
Fax:  (406) 543-0134
Email:  dcotner@dmllaw.com
         tbaker@dmllaw.com
         dpost@dmllaw.com

*Attorneys for Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re:<br>SHOOT THE MOON, LLC, a Montana limited liability company,<br>    Debtor. | In Proceedings Under Chapter 11<br>Case No. 2:15-bk-60979-RBK<br>**TRUSTEE'S OBJECTION TO NOTICE REQUESTING PAYMENT TO BAUER AND TC VENTURES** |

CHAPTER 11 TRUSTEE, JEREMIAH FOSTER, by and through his counsel of record, and hereby objects to the Notice Requesting Payment filed by Bauer and TC Ventures (Doc 79) which this Court set for hearing on December 4, 2015 by Order dated November 13, 2015 (Doc 81).  Counsel for Trustee contacted Nancy Dzbanko, a representative of claimant, TC Ventures, and obtained copies of the 6 invoices upon which the claim is based, attached hereto as Exhibit 1.  The invoices are for prepetition cleaning services performed at certain restaurants

owned by Debtor. Counsel again contacted Ms. Dzbanko, who confirmed the invoices were for services performed prepetition. Counsel advised Ms. Dsbanko and Mr. Charles Bauer that they would have to file a proof of claim for these services and provided them with a proof of claim form. Accordingly, Trustee objects to the application for payment of the claim as an administrative expense.

DATED this 18th day of November, 2015.


 /s/ Trent N. Baker
Trent N. Baker
DATSOPOULOS, MacDONALD & LIND, P.C.
 *Attorneys for Trustee*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 18th day of November, 2015 a copy of the foregoing Trustee's Objection To Notice Requesting Payment By Bauer And Tc Ventures was served electronically by the Court's ECF notice to parties requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy via First Class Mail, postage prepaid, at Missoula, Montana, to the following persons or entities who are not ECF registered users:

Michael T. Conway
LeClairRyan
885 Third Avenue, Sixteenth Floor
New York, NY 10022
*On behalf of Dennis P. Connor*

Thomas E. Copley, CPA, CVA
Wipfli LLP
First Interstate Plaza
Missoula, MT 59802
*On behalf of WIPFLI*

Charles Bauer
5103 w Hazard Rd
Spokane, Wa 99208

Alliance Funding Group Inc
C/O Mark Scott
18400 Von Karman Ave Ste 800
Irving, Ca 92612

    /s/ Trent N. Baker