David B. Cotner (Bar # 2386)
Trent N. Baker (Bar # 5935)
Del M. Post (Bar # 8712)
DATSOPOULOS, MacDONALD & LIND, P.C.
201 W. Main St. Ste. 201
Missoula, Montana 59802
Phone: (406) 728-0810
Fax:   (406) 543-0134
Email: dcotner@dmllaw.com
       tbaker@dmllaw.com
       dpost@dmllaw.com

*Attorneys for Jeremiah Foster*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>SHOOT THE MOON, LLC,<br><br>     Debtor. | Case No. 15-60979-11 |

### TRUSTEE'S FIRST APPLICATION FOR PAYMENT OF INTERIM COMPENSATION;

COMES NOW Jeremiah Foster, the Chapter 11 Trustee, by and through counsel,  in the above-captioned bankruptcy case, hereby makes application for approval of an award of interim compensation, pursuant to 11 U.S.C §§ 326,330, and 331, in the amount of $218,458.50 and reimbursement of expenses in the amount of $16,261.84, and in support of this Interim Application respectfully represents:

1. The Debtor has filed a petition herein on October 21, 2015, under Chapter 11 of Title 11, United States Code.

2. The Court conditionally approved the appointment of Jeremiah Foster as Trustee on October 28, 2015 (Doc # 28), and thereafter appointed Jeremiah Foster as Trustee without condition on November 5, 2015 (Doc #61).

3. This interim application applies to all Jeremiah Foster's fees and costs covering the period commencing on October 28, 2015 through and including February 29, 2016.

4. This interim application is the only application filed by Jeremiah Foster as Chapter 11 Trustee in this proceeding.

5. To date, Jeremiah Foster has not received any compensation from, the Debtor, or any other source for his services and costs in connection with these Chapter 11 proceedings.

6. The interim compesation being requested by the Trustee at this time is computed pursuant to 11 U.S.C. § 326, based on those amounts he has previously dispursed to secured claimants in this case as follows:

| Amount Distributred: | October 2015 | $ | 206,744.50 |
| | November 2015 | $ | 1,175,511.00 |
| | December 2015 | $ | 1,586,278.00 |
| | January 2016 | $ | 1,708,828.06 |
| | February | $ | 1,829,587.52 |
| Total Amount Distributed to Date: | | $ | **6,506,949.08** |
| | | | |
| 25% of first $5,000.00 | $5,000.00 | $ | 1,250.00 |
| 10% of next $45,000.00 | $45,000.00 | $ | 4,500.00 |

| | | |
|---|---|---|
| 5% of next $950,000.00 | $950,000.00 | $      47,500.00 |
| 3% of Balance | $5,506,949.08 | $     165,208.47 |
| Total Interim Compensation Requested: | | $     **218,458.50** |

7. The Trustee's actual and necessary expenses incurred to date are $16,261.84

8. The Trustee represents that no payments have been made or promised  him for services rendered or to be rendered in any capacity in this case, except as may have been previously allowed by this Court.   No agreement or understanding exists between Applicant and any other person for sharing compensation received in connection with this case.

9. Attached as **Exhibit A** is the Debtor's Certification completed by the Trustee for October 2015 through February 2016.

10. Attached as **Exhibit B** is the detail list of reimbursement expenses for the Trustee.

11. The amount of costs was computed utilizing the following methods of allocation: copies are charged at the rate of $.10 each and all other expenses are charged at actual cost.

12. Applicant has been promised the following payment for services in connection with this case:   Only such amounts as are approved by the Bankruptcy Court, to be paid from Debtor's post-petition income or assets of the bankruptcy estate.

13. All services for which compensation is requested were performed in connection with this bankruptcy case or proceedings herein and were not for services in any other matter.

14. This application is filed as an interim application for all time and charges through February 29, 2016.

15. Status of the case: ongoing, the Trustee is continuing to administer the affairs of the bankruptcy estate.

16. As of today's date, the estate has funds on hand in the amount of $715,110.77

WHEREFORE, applicant prays that this Court enter an Order approving the Interim Application and that the Trustee be granted an allowance of interim compensation in the amount of $218,458.50 and reimbursement of costs and expenses in the amount of $16,261.84

DATED this 29th day of March, 2016.

DATSOPOULOS, MacDONALD & LIND, P.C.

By:   /s/ Del M. Post
      Del M. Post