David B. Cotner (Bar # 2386)
Trent N. Baker (Bar # 5935)
Del M. Post (Bar # 8712)
DATSOPOULOS, MacDONALD & LIND, P.C.
201 W. Main St. Ste. 201
Missoula, Montana 59802
Phone: (406) 728-0810
Fax:   (406) 543-0134
Email: dcotner@dmllaw.com
       tbaker@dmllaw.com
       dpost@dmllaw.com
*Attorneys for Jeramiah Foster*
*Chapter 11 Trustee*

Michael T. Conway (Admitted Pro Hac Vice)
Shipman & Goodwin, L.L.P.
400 Park Avenue, Fifth Floor
New York, NY 10022
Phone: (212) 376- 3011
Fax: (212) 376-3024

and

Ward (Mick) Taleff
Taleff Law Office, P.C.
300 River Drive North, Suite 5
Great Falls, MT 59401
Phone: (406) 309-2803
Fax: (406) 761-9405
*Attorneys for the Official Committee of*
*Unsecured Creditors of Shoot the Moon, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re<br><br>SHOOT THE MOON, LLC,<br><br>        Debtor. | Case No. 15-60979-11 |

### STIPULATED MOTION TO CONTINUE HEARING ON OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S APPLICATION OF TRUSTEE TO APPROVE EMPLOYMENT OF CONTINGENCY COUNSEL

Trustee, Jeremiah Foster, and the Official Committee of Unsecured Creditors of Shoot the Moon, LLC ("*Committee*"), by and through counsel, respectfully files this Stipulated Motion to Continue the Hearing on the Committee's Objection to Application of Trustee to Approve Employment of Contingency Counsel (Doc # 593) now scheduled for September 15, 2016 at 9:00 a.m. in Great Falls, Montana, to the next hearing on October 7, 2016 at 9:00 a.m. in Great Falls, Montana.

The parties continue work on a settlement of this and other issues between the parties and the extension is necessary to allow the parties' time to complete those discussions. Nothing in this Stipulation shall be deemed an admission or waiver by any party to this Stipulation regarding their respective motions or objections.

DATED this 15th day of September, 2016.

DATSOPOULOS, MacDONALD & LIND, P.C.

/s/ *David B. Cotner*
David B. Cotner
*Attorneys for Trustee*

SHIPMAN & GOODWIN, LLP

*/s/ Michael T. Conway*
Michael T. Conway

and

TALEFF LAW OFFICE, P.C.
*/s/ Ward (Mick) Talleff*
Ward (Mick) Talleff
*Attorneys for the Official Committee of Unsecured Creditors of Shoot the Moon, LLC*

# CERTIFICATE OF SERVICE

  The undersigned does hereby certify that on the 15th day of September, 2016 a copy of the foregoing Stipulated Motion to Continue the Hearing on the Committee's Objection to Application of Trustee to Approve Employment of Contigency Counsel was served electronically by the Court's ECF notice to parties requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy via First Class Mail, postage prepaid, at Missoula, Montana, to the following persons or entities who are not ECF registered users:

Blake Parrish
blake@bparrishlaw.com
Attorney for Paradigm Restuarants, L.C.

David A. Coleman
Coleman, Ritchie & Cluff
Attorneys at Law
156 2nd Avenue West
P.O. Box 525
Twin Falls, Idaho 83303-0525

Charles Bauer
5103 W Hazard Rd
Spokane, Wa 99208

Can Capital, Inc
2015 Vaughn Road, Bldg 500
Kennesaw, Ga 30144

Jennifer Lee Hudson On Behalf Of Interested Party State Of Montana-State Auditor
Montana State Auditor
Commissioner Of Securities & Insurance
840 Helena Ave
Helena, Mt 59601

                /s/ Trent N. Baker