Name of Attorney  
Office Mailing Address  
Telephone Number  
Facsimile Number  
E-Mail Address  
State Bar I.D. Number  
(Attorney for _____ )

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

In re ) Case No. 15-60979-11  
Shoot The Moon LLC )  
)  
)  
Debtor(s) )

---

REQUEST FOR SPECIAL NOTICE

---

Pursuant to Rule 2002(i) and (g), F.R.B.P., Jerry Hall, a creditor/party in interest in the above-entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties in interest, whether sent by the Court, the Debtors or any other party in the case, be sent or delivered to the undersigned; and pursuant to Rule 2002(g), that the following be added to the Court's service list:

Name of Attorney/Party in Interest Jerry Hall  
Address 90 Heron Bank Road GT. Falls MT. 59404  
E-Mail Address —  
Phone Number 406 454 9004  
Fax Number —

Such notices shall include notices by mail, telephone, facsimile, or any other means of electronic transmission, and the notices requested shall include, but are not limited to, all notices relating to the matters set forth in Rule 2002; matters relating to any motion for the appointment of a trustee, or conversion or dismissal of the case; matters relating to the proposing or confirming of a plan; matters relating to adequate protection and the Debtor's obtaining of credit under 11 U.S.C. § 361 or 364; and matters relating to the use, sale or lease of property under 11 U.S.C. § 363, or the assumption or rejection of executory contracts or unexpired leases under 11 U.S.C. § 365.

DATED this 14 day of Aug, 2017.

_____

Attorney for _____/Party in Interest

## CERTIFICATE OF MAILING

I, the undersigned, Jerry Hall, do hereby certify under penalty of perjury that a copy of the within and foregoing Request for Special Notice was sent by first class mail postage prepaid on the 14 day of Aug, 2017, at GT Falls, Montana, and directed to the following:

[Insert the name and address of each

individual or entity served.]

Jerry Hall

[Name of person certifying the

mailing]

[Must comply with Mont. LBR 9013-1(d)(2), by reflecting the name and address of each party served, and by being signed "under penalty of perjury" and by identifying the document served. All creditors should also be served with this Request.]