Tarum Law Office P.C.
Randy L. Tarum
417 Central Avenue
Johnson Building, 4th Floor
Great Falls MT 59401
Telephone (406) 268-0001
State Bar I.D. # 4548
e-mail: randy@tarumlaw.com

Attorney for Creditors Jerry and Jan Hall

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SHOOT THE MOON, LLC | ) No. 15-60979-11 |
| | ) |
| Debtor. | ) |

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

Pursuant to FRBP 2002(i) and (g) and LBR 2002-2, Randy Tarum of Tarum Law Office P.C. hereby notify the Court and all counsel and parties of their appearance as attorney's for Jerry and Jan Hall, creditors in interest in the above-entitled bankruptcy case, and hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties in interest, whether sent by the Court, the Debtor or any other party in the case, be sent or delivered to the undersigned; and pursuant to FRBP 2002(g), that the following be added to the Court's service list:

Randy L. Tarum
TARUM LAW OFFICE PC
417 Central Avenue
Johnson Building, 4th Floor
Great Falls MT 59401
Telephone (406) 268-0001
Fax (406) 737-6264

e-mail- randy@tarumlaw.com
Attorney for Jerry and Jan Hall

Such notices shall include notices by mail, telephone, facsimile, or any other means of electronic transmission, and notices requested shall include, but are not limited to, all notices relating to the matters set forth in Rule 2002; matters relating to any motion for the appointment of a trustee, or conversion or dismissal of the case; matters relating to the proposing or confirming of a plan; matters relating to adequate protection and the debtor's obtaining of credit under 11 USC § 361 or § 364; and matters relating to the use, sale or lease of property under 11 USC § 363, or the assumption or rejection of executory contracts or unexpired leases under 11 USC § 365.

DATED this 17th day of October, 2017.

TARUM LAW OFFICE, P.C.

BY: _____
Randy L. Tarum
Attorney for Creditors Jerry and Jan Hall

CERTIFICATE OF MAILING

I, the undersigned, do hereby certify under penalty of perjury that a copy of the within and foregoing REQUEST FOR SPECIAL NOTICE was served electronically to all parties in interest by ECF on the date noted above

DATED this 17th day of October, 2017.

Randy Tarum