# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>SHOOT THE MOON, LLC,<br><br>    Debtor. | Case No. 15-60979-11 |

## ORDER

On October 4, 2017, the chapter 11 Trustee filed an Application for Appointment of Cotner Law, PLLC as attorneys for Trustee (Doc. No. 1052), requesting authority to employ the law firm of Cotner Law, PLLC of Missoula, Montana, to serve as attorneys for the Trustee in this Chapter 11 proceeding. Upon review of the application and the Affidavit of David B. Cotner, it appears that said professional is duly qualified to perform the tasks for which employment is sought. In addition, the Court is satisfied that said professional represents no interest adverse to Debtor, or to Debtor's estate in the matters upon which this case concerns and that employment is necessary and would be in the best interest of the estate. Accordingly,

IT IS HEREBY ORDERED the Application, Doc. No. 1052, is approved; the Trustee is authorized to employ Cotner Law, PLLC. on a contingency fee basis and under the terms specified in the Application and attachments thereto; and all fees paid to said professional are subject to the approval of this Court upon the filing of a proper application.

IT IS FURTHER ORDERED and NOTICE IS HEREBY GIVEN that all interested parties have 14 days from the date of this Order to object and request reconsideration of this Order pursuant to Mont. LBR 9013-1(g)(2)(A).

DATED: October 17, 2017

TERRY L. MYERS
U. S. BANKRUPTCY JUDGE