| Last Name | First Name | Street Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Aaronson | Stephanie | 1291 3rd Rd NE | Power | MT | 59468-9312 |
| ACH Capital LLC | | 90 Broad Street, Ste 1600 | New York | NY | 10004 |
| Ackerman | Bonnie | PO Box 2299 | Deer Park | WA | 99006 |
| Acosta | Crystal | 2145 1/2 Ardella | Pocatello | ID | 83201 |
| ADAMS | MARIE ROSE | 820 E PINE AVE | COEUR D ALENE | ID | 83814 |
| Affleje | Michael | 890 Couch Ave | Vaughn | MT | 59487 |
| Aguilar-Zarate | Dominga | 691 Terrace Drive | Idaho Falls | ID | 83402 |
| Akre | Kroy | 202 E Wedgewood #89 | Spokane | WA | 99208 |
| Alaman | Jose | 841 Cantor Ave | Idaho Falls | ID | 83401 |
| Alfonso | Casey | 409 Clearwater Ct | Great Falls | MT | 59405 |
| Allen | Courtney | 355 W. Maple Street, Apt. 59 | Shelley | ID | 83274 |
| Allen | John | 5810 N Maple Street | Spokane | WA | 99205 |
| Allen | Joshua | 619 5th Street N | Great Falls | MT | 59401 |
| Allen | Samantha | 300 S. Straughan Avenue, Apt 505 | Boise | ID | 83712 |
| Allen | Seth | 2320 W Canal Street | Boise | ID | 83705 |
| Alliance Funding Group, Inc | C/O Mark Scott | 18400 Von Karman Ave., Ste. 800 | Irving | CA | 92612 |
| Alsco | | 1923 N. Waterworks Street | Spokane | WA | 99212 |
| AMERICAN EXPRESS BANK FSB | C/O BECKETT AND LEE | PO BOX 3001 | MALVERM | PA | 19355 |
| American Express Bank, FSB | | 4315 South 2700 W | Salt Lake City | UT | 84184 |
| Amerson | Joel | 190 Polk Street No. A | Twin Falls | ID | 83301 |
| AMEZUA | JUAN | 2083 W TAHOE RIDGE | EAGLE | ID | 83616 |
| AmTrust Insurance Co. Attn: VP Cash Management | | 800 Superior Ave E 20th Floor | Clevland | OH | 44114 |
| Anderson | Bryan | 2538 Carriage Way | Twin Falls | ID | 83301 |
| Anderson | David | 2000 11th Street SW | Great Falls | MT | 59404 |
| Anderson | Johanna | 2701 N Turnberry Way | Meridian | ID | 83646 |
| Anderson | Lonnie | 2000 11th Street SW | Great Falls | MT | 59404 |
| Applewhite | Nicole | 701 Birch St S | Kimberly | ID | 83341 |
| Applewhite | Tysen | 629 6th St | Filer | ID | 83328-5367 |
| Armstrong | Hailey | 13303 E Mission #132 | Spokane | WA | 99216 |
| ASCENTIUM CAPITAL GROUP LLC | ATTN: CARISSA MARTINEZ | PO BOX 301593 | DALLAS | TX | 75303 |
| Assn Company | | 801 Adlai Stevenson Drive | Springfield | IL | 62703 |
| Atkinson | Carl | 16520 Eastland Ct | Spokane Valley | WA | 99216-3513 |
| Auth | William | 3541 Hwy 93 | Twin Falls | ID | 83301 |
| Avila | Guadalupe | 1260 Royal Ave | Idaho Falls | ID | 83401 |
| AVISTA UTILITIES | | PO BOX 3727 | SPOKANE | WA | 99220 |
| Axis Capital | | 308 N Locust Street, Ste 100 | Grand Island | NE | 68801-8985 |

| | | | | | |
|---|---|---|---|---|---|
| Axtell | Andrea | 16158 N Broken Top Dr | Nampa | ID | 83651-8716 |
| A-Z House Cleaning Attn: Helen Lish | | 1131 Sierra Way | Kimberly | ID | 83341 |
| Bacon | Karren | 5589 S Jonquil Pl | Boise | ID | 83716-6841 |
| Baez | Omar | 2138 Euclid Ave | Boise | ID | 83706 |
| Bailey | Kaydee | 1306 E Olympic | Spokane | WA | 99202 |
| Bailey | Tia | 10059 W Rifleman Lane #104 | Boise | ID | 83704 |
| Baird | Joseph | 807 Crown | Spokane | WA | 99207 |
| Baker | Cynthia | 500 Montana Ave NW | Great Falls | MT | 59404 |
| Baker Commodities, Inc | | PO Box 11157 | Spokane | WA | 99211 |
| Baldwin | Bobie | 165 4th Street | Idaho Falls | ID | 83401 |
| Bales | Rebecca | 762 All Street | Twin Falls | ID | 83301 |
| Banks | Dustin | 252 E Front #411 | Boise | ID | 83702 |
| Bannister | Eric | 6641 N Standard | Spokane | WA | 99208 |
| Bannock County Treasurer | | PO Box 4626 | Pocatello | ID | 83205 |
| Barnes | Amber | 2880 W Cherry Ln Apt A308 | Boise | ID | 83705-7331 |
| Barnes | Samantha | 420 1/2 E Roosevelt Ave | Nampa | ID | 83687 |
| Barnowski | Emily | 3186 Jupiter Ave | Boise | ID | 83709 |
| Beard | Natalie | 3009 Coyote Lane | Great Falls | MT | 59404 |
| Beard | Ryan | 1302 Crammer Road | Idaho Falls | ID | 83404 |
| Bell | Kirk | 305 E Flodia Ave | Nampa | ID | 83686 |
| Benham | Alexander | 985 N Stolle Place | Meridian | ID | 83646 |
| BERNARD FELDMAN | C/O NAIDICH WURMAN | 111 GREAT NECK ROAD, SUITE 214 | GREAT NECK | NY | 11021 |
| Berreth | Dahlia | 3918 Neel Street | Boise | ID | 83705 |
| Bertoni | Chase | 2533 E 3769 N | Twin Falls | ID | 83301 |
| Bessey | Makeala | 4757 W Reeves St | Coeur D Alene | ID | 83814-8906 |
| Bishop | Dennis | 819 US Highway 89 | Vaughn | MT | 59487-9536 |
| Bishop | Matthew | 385 N Center Street | Star | ID | 83669 |
| Blake | Melanie | 308 7th Ave S | Great Falls | MT | 59405 |
| Blanford | Keenan | 3330 S Annett Ave | Boise | ID | 83705 |
| Bochis | Nicole | 916 Nixon Road | Pocatello | ID | 83201 |
