David B. Cotner (Bar # 2386)
COTNER LAW, PLLC
2700 Radio Way
Missoula, MT 59808
Phone:  (406) 541-1111
Fax:     (406) 541-1122
Email:  dcotner@cotnerlaw.com

Trent N. Baker (Bar # 5935)
DATSOPOULOS, MacDONALD & LIND, P.C.
201 W. Main St. Ste. 201
Missoula, Montana 59802
Phone: (406) 728-0810
Fax:        (406) 543-0134
Email: tbaker@dmllaw.com

*Attorneys for Jeremiah Foster*
*Chapter 11 Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| In re | Case No. 15-60979-11 |
|---|---|
| SHOOT THE MOON, LLC, | |
| Debtor. | |

### NOTICE OF AMENDMENT TO LIQUIDATING TRUST

COMES NOW Chapter 11 Liquidating Trustee, Jeremiah Foster, by and through his counsel of record, and hereby files with the Court the Amended Liquidating Trust, attached hereto as Exhibit A, and the Proposed Amendment Voter

Schedule, attached hereto as Exhibit B.

DATED this 9th day of November, 2018.

                              DATSOPOULOS, MacDONALD & LIND, P.C.

                              By:   /s/ *Trent N. Baker*
                                     Trent N. Baker
                            *Attorneys for Jeremiah Foster,*
                            *Trustee of the Shoot the Moon Liquidating Trust,*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 9th day of November, 2018 a copy of the foregoing Notice of Amendment to Liquidating Trust was served electronically by the Court's ECF notice to parties requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy via First Class Mail, postage prepaid, at Missoula, Montana, to the following persons or entities who are not ECF registered users: N/A

/s/ Trent N. Baker