| Company Name | Class | Claim Amount | Vote for Proposed Amendment | % of Total Claims | Accepts as % of Total Claims |
|---|---|---|---|---|---|
| First Interstate Bank Class 5 | 5 | $ 6,412,374.99 | Accepts | 27.078% | |
| Prairie Mountain Bank Class 5 | 5 | $ 1,333,730.09 | Accepts | 5.632% | |
| Western Alliance Bank Class 5 | 5 | $ 4,187,611.52 | Accepts | 17.684% | |
| City of Boise Class 4 | 4 | $ 656.23 | Accepts | 0.003% | |
| Datsopoulos MacDonald & Lind, PC, Class 1 | 1 | $ 261,910.53 | Accepts | 1.106% | |
| Jeremiah Foster, Trustee, Class 1 | 1 | $ 209,691.70 | Accepts | 0.885% | 52.39% |
| Remaining Class 5 Claims | 5 | $ 2,753,144.50 | | 11.513% | |
| Remaining Class 4 claims | 4 | $ 7,915,541.84 | | 34.075% | |
| Class 3 total claims | 3 | $ 301,515.91 | | 1.261% | |
| Class 2 total claims | 2 | $ 214,177.94 | | 0.896% | |
| Remaining Class 1 total claims | 1 | $ 90,355.65 | | 2.350% | |
| Total Claims | | $ 23,680,710.90 | | 102.5% | |

*Everest Business Funding, A-Z House Cleaning, Jennifer Williams and Jerry Hall each submitted ballots voting against the proposed amendment to the Liquidating Trust Agreement. Combined, their claims constitute less than 1% of total claims.