David B. Cotner (Bar # 2386)
COTNER LAW, PLLC
2700 Radio Way
Missoula, MT 59808
Phone:      (406) 541-1111
Fax:        (406) 541-1122
Email:      dcotner@cotnerlaw.com

Trent N. Baker (Bar # 5935)
DATSOPOULOS, MacDONALD & LIND, P.C.
201 W. Main St. Ste. 201
Missoula, Montana 59802
Phone:      (406) 728-0810
Fax:        (406) 543-0134
Email:      tbaker@dmllaw.com

*Attorneys for Jeramiah Foster*
*Chapter 11 Trustee of Shoot the Moon, LLC*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| In re | Case No. 15-60979-11 |
|---|---|
| SHOOT THE MOON, LLC, | |
| Debtor. | |

### NOTICE OF FILING CORRECTED EXHIBIT B TO NOTICE OF AMENDMENT OF LIQUIDATING TRUST

Comes Now Jeremiah Foster, Chapter 11 Liquidating Trustee, by and

through counsel, and hereby files his corrected Exhibit B to Notice of Amendment of Liquidating Trust (Dkt. 1243). An incorrect earlier draft version of the document was erroneously filed at Dkt. 1243-1.

DATED this 13th day of November, 2018.

                              DATSOPOULOS, MacDONALD & LIND, P.C.

                              /s/ *Trent N. Baker*
                              Trent N. Baker
                              *Attorneys for Jeramiah Foster*
                              *Chapter 11 Trustee*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 13th day of November, 2018 a copy of the foregoing Notice of Filing Corrected Exhibit B to Trustee's Notice of Amendment of Liquidating Trust was served electronically by the Court's ECF notice to parties requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy via email and First Class Mail, postage prepaid, at Missoula, Montana, to the following persons or entities who are not ECF registered users: N/A

      /s/ *Trent N. Baker*