Cory R. Laird, Bar No. 4970
LAIRD COWLEY, PLLC
2955 Stockyard Road
Missoula, Montana 59808
Telephone:   (406) 312-1500
Facsimile:   (406) 541-4101
Email:       claird@lairdcowley.com

Lawrence Ream, WSBA No. 18159
Troy Greenfield, WSBA No. 21578
SCHWABE, WILLIAMSON & WYATT
1420 5th Avenue, Suite 3400
Seattle, Washington 98101
Telephone:   (206) 622-1711
Facsimile:   (206) 292-0460
Email:       lream@schwabe.com
             tgreenfield@schwabe.com

Keith D. Marr, Bar No. 5999
CONNER & MARR, PLLP
P. O. Box 3028
Great Falls, Montana 59403-3028
Telephone:   (406) 727-3550
Facsimile:   (406) 727-1640
Email:       keith@connermarr.com

*Attorneys for Dennis P. Conner*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MONTANA

| In re, | Case No. 15-60979-11 |
|---|---|
| SHOOT THE MOON, LLC,<br><br>Debtor, | **PETITIONER DENNIS CONNER'S MOTION FOR LEAVE TO FILE PERSONAL CLAIMS AGAINST TRUSTEE AND HIS ATTORNEY UNDER BARTON DOCTRINE** |

COMES NOW Petitioner Dennis Conner ("Conner") and moves this Bankruptcy Court for leave to initiate a Montana Federal District Court claim personally against Trustee Jeremiah Foster ("Foster") and his attorney, David Cotner ("Cotner"), for sanctions and attorney fees. This motion is based upon the Barton doctrine under which this Court may grant Conner leave to sue Foster and Cotner personally if a prima facie case is established for breach of fiduciary duties. *In re Crown Vantage, Inc.*, 421 F.3d 963, 972 (9th Cir. 2005). It is supported by a brief contemporaneously filed.

Dated this 14th day of August, 2020.

                CONNER & MARR, PLLP

     By:  /s/ Keith D. Marr
            Keith D. Marr, Bar No. 5999
            *Attorneys for Dennis P. Conner*

## NOTICE OF OPPORTUNITY TO RESPOND
## AND REQUEST A HEARING

If you object to the motion, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the motion. The responding party shall schedule the hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:

> NOTICE OF HEARING
> Date: _____
> Time: _____
> Location: _____

If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.

Dated this 14th day of August, 2020.

CONNER & MARR, PLLP

By: \_/s/ Keith D. Marr_____
Keith D. Marr, Bar No. 5999
*Attorneys for Dennis P. Conner*

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that a copy of the foregoing document was served electronically to all interested parties by ECF on the 14th day of August, 2020.

        By: _/s/ Keith D. Marr_____
        Keith D. Marr, Bar No. 5999
        Email: keith@connermarr.com
        *Attorneys for Dennis P. Conner*