# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| In re | Case No. 15-60979-11 |
|---|---|
| SHOOT THE MOON, LLC, | **ORDER EXTENDING TIME** |
| Debtor. | |

HAVING REVIEWED Jeremiah Foster's, Trustee of the STM Liquidating Trust and Trustee of the Estate of Shoot the Moon, LLC's ("Trustee"), Unopposed Motion for Extension of Time (Dkt. No. 1375),

IT IS HEREBY ORDERED that the motion is GRANTED. The Trustee's response to Dennis Conner's Motion for Leave to File Personal Claims Against Trustee and His Attorney Under Barton Doctrine (Dkt. No. 1371) is due on September 11, 2020.

DATED this 27th day of August 2020.

WHITMAN L. HOLT
U.S. BANKRUPTCY JUDGE