David B. Cotner (Bar # 2386)
COTNER LAW, PLLC
2700 Radio Way
Missoula, MT 59808
Phone: (406) 541-1111
Email: dcotner@cotnerlaw.com

*Attorney for Jeremiah Foster*
*Liquidating Trustee*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>SHOOT THE MOON, LLC,<br><br>Debtor. | Case No. 15-60979-11<br><br>**NOTICE OF ISSUE** |

COMES NOW, Jeremiah Foster, Trustee of the STM Liquidating Trust ("Trustee"), by and through his attorney of record, and hereby provides notice to the Court that the time for providing written objection to Trustee's Motion for Approval of Settlement Pursuant to Rule 9019, F.R.B.P. (the "Motion") (Doc. No. 1378) expired on September 16, 2020 and, with no objections having been filed, the Motion is ready for this Court's ruling.

DATED this 18th day of September 2020.

                                                        COTNER LAW, PLLC

                                         By:   */s/ David B. Cotner*
                                                       David B. Cotner
                                                       *Attorneys for Liquidating Trustee,*
                                                       *Jeremiah Foster*

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify under penalty of perjury that on the 18th day of September 2020, a copy of the foregoing Notice of Issue was served by electronic means pursuant to LBR 9013-(d)(2) on the parties noted in the Court's ECF transmission facilities.

                                  COTNER LAW, PLLC

                      By:   /s/ *David B. Cotner*
                                  David B. Cotner
                                  *Attorneys for Liquidating Trustee,*
                                  *Jeremiah Foster*