**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re:<br><br>SHOOT THE MOON, LLC,<br><br>Debtor. | Case No. 15-60979-WLH11<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR LEAVE TO FILE PERSONAL CLAIMS AGAINST TRUSTEE** |

This matter came before the court on Dennis Conner's August 14, 2020 motion seeking leave from the bankruptcy court under the *Barton* doctrine to assert personal claims against trustee Jeremiah Foster. For the reasons stated on the record at the September 30, 2020 hearing, it is ordered that:

The motion [ECF No. 1371] is denied as unnecessary. Such denial is without prejudice to Mr. Conner renewing the motion or submitting a similar motion in the future.

DATED this 30th day of September 2020.

WHITMAN L. HOLT
U.S. BANKRUPTCY JUDGE