| Boise Spectrum- Dunlap, LLC | | 3068 S Bradford Way | Eagle | ID | 83616 |
| Bokma | Hanna | 9518 N Normandie Lane | Spokane | WA | 99218 |
| Bollinger | Bailey | 11904 Race Street | Boise | ID | 83713 |
| Boman | Stephanie | 905 W Richmond Street | Boise | ID | 83706 |
| BONNEVILLE COUNTY TREASURER | | 605 N CAPITAL AVE | IDAHO FALLS | ID | 83402 |
| BREAR | JESS | 3280 LONESOME LOOP | Helena | MT | 59602 |
| Breault | Audrianna | 325 4th Ave W | Jerome | ID | 83338 |
| Brewer | Jessica | 3280 Lonesome Loop | Helena | MT | 59602 |
| Brown | Amber | 3711 N Twin Eagle Way | Meridian | ID | 83642 |
| Brown | George | 375 NE 3rd Street | Ontario | OR | 97914 |
| Brown | Kenneth | 4497 N Bright Angel Ave | Meridian | ID | 83646 |
| Burch | Laura | 16940 N Chelford Loop | Nampa | ID | 83687 |

| | | | | | |
|---|---|---|---|---|---|
| Burnett | Brandi | 730 Matchpoint Dr | Ammon | ID | 85400-4531 |
| Burrell | Madison | 1638 E Canova Dr | Boise | ID | 83706-5002 |
| Burris | Austin | 2957 Madnolia Road | Helena | MT | 59602 |
| Byington | Sasha | 1257 Jackson Drive | Idaho Falls | ID | 83406 |
| CABRALES-CERVANTES | EULIO | 907 AVE C NW | GREAT FALLS | MT | 59404 |
| CAN Capital | | 2015 Vaughn Road, BLDG 500 | Kennesaw | GA | 30144 |
| CAN Capital Merchant Services | | 414 W 14th Street | New York | NY | 10014 |
| CAP CALL LLC | | 112 E 42ND ST., STE 2112 | NEW YORK | NY | 10168 |
| Capital One | | PO Box 60599 | City of Industry | CA | 91716-0599 |
| Cardenas | Emily R. | 701 5th Avenue, Suite 2100 | Seattle | WA | 98104 |
| Carison | Jodi | 3475 Birkland Drive | Helena | MT | 59602 |
| Carneiro | Kelli | 8881 Ramsgate Lane | Hayden | ID | 83835 |
| Carranza | Armondo | 879 Coachman Drive | Idaho Falls | ID | 83402 |
| Carrasco | Samuel | 406 W Ave K | Jerome | ID | 83338 |
| Carsten | Bobbie Jo | 624 E Everett | Spokane | WA | 99207 |
| Cascade County | | PO Box 2549 Suite 1B-1 | Great Falls | MT | 59403 |
| Cascade County Treasurer | | 121 4th Street N Suite 1B-1 | Great Falls | MT | 59404 |
| Castle | Derek | 300 W Fall Drive | Boise | ID | 83706 |
| Castle | Zachary | 703 Desert Wind Road | Boise | ID | 83716 |
| Cawley | Joshua | 28 46th St S | Great Falls | MT | 59405-3720 |
| Ceballos | Aimee | 3313 W Cherry Lane #625 | Meridian | ID | 83542-1119 |
| Central Floor Covering Inc | | 1110 Central Avenue | Great Falls | MT | 59401 |
| Century Link Communicatios LLC | | 931 14th Street | Denver | CO | 80202 |
| Chacon | Joseph | Rt 1 Box 85 F | Pocatello | ID | 83201 |
| CHACON | JOSEPH | RT 1 BOX 85F | POCATELLO | ID | 83202 |
| Charles Bauer | | 5822 W Mescal Street | glendale | AZ | 85304 |
| CHARTER COMMUNICATIONS | CASH MANAGEMENT | 4670 E FULTON, SUITE 102 | ADA | MI | 49301 |
| Charter Communications Attn: Cash Management | | 279 Trowbridge Dr. | Fond Du Lac | WI | 54937 |
| Chatterton-Tyrie | Makayla | 601 S. Woodruff Road, Apt. g303 | Spokane Valley | WA | 99206 |
| Chavez | Jose | 2309 Filer Ave E | Twin Falls | ID | 83301 |
| Chavez | Ramiro | 1221 E Dalton Ave | Spokane | WA | 99207-2835 |
| City of Boise | | PO Box 500 | Boise | ID | 83701 |
| City of Coeur D' Alene | | 710 E Mullan Ave | Coeur D Alene | ID | 83814 |
| CITY OF GREAT FALLS | | PO BOX 5021 | GREAT FALLS | MT | 59403 |
| City of Great Falls c/o Sara Sexe | | PO Box 5021 | Great Falls | MT | 59403 |
| City of Meridian Attn: Andrea Pogue, Legal Dept | | 33 E Broadway | Meridian | ID | 83642 |
| City of Spokane Office of City Attorney | | 808 W Spokane Falls Blvd., 5th | Spokane | WA | 99201 |

| | | | | | |
|---|---|---|---|---|---|
| Clark | Charity | 3539 N Jade St | Idaho Falls | ID | 83401 |
| Cleary-Russell | Shane | 12418 E 1st Ave | Spokane Valley | WA | 99216-0702 |
| Colangelo | Allison | 4053 W Dover Drive | Meridian | ID | 83642 |
| Colleran | Caitlin | PO Box 184 | Bancroft | ID | 83217 |
| Collins Landscape Services | | PO Box 304 | Meridian | ID | 83680 |
| Collis | Ryan | 8225 W. Boulder Dr. | Boise | ID | 83709 |
| COMMERCIAL PROPERTY MAINTENANCE | | 1607 11TH AVE EAST | TWIN FALLS | ID | 83301 |
| COMPLETE PAYMENT RECOVERY SERVICES | | 3500 5TH ST | NORTHPORT | AL | 35476 |
| Complete Payment Recovery Services | | 3500 5th Street | Northport | AL | 35476 |
| Conner | Dennis | 2201 Cherry Drive | Great Falls | MT | 59404 |
| Copesan Services Inc Attn: Chris Panaro | | W175 N5711 Technology Drive | Menomonee Falls | WI | 53051 |
| Corporation Service Co. | | 801 Adlai Stevenson Drive | Springfield | IL | 62703 |
| COX | HEIDI | 2953 DEAUN ST | TWIN FALLS | ID | 83301 |
| Cuneo | Ashlin | 1353 Richland Drive | Idaho Falls | ID | 83401 |
| Dahlin | Evalani | 1301 20th Street E | Great Falls | MT | 59405 |
| Daniels | Paul | 1417 West Maxwell | Spokane | WA | 99201 |
| Dann | Jennifer | 634 Victor Ave | Pocatello | ID | 83202 |
| Daulton | Aubrey | 1549 Jade Drive | Pocatello | ID | 83201 |
| Davis | Joshua | 170 N Raymond Drive | Boise | ID | 83704 |
| Davis | Michael | 402 Maple Street | Idaho Falls | ID | 83402 |
| DD Dunlap Companies | | 16897 Algonquin, Suite A | Huntington Beach | CA | 92649 |
| De Cristoforo | Karen | 3001 Crawford Street | N. Las Vegas | NV | 89830 |
| Denny | Adrienna | 1318 1/2 Longmont Ave | Boise | ID | 83706 |
| Denton | Wyatt | 9515 Prescott Ct | Spokane | WA | 99208 |
| DeVore | Greg Edward | 215 N 15th | Coeur D Alene | ID | 83814 |
| DICKSON | CYNTHIA | 5920 N NEVADA ST | SPOKANE | WA | 99208 |
| Diego | Guillermo | 195 Whittier Street | Idaho Falls | ID | 83402 |
| DiLuzio | Dominic | 6118 N Oak | Spokane | WA | 99205 |
| Docekal | Jeralyn | 916 D McKinley Ave | Pocatello | ID | 83201 |
| Doyle | Robyn | 4415 S Mack Road | Spokane | WA | 99224 |
| Dratz | Timothy | 2790 Washington | Helena | MT | 59601 |
| Dube | Michael | 55 Tumbleweed Lane | Great Falls | MT | 59404-6354 |
| Durrant | Adrian | 4220 Cassia Street | Boise | ID | 83705 |
| Easly | Krystal | 421 Ruby Drive | Jerome | ID | 83338 |
| Eleazer | Manuel | 1824 W Caspian St. | Kuna | ID | 83634 |
| Ellsworth | Illise | 504 6th Street N | Nampa | ID | 83686 |
| Empower Lending Powerup | | 111 Great Neck Road, Ste. 216 | Great Neck | NY | 11021-5408 |
| Energy West Inc. | | PO Box 2229 | Great Falls | MT | 59403 |
| Engelund | Joplin | 12333 W Ardyce Drive | Boise | ID | 83713 |
| Enriquez | Luke | 6840 Larch Loop | Great Falls | MT | 59405 |
| Enriquez | Penny | 6840 Larch Loop | Great Falls | MT | 59405 |
| Ercanbrack | Forrest | 3096 W Ginger Gold Drive | Kuna | ID | 83634 |

| | | | | | |
|---|---|---|---|---|---|
| Errett | Tyler | 406 3rd Ave W | Great Falls | MT | 59404 |
| Esteves | Raul | 8633 W Irving Lane | Boise | ID | 83704 |
| EVEREST BUSINESS FUNDING LLC | 8200 NW 52ND TERR | SECOND FLOOR | DORAL | FL | 33166 |
| Everhard | Tawnla | 7965 Avocet Dr | Helena | MT | 59602-8170 |
| FICO | | 800 7TH AVE N | GREAT FALLS | MT | 59401 |
| FIRST INTERSTATE BANK | | 2601 10TH AVE S | GREAT FALLS | MT | 59405 |
| FIRST INTERSTATE BANK | | PO BOX 30918 | BILLINGS | MT | 59116 |
| Fischer | William | 2108 4th St NE Apt 2 | Great Falls | MT | 59404-1558 |
| FLORES | CHRISTOPHER | 1219 N HELENA ST | SPOKANE | WA | 99202 |
| FOR A FINANCIAL BUSINESS LOANS | | 519 8TH AVE, 11TH FLOOR | NEW YORK | NY | 10018 |
| Fora Financial | | 242 W 36th Street | New York | NY | 10018-7542 |
| Frankforter | Gary | 2790 N Washington | Helena | MT | 59601 |
| French | Cody | 317 8th Ave S | Great Falls | MT | 59405 |
| Frey | Andrea | 2003 N 16th Street | Boise | ID | 83702 |
| Fuentes | Daniel | 8921 W Austin Street | Garden City | ID | 83714 |
| Funding Metrics Lendini | | 884 Town Center Drive | Langhorne | PA | 19047-1748 |
| Galvez | Celso | 3773 N 2600 E | Twin Falls | ID | 83301 |
| Garcia | Antonio | 835 3rd Ave E | Jerome | ID | 83338 |
| Gasket Seal, LLC | | 12475 W Lexus Court | Boise | ID | 83713 |
| GATEWAY MARKET PLACE | COLLIERS INTERNATIONAL | 755 W FRONT ST, STE 300 | BOISE | ID | 83702 |
| GE CAPITAL | | PO Box 4596 | New York | NY | 10163-4596 |
| GENERAL PARTS | | 16364 SW 72ND AVE | PORTLAND | OR | 97224 |
| George | Anne | 202 Buffalo Run Road | East Helena | MT | 59635 |
| Giacomino | Rachel | 2163 W Root Creek Street | Meridian | ID | 83646 |
| Gibraltar Capital Advance, LLC | | 400 Skokie Blvd #375 | Northbrook | IL | 60062-7928 |
| GIBRALTOR | ROBBINS,SALOMON & PATT | 180 N LASALLE ST., STE 3300 | CHICAGO | IL | 60601 |
| Gibson | Jessica | 744 Watersford Drive | Eagle | ID | 83616 |
| Giovetti | Uriah | 1806 W Pacific Ave #B | Spokane | WA | 99201 |
| Glasgow | Megan | 625 E Ridgestone Drive | Kuna | ID | 83634 |
| Global Merchant | | 64 Beaver Street | New York | NY | 10004-2508 |
| Gooding | Kassandra | 3380 S Heritage Ave | Boise | ID | 83709 |
| Goodnow | Bob | PO Box 283 | Armour | SD | 57313 |
| Goodnow | John | PO Box 7010 | Great Falls | MT | 59406 |
| Goodnow Living Trust | | PO Box 283 | Armour | SD | 57313 |
| Graham | Justin | 715 E Broad Ave | Spokane | WA | 99207-3204 |
| Grandy | Colten | 3860 Karla Drive | Helena | MT | 59602 |
| Gray | Matt | 3007 Silver Street | Boise | ID | 83703 |
| Greenbox Capital | | 111 NW 183rd Street, Ste 316 | Miami | FL | 33169-4599 |
| GRP CAPITAL | | 1350 MAIN ST., 1ST FLOOR | SPRINGFIELD | MA | 1103 |
| GRP Capital | | 1350 Main Street, 1st Floor | Springfield | MA | 1103 |
| Gudenau | Arianne | 2587 E 3912 N | Twin Falls | ID | 83301 |
| Gutierrez | Donald | 9618 W Medallion Drive | Boise | ID | 83709 |
| Hall | Jacoby | 3813 Chatterton Place | Boise | ID | 83713 |

| | | | | | |
|---|---|---|---|---|---|
| Hall | Jerry and Jan | 90 Heron Bank Road | Great Falls | MT | 59404 |
| Hamlin | Eric | 3935 Shadow Mountain Trail | Idaho Falls | ID | 83484-8284 |
| Hamm | Jason | 474 Cherry Lane | Coeur D Alene | ID | 83814 |
| Hanson | Audrey | 2194 Rainfall Street | Meridian | ID | 83646 |
| Hanson | Shayli | 1311 Lunceford Lane #1 | Coeur D Alene | ID | 83815 |
| Hanssen | Garth | 2718 N 36th | Boise | ID | 83703 |
| Harms | Caleb | 300 S Aerie Court | Post Falls | ID | 83854 |
| Harupt | Jared | 12045 W Wagon Pass Street | Boise | ID | 83709 |
| Hatzenbeller | Carey | 1216 Alpine Drive | Great Falls | MT | 59404 |
| Hatzenbeller | Lance | 2989 W Teano Ct | Meridian | ID | 83646 |
| Hatzenbeller | Lois | 1626 Laurens Way SW | Atlanta | GA | 30311 |
| Hatzenbeller | Mitchell | 2989 W Teano Ct | Meridian | ID | 83646 |
| Hatzenbeller, Sr. | Ted | 215 North State | Aberdeen | SD | 57401 |
| Henry | Parker | 257 Storybrook Way | Eagle | ID | 83616 |
| Herceg | Natalia | 1187 N. Hampton Road | Boise | ID | 83704 |
| Heredia | Luis | 1693 S Curtis Road #34 | Boise | ID | 83705 |
| Hernandez | Diana | 412 E 48th Street #19 | Garden City | ID | 83714 |
| Hernandez | Dominique | 2914 Flamingo Road | Helena | MT | 59602 |
| Hernandez | Lisa | 240 Earl Drive | Twin Falls | ID | 83301 |
| Higgins | James | 3330 Annett Ave | Boise | ID | 83705 |
| Hilkemeier | Michaela | 7498 W Long Dr #A | Boise | ID | 83704-4434 |
| Hill | Armond | 1626 Laurens Way SW | Atlanta | GA | 30311 |
| Hill | Frank | 5112 Yellowstone Ave, Trlr 25 | Pocatello | ID | 83202 |
| Hill | Whitney | 1723 E 36th Ave | Spokane | WA | 99223 |
| Hitchcock | Matthew | 118 1st Ave NE | Dutton | MT | 59433 |
| Hoard | Whitney | 2351 W Palouse St | Boise | ID | 83705-3568 |
| HOLIDAY INN EXPRESS | | 801 N DIVISION | SPOKANE | WA | 99202 |
| Howard | Gregory | 3205 Legacy Loop | Helena | MT | 59601 |
| Howard | Marc | PO Box 51 | Saint John | WA | 99171 |
| Hoyt | Jason | 1810 Thornton Ave | Butte | MT | 59701-5628 |
| Hultgren | Jeff | 4130 Pine Grove Road | Billings | MT | 59106 |
| IDAHO DEPARTMENT OF LABOR | EMPLOYER ACCOUNTS | 317 W MAIN ST | BOISE | ID | 83735 |
| Idaho First Aid and Safety Inc. d/b/a Respond Frist Aid Systems | | PO Box 50897 | Idaho Falls | ID | 83406 |
| Idaho State Tax Commission | | PO Box 36 | Boise | ID | 83722 |
| Image Solutions Apparel, Inc. | | 19571 Magellan Drive | Torrence | CA | 90502 |
| Internal Revenue Service | | PO Box 7346 | Philidelphia | PA | 19101-7346 |
| IOU CENTRAL | JEFF JOYCE | PO BOX 550291 | ATLANTA | GA | 30355 |
| IOU Central Inc. | | 600 Townpark Ln SW, Ste 100 | Kennesaw | GA | 30144-3736 |
| ISHIHARA | ASHLEY | 957 EVERTT AVE | POCATELLO | ID | 83201 |
| Jacoby | Branden | 3211 East 55th Ave, Apt B209 | Spokane | WA | 99223 |
| Jeglinksi | Shaunell | 2 A 3rd Street S | Universal City | TX | 78148 |
| Jensen | Jessica | 142 N Jefferson St | Nampa | ID | 83651-8388 |

| | | | | | |
|---|---|---|---|---|---|
| Johnson | Eric | 5870 N Troon Street | Coeur D Alene | ID | 83815 |
| Johnson | Sarah | 6128 N Elm Street | Spokane | WA | 99205 |
| JOLLY | ADAM | 7820 HOWARD ST. | SPOKANE | WA | 99208 |
| Jones | Alexander | 215 E Sierra | Spokane | WA | 99208 |
| Jones Jr. | James Lee | 3867 E Hyrum Drive | Idaho Falls | ID | 83401 |
| Kennedy | Ken | 81 S Borah Way | Nampa | ID | 83651 |
| King | Justin | 677 E Woodburt Drive | Meridian | ID | 83646 |
| King | Nicole | 7392 Bay Meadows Drive | Nampa | ID | 83687 |
| Kinnison | Myriah | 2222 Tendoy Street | Twin Falls | ID | 83301 |
| Kinsella | Natalen | 6875 2nd Street NW | Harve | MT | 59501 |
| Kissel | Audra | 1090 Patriot | Pocatello | ID | 83202 |
| Kitchen | Aubrey | 7088 Truck Farm Drive | Helena | MT | 59602 |
| Knopp | Sarah | 208 N. Allumbaugh Street, Apt. 327 | Boise | ID | 83704 |
| Knowlton | Jessica | 6506 S Light Horizon Way | Boise | ID | 83709 |
| Koger Jr. | James | 1830 N Hannaford Street | Helena | MT | 59601 |
| Kolstad | Cash | 2790 N Washington | Helena | MT | 59601 |
| Komma | Angela | 6098 N Bennington Way | Boise | ID | 83713 |
| Kone Inc | | 3110 E Lyndale Ave | Helena | MT | 59601 |
| Kopp | John | 720 S Adams Street, Apt B | Spokane | WA | 99204 |
| Krog | Erik | 1334 Benjamin Ct | Green Bay | WI | 54311 |
| LaFrance | Alison | 2517 E Alpomado Ct. | Eagle | ID | 83616 |
| Landa | Fulgencio | 11523 Gabrielle | Boise | ID | 83713 |
| Landvik | Samantha | 2605 Castle Peak Way | Pocatello | ID | 83201 |
| Larson | Eric | 2110 S 26th Street #212 | Great Falls | MT | 59405 |
| Laviguere | Sandrea | 6417 N Windy Pines Street | Coeur D Alene | ID | 83816 |
| Lawlis | Sarah | 303 Florence Street | Nampa | ID | 83686 |
| LCF GROUP | | 411 HEMPSTEAD TURNPIKE | WEST HEMPSTEAD | NY | 11552 |
| LEE | TENYA | 2712 E SOUTH RIVERTON | SPOKANE | WA | 99207 |
| Leisure | Jonah | 13612 W Fig Street | Boise | ID | 83713 |
| Leisure | Jordan | 13612 W Fig Street | Boise | ID | 83713 |
| Leitzinger | Eric | 16922 SW Villa Rd | Sherwood | OR | 97140-8106 |
| Leitzinger | Jamie | 16922 SW Villa Rd | Sherwood | OR | 97140-8106 |
| LeMieux | Kaitlin | 2431 Wheeler Drive, Unit D | Bozeman | MT | 59715 |
| Lendini | | 884 Town Center Drive | Langhorne | PA | 19047 |
| Lewis | Emma | 1720 Poplae Street #2 | Helena | MT | 59601 |
| Lewis and Clark County Treasurer | | 316 N Park Ave Room 113 | Helena | MT | 59623 |
| Lightner | Tyler | 200 Katy Court | Helena | MT | 59602 |
| Liljenquist | Bradon | 1495 Saratiga | Pocatello | ID | 83201 |
| Linde | Brittany | 580 W. Shelley Street | Idaho Falls | ID | 83402 |
| LINKE | JUSTIN | 1609 S DENVER AVE | BOISE | ID | 83706 |
| LoanMe, Inc. | | 1900 S. State College Blvd | Anaheim | CA | 92806 |
| Lowe | Jennifer | 3646 S Veneto Ave | Meridian | ID | 83642 |
| Lucas | Ryan | 100 S Franklin Park Drive | Boise | ID | 83709 |

| | | | | | |
|---|---|---|---|---|---|
| Macgregor | Elizabeth | 4011 E Buckeye Street | Spokane | WA | 99217 |
| Macklin | Ricky | 1371 E Pistioa Dr | Meridian | ID | 83642-5084 |
| Marcinko | Matthew | 901 Golden Crown Way | Eagle | ID | 83616 |
| Markranz | Brittany | 614 Garnet Street | Twin Falls | ID | 83301 |
| Marple | Derik | 3137 E 29th Ave Apt A | Spokane | WA | 99223 |
| Marr | David | 537 Park Meadows Circle | Twin Falls | ID | 83301-3215 |
| Mars Stout, Inc. | | PO Box 8026 | Missoula | MT | 59807 |
| Marshall | Melanie | 281 Caswell Ave No 30 | Twin Falls | ID | 83301 |
| Martinez | Manuel | 7025 W Brookover Dr. | Boise | ID | 83709 |
| Martinez | Richard | 5132 W Elaynea Ln | Garden City | Id | 83714-2117 |
| Mason | Elisah | 1303 N Denver Ave | Tulsa | OK | 74106 |
| Matthews | Amber | 1838 E 4500 N | Buhl | ID | 83316 |
| Max Advance, LLC | | 4208 18th Avenue | Brooklyn | NY | 11218 |
| McCandless | Chris | 14320 East 23rd Ave | Veradale | WA | 99037 |
| McCarl | Taylor | 707 Non Such Street | Helena | MT | 59601 |
| McCarthy | Katie | 1496 Satterfield Drive | Pocatello | ID | 83201 |
| McCracken | Iris | 160 Evergreen Drive | Idaho Falls | ID | 83401 |
| McLain | Josie | 525 Golf Course Road | Jerome | ID | 83338 |
| McNatt | Marisa | 4871 Georgetown Court | Pocatello | ID | 83202 |
| Meldco, Inc | | 1485 Pole Line Road E, OFC | Twin Falls | ID | 83301 |
| Mende | Jacob | 4846 Elizabeth Ave | Pocatello | ID | 83201 |
| Mendez | Louis | 2299 Hillcrest Drive | Twin Falls | ID | 83301 |
| Mendoza | Antonio | 835 3rd Ave E | Jerome | ID | 83338 |
| Meppen | Samantha | 3195 W 33rd S | Idaho Falls | ID | 83402 |
| MERCHANT CAPITAL | SPRECHMAN & FISCHER | 2775 SUNNY ISLES BLVD, STE 100 | MIAMI | FL | 33160 |
| Merchant Credit Association | | PO Box 7416 | Bellevue | WA | 98008 |
| Merchants Credit Association | | 2245 152nd Avenue NE | Redmond | WA | 98052 |
| Miedtke | JoRae | 1330 College Pace Road | Helena | MT | 59602 |
| Miller | Cameron | 2790 North Washington | Helena | MT | 59601 |
| Miller | Michael | 2712 E South Riverton #6 | Spokane | WA | 99207 |
| Milligan | Shalla | 2992 Herrin Road #42 | Helena | MT | 59602 |
| Mission Valley Bank | | 9116 Sunland Blvd | Sun Valley | CA | 91352 |
| MITLYTE INC | | 1301 2 400 N | OREM | UT | 84057 |
| Mitts | Brian | 1112 N Hamilton | Spokane | WA | 99202 |
| Mity Lite, Inc | | 1301 W Moon | Orem | UT | 84057 |
| Montana Department of Revenue | | PO Box 7701 | Helena | MT | 59604 |
| Montana Dept. of Labor & Industry | | PO BOX 6339 | Helena | MT | 59604 |
| Moon | Olivia | 4077 N Tattenham Way | Boise | ID | 83713 |
| Mora | Jeff | 121 37th Ave NE | Great Falls | MT | 59404 |
| Morriss | Jami | 6590 W Harbor Drive | Coeur D Alene | ID | 83814 |
| Morse | Christopher | PO Box 3294 | Hayden | ID | 83835 |
| Mueller | Micayla | 772 Northview Drive | Twin Falls | ID | 83301 |
| Muhilly | Dawn | 103 E Dalton Ave | Spokane | WA | 99202 |

| | | | | | |
|---|---|---|---|---|---|
| Munn | Lisa | 2914 Flamingo Road | Helena | MT | 59602 |
| Munns | Malory | 15120 E Heroy Ave | Spokane | WA | 99216 |
| Murillo | Hugo | 2488 Prospect Drive #1 | Idaho Falls | ID | 83401 |
| Myers | Dan | 3982 Pershing | Boise | ID | 83709 |
| National Laundry Company | | 700 Cresent Circle | Great Falls | MT | 59404 |
| Nelson | Zachary | 1424 N Pointe Drive | Twin Falls | ID | 83301 |
| NEW LEASE FUNDING 2005 | TODD WEISS | 2325 EAST CAMELBACK ROAD, STE 1100 | PHOENIX | AZ | 85016 |
| New Logic | | 414 W 14th St | New York | NY | 10014-1030 |
| NEW LOGIC BUSINESS LOANS, INC | CAN CAPITAL | 2015 VAUGHN ROAD, BLDG 500 | Kennesaw | GA | 30144 |
| NORTHTOWN MALL LLC | GCP LIMITED PARTNERSHIP | 110 NORTH WACKER DR | CHICAGO | IL | 60606 |
| OFFICE OF THE US TRUSTEE | | 301 CENTRAL AVE | GREAT FALLS | MT | 59401 |
| Olson | Constance | 182 E 15th Street | Idaho Falls | ID | 83404 |
| On Deck Capital | | 1400 Broadway, 25th Floor | New York | NY | 10018 |
| Parker | Charles | 224 40th Ave NE | Great Falls | MT | 59404 |
| Parker | Tyler | 2319 Sherwood Drive | Twin Falls | ID | 83301 |
| Pasic | Selma | 2113 S Division Ave | Boise | ID | 83705 |
| Patterson | John | 12413 W Sunnyvale Dr | Nine Mile Falls | WA | 99026-9304 |
| Patton | Cate | 1818 W 1st Ave Apt 23 | Spokane | WA | 99201-7455 |
| Peden | Jessica | 2828 E Marshall | Spokane | WA | 99207 |
| Perez | Marianna | 579 Quincy Street | Twin Falls | ID | 83301 |
| Perez | Miguel A. | 250 W 20th Street | Idaho Falls | ID | 83402 |
| Perez | Orlando | 250 W 20th Street | Idaho Falls | ID | 83402 |
| Peterson | Taylor | 980 W Parkstone St., Apt # A105 | Meridian | ID | 83646 |
| Pfeiffer | Preston | 4670 E Ohio Match Rd | Hayden | ID | 83835-6037 |
| Porter | Chelsey | 2021 Florida Ave | Butte | MT | 59701-6036 |
| PowerUp Lending Group | | 111 Great Neck Road, Ste. 214 | Great Neck | NY | 11021 |
| PRAIRIE MOUNTAIN BANK | | 1019 7TH ST S | GREAT FALLS | MT | 59405 |
| Preferred Services and Mechanical | | PO Box 50514 | Idaho Falls | ID | 83405 |
| Premier Landscape Services | | 10014 E Montgomery Suite 9 | Spokane | WA | 99206 |
| Preston | Tabitha | 5021 Camas Crek | Boise | ID | 83713 |
| PRIME A INVESTMENTS | RYAN O DEA | 100 SPECTRUM CENTER DRIVE, STE 600 | IRVINE | CA | 92618 |
| Program Controls | | 2605 Technology Drive, #300 | Plano | TX | 75074 |
| Quick Fix Capital | | 884 Town Center Drive | Langhorne | PA | 19047-1748 |
| Raade | Kaylei | 27814 N Cottonwood Road | Chattaroy | WA | 99003 |
| Rainey | Shawnell | 419 W. Peach Springs Street | Meridian | ID | 83646 |
| Ralph | Chad | 564 Safstrom Drive | Idaho Falls | ID | 83401 |
| Rambow | Kristina | 716 S Hayes Ave | Emmett | ID | 83617 |
| Ramirez | Jorge | 1252 N Arrow Lane | Boise | ID | 83705 |
| Randall | Tenya | 960 Senora | Pocatello | ID | 83201 |
| Reed | Aaron | 1145 N 5th Street | Coeur D'Alene | ID | 83814 |
| Rice | Tiffany | 392 S Saturn Ave | Idaho Falls | ID | 83402-3220 |
| Richardson Jr. | Harold | 3611 W Indian Trail Road | Spokane | WA | 99208 |
| Richmond Capital Group | Richmond Capital Group | 111 John St Rm 1440 | New York | NY | 10038-3117 |

| Rios | Antonio | 5939 Cama Lane | Boise | ID | 83705 |
|---|---|---|---|---|---|
| RIOS | JOSE | 6081 DORIAN CT | BOISE | ID | 83709 |
| Risinger | Roger | 15106 E 2nd Street | Veradale | WA | 99037 |
| Robbins, Salomon, & Patt, Ltd. | | 180 N LaSalle Street, Suite 3300 | Chicago | IL | 60601 |
| Robinson | Cody | 611 7th Ave N #1 | Great Falls | MT | 59401-1019 |
| Robison | Ricky | 530 N Fanning Ave Apt 10 | Idaho Falls | ID | 83401-2826 |
| Rockford | Chris | 1529 E Courtland | Spokane | WS | 99207 |
| ROCKY MOUNTAIN BANK | CURTIS CHRYSTAL | 2615 KING AVE W | BILLINGS | MT | 59102 |
| ROCKY MOUNTAIN CREDIT | | PO BOX 4472 | BOZEMAN | MT | 59772 |
| Romero | Caitlyn | 638 W Bridger | Pocatello | ID | 83204 |
| ROSENTHAL CONSTRUCTION INC | | 1017 N MARCHALL ST | BOISE | ID | 83706 |
| RUIZ | ANAHI | 142 N ETHEL ROAD | NAMPA | ID | 83687 |
| Ruiz | Mario | 1408 Elmwood Cir Apt 1 | Twin Falls | ID | 83301-4874 |
| Rumph | Garrett | 4446 Brennen Street | Boise | ID | 83705 |
| Rycraft | Jason | 3157 N Fruitland Ln 601 | Coeur D Alene | ID | 83815 |
| Sadler | Deborah | 511 7th Ave South | Great Falls | MT | 59405 |
| Sakurada | Tyson | 1540 Agate Drive | Pocatello | ID | 83201 |
| Scalise | Maria | 433 W Cleaveland Ave | Spokane | WA | 99205 |
| Schenk | Sabrina | 993 Brennan Ave | Pocatello | ID | 83201 |
| Schlekeway | Michelle | 2303 N Curtis Road | Boise | ID | 83706 |
| Schugler Signs, LLC | | 4900 US HWY 377 | South Aubrey | TX | 76227 |
| Schwen | Chris | 3155 Holmberg Drive | Helena | MT | 59601 |
| Schwen | Joshua | 3155 Homeburg Dr | Helena | MT | 59601 |
| Sciales | Margaret | 432 E Thurman Mill St. | Garden City | ID | 83714-6565 |
| SDG Group, LLC | | 1300 Concord Terrace, Ste 310 | Fort Lauderdale | FL | 33323 |
| Shaffer | Rebekah | 1420 Delaware Ave | Reading | PA | 19610-2124 |
| Shaw | Buddy | 902 Paisley Dr | Belgrade | MT | 59714-8394 |
| Sherrod | Sarah | 280 E Brush Gulch Ave | Kuna | ID | 83634 |
| Shrum | Karise | 1833 E Melwood Street | Meridian | ID | 83642 |
| Sidewell | Benjamin | 2500 Oneida Street | Pocatello | ID | 83201 |
| SIDOR | TOM AND KAREN | 5 Woodland River Drive | Great Falls | MT | 59404 |
| Siler | Sara | 4311 E Lane Park | Mead | WA | 99021 |
| Silver | Kelmer | 207 W Spokane Falls Blvd | Spokane | WA | 99201 |
| Simone | Jazmin | 471 W Rossi Street | Boise | ID | 83706 |
| Slappy | Daunielle | 3516 E 38th Street, #A | Indianapolis | IN | 46218 |
| Smart | Jeremiah | 1970 E McMillan Road | Meridian | ID | 83646 |
| Smart | Regina | 2332 W Panama Street | Boise | ID | 83705 |
| Smith | Justin | 2024 Villard #3 | Helena | MT | 59601 |
| Snap Advances | | 497 Rockaway Ave, Suite 1 | Valley Stream | NY | 11581 |
| SNAP ADVANCES | | 1182 W. 2400 S | W. Valley City | UT | 84119 |
| Snyder | Faith | 3566 E Trail Bluff Lane | Boise | ID | 83716 |
| SOLID WASTE SYSTEMS | | PO BOX 13040 | SPOKANE | WA | 99213 |
| Soto | Jose | 9200 Coleen Drive | Boise | ID | 83706 |

| | | | | | |
|---|---|---|---|---|---|
| Sound Garden | | PO Box 2028 | Woodstock | GA | 30188 |
| SR HALE LLC | | 540 N CURTIS RD | BOISE | ID | 83706 |
| St. Clair | Jennifer | 3015 Wylie Drive | East Helena | MT | 59635 |
| Stanley | Bridget | 11723 N Wall | Spokane | WA | 99218 |
| STATE OF IDAHO TAX COMMISSION | | 800 PARK BLVD | BOISE | ID | 83712 |
| STATE OF WASHINGTON DEPT. OF REVENUE | | 2101 4TH AVE, STE 1400 | SEATTLE | WA | 98121 |
| Steever | Dustin | 890 W 110 N | Blackfoot | ID | 83221 |
| Steever | Jennifer | 890 W 110 N | Blackfoot | ID | 83221 |
| Sterling Savings Bank | | 707 W. Main Ave, Ste 450 | Spokane | WA | 99201 |
| Stevens | Jordan | 738 N 1550 N | Shelley | ID | 83274 |
| Stivaletta | Sean | 2992 Herrin Road #42 | Helena | MT | 59602 |
| Stivaletta | Valerie | 2100 Whispering Pines Road | Wolf Creek | MT | 59648 |
| Strategic Funding Source, Inc. | | 120 West 45th Street | New York | NY | 10036 |
| Sullivan | Marykate | 1301 20th Street S | Great Falls | MT | 59405 |
| Summers | Shelby | 221 Richardson Drive | Twin Falls | ID | 83301 |
| Swallow | Courtney | 3014 Madison Ave | Boise | ID | 83702 |
| Swan | Joseph | 1712 Colorado Ave | Black Eagle | MT | 59414 |
| Swanson | Kristen | 856 Huntley Lane | Newport | WA | 99156 |
| Swanson | Robert | 6108 N. Eco Summit Lane | Star | ID | 83669 |
| Sweitzer | Shylo | 4668 Mountlake | Pocatello | ID | 83202 |
| Swensen | Marrina | 725 Saturn Ave Trlr 15 | Idaho Falls | ID | 88402-2642 |
| Szianic | Chris | 4677 Northwind Court | Garden City | ID | 83717 |
| Tabletop Media LLC Mounton Bellingham, PC | | PO Box 2559 | Billings | MT | 59103 |
| Tapia | Jonathan | 424 W. Cherry Lane, TRLR 29 | Meridian | ID | 83642 |
| Taylor | Alexandra | 5715 N Driscoll Blvd | Spokane | WA | 99205 |
| Taylor | Danielle | 2422 N Morton Street | Spokane | WA | 99205 |
| Telleria | Nicolas | 2351 W Palouse St | Boise | ID | 83705-3568 |
| Telleria | Randi | 2237 S Hervey Street | Boise | ID | 83705 |
| TERRAFORM | JASON SMITH | 6770 S 900 E, STE 102 | MIDVALE | UT | 84047 |
| The LCF Group | | 411 Hempstead Turnpike, 1st Floor | West Hempstead | NY | 11552 |
| Thompson | Brittany | 1080 Erickson Road | Helena | MT | 59602 |
| Thompson | Deidre | 1061 Terra Ave | Twin Falls | ID | 83301 |
| Tielmann | Zachary | 1722 E. South Riverton Ave, Apt. C | Spokane | WA | 99207 |
| Tifft | Michael | 2790 N Washington | Helena | MT | 59604 |
| Timberland Bank c/o Brian Born | | 950 Pacific Ave, Ste 1050 | Tacoma | WA | 98402-4435 |
| Timmerman | Courtney | 133 Hawk Drive | Great Falls | MT | 59404 |
| Todd | Jenna | PO Box 1873 | East Helena | MT | 59635 |
| Tomayo | Nancy | 10831 Fruitland Dr Apt 204 | Studio City | CA | 91604-3537 |
| Torres | Clemente | 808 10th Ave E | Jerome | ID | 83338 |
| Torres | Esteban | 800 2nd Avenue E | Jerome | ID | 83338 |
| Tracey | Janell | 5008 E Buckeye #501 | Spokane | WA | 99217 |

| | | | | | |
|---|---|---|---|---|---|
| Trakel | Ila Quinn | 420 Silver Peasant Ave | Twin Falls | ID | 83301 |
| TRI-COUNTY MECHANICAL & ELECTRICAL , INC | C/O JACKSON, MURDO &GRANT, PC | 203 N EWING ST. | Helena | MT | 59601 |
| Tri-Star Industrial Lighting, Inc. | | PO Box 275 | Brookfield | IL | 60513 |
| Trutter | Andrew | 2602 E South Riverton #8 Apt 1 | Spokane | WA | 99207 |
| Turner | Severina | 205 Riverview 2E | Great Falls | MT | 59404 |
| TYCO SIMPLEXGRINNELL | | 50 TECHNOLOGY DR | WESTMINSTER | MA | O1441 |
| Ulsh | Alyssa | 4200 Central Ave Apt 4 | Great Falls | MT | 59405-1618 |
| UMPQUA BANK | | PO BOX 1820 | ROSEBURG | OR | 97470 |
| United Materials | | PO Box 1690 | Great Falls | MT | 59401 |
| UNITED MATERIALS | | 2100 9TH AVE N | GREAT FALLS | MT | 59401 |
| US Equal Employment Opportunity Com | | 909 First Avenue, Suite 400 | Seattle | WA | 98104 |
| US FOODS, INC | LESLIE BAYLES | 161 NORTH CLARK ST, STE 4300 | CHICAGO | IL | 60601 |
| US Oil Solutions, LLC | | 3061 Coleman Street | N Las Vegas | NV | 89032 |
| Utka | Jon | 1546 N Harrison | Pocatello | ID | 83204 |
| Valdez | Derek | 7680 Manor Wood Drive | Boise | ID | 83704 |
| Van Slooten | Ayla | 1916 N Dave Street | Jerome | ID | 83338 |
| VanSlooten | Aniarosu | 1916 N Dave Street | Jerome | ID | 83338 |
| VanTrease | Olivia | 14424 W Guinness Drive | Boise | ID | 83713 |
| Varang | Taylor | 1020 N Country Club Drive | Deer Park | WA | 99006 |
| Vasquez | Francisco | 2488 Prospect Drive #1 | Idaho Falls | ID | 83401 |
| Vazquez | Lucas | 1213 Cornerstone Drive | Idaho Falls | ID | 83406 |
| Vega | Cristobal | 10434 Granger Ave | Boise | ID | 83704 |
| VEREIT | AMERICAN REALTY CAPITAL PROPERTIES | 2325 E CAMELBACK RD | PHOENIX | AZ | 85016 |
| Villalobos | Roboam | 210 W 35th Street | Garden City | ID | 83714 |
| VMW Group, LLC | | 1300 Concord Terrace, Ste 310 | Fort Lauderdale | FL | 33323 |
| Voyles | Heather | 626 King Circle Drive | Twin Falls | ID | 83301 |
| WA Dept of Revenue Attn: Doug Houghton | | 2101 4th Ave, Ste 1400 | Seattle | WA | 98121-2300 |
| Walker | Shelly | 1223 10th Ave NW | Great Falls | MT | 59404 |
| Wal-Mart 3511 | | 550 W Honeysuckle Avenue | Hayden | ID | 83835 |
| WASTE MANAGEMENT | | 2625 W GRANDVIEW RD, STE 150 | PHOENIX | AZ | 85023 |
| Waste Management | | 2625 W Grandview Road, Suite 150 | Phoenix | AZ | 85023 |
| Watts | Sparkle | 1191 Cabin Cove | Idaho Falls | ID | 83404 |
| Web Bank | | 215 South State Street, Suite 1000 | Salt Lake City | UT | 84111 |
| WEBBANK | | 215 SOUTH STATE ST, STE 1000 | SALT LAKE | UT | 84111 |
| Weigel | Morgan | 4953 N Blue Ash Way | Boise | ID | 83713 |
| Weldon | Rylie | 129 E Havasu Falls Court | Meridian | ID | 83646 |
| Wenver | Alicin | 225 Teton Drive | Jerome | ID | 83338 |
| West | Debra | 207 W Spokane Falls Blvd | Spokane | WA | 99201 |
| WESTERN ALLIANCE BANK | | 501 E BUTLER AVE | FLAGSTAFF | AZ | 86001 |
| Whipple | Kristen | 1124 E Rich Ave Blvd | Spokane | WA | 99207 |
| White | Daniel | 9448 W Pitola Drive | Boise | ID | 83709 |
| Whitney | Nathan | 6043 W Denton St | Boise | ID | 83704-9323 |

| | | | | | |
|---|---|---|---|---|---|
| Wicks | Larry | 202 Falls Ave W6 | Twin Falls | ID | 83301 |
| Wilburn | Miranda O. | 14515 E Bridges Road | Elk | WA | 99009 |
| WILCOX | MIKE | 2008 W COLLEGE AVE | SPOKANE | WA | 99201 |
| Wilcox | Thomas | 256 Bellvue Court | Twin Falls | ID | 83301 |
| Wilder | Tanner | 4487 W Aspen Creek Street | Meridian | ID | 83642 |
| Wileny | Thomas | 324 Maurice Street N | Twin Falls | ID | 83301 |
| Wilkinson | Steve | 2612 W Bella St | Boise | ID | 83702-0121 |
| Williams | Jennifer | 1918 N Ella | Spokane | WA | 99212 |
| Wilson | Linnea | PO Box 136 | Weston | OR | 97886-0136 |
| Wilson | Peter | 45592 Whitcomb Square | Sterling | VA | 83405 |
| WinCo Foods | | PO Box 5756 | Boise | ID | 83705 |
| WINDSET CAPITAL CORP | | 3801 Automation Way, Ste 207 | Fort COllins | CO | 80525 |
| Winkley | Lela Marie | 3739 Bluebird Road | East Helena | MT | 59635 |
| Winmill | Sloane | 807 Greenwood Circle | Twin Falls | ID | 83301 |
| Wolf | Anthony | 1865 N 200 W | Logan | UT | 84341 |
| Woll | Kia | 9410 W Tomey Drive | Nine Mile Falls | WA | 99026 |
| Wood | Allyssa | 1256 E HearthStone Drive | Boise | ID | 83702 |
| Woods Cove IV, LLC c/o National Registered Agents, Inc | | 160 Greentree Dr. Ste 101 | Dover | DE | 19904 |
| World Global | | 141 NE 3rd Ave | Miami | FL | 33132-2207 |
| Yahne | Alicia | 457 Parriman St | Helena | MT | 59602-7737 |
| Yatsko | Joan | 8 Cottonwood Coulee Road | Stockett | MT | 59480 |
| YELLOWSTONE BANK | C/O CROWLEY FLECK PLLP | PO BOX 2529 | BILLINGS | MT | 59103 |
| YIAMBILIS | PAULETTE | 884 TOWN CENTER DR | LANGHORNE | PA | 19047 |
| Yoder | Andrew | 13287 W Silverbrook Drive | Boise | ID | 83713 |
| York | Tyler | 400 W Howe St | Boise | ID | 83706-3932 |
| Zahm | Jordan | 11769 W Arlen Street | Boise | ID | 83713 |
| ZIONS BANK | POORE, ROTH & ROBINSON | 1341 HARRISON AVE | BUTTE | MT | 59701 |
| Zollinger | Joey | 3800 W Perugia St., Apt 0101 | Meridian | ID | 83647 |
| ZZZ Sanitation | | PO Box 5696 | Boise | ID | 83705 |
| | Advance Restaurant Finance | 1300 Concord Ter Ste 210 | Sunrise | FL | 33323 